# Exhibit A

(12) **United States Patent**
Baulier et al.

(10) Patent No.: **US 6,502,133 B1**
(45) Date of Patent: **Dec. 31, 2002**

(54) **REAL-TIME EVENT PROCESSING SYSTEM WITH ANALYSIS ENGINE USING RECOVERY INFORMATION**

(75) Inventors: **Gerald D. Baulier**, Stanhope, NJ (US); **Stephen M. Blott**, Gillette, NJ (US); **Philip L. Bohannon**, Mt. Tabor, NJ (US); **Benson L. Branch**, Reynoldsburg, OH (US); **Thomas M. Cliff, Jr.**, Granville, OH (US)

(73) Assignee: **Lucent Technologies Inc.**, Murray Hill, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/276,221**

(22) Filed: **Mar. 25, 1999**

(51) Int. Cl.$^7$ ................................................ **G06F 13/00**
(52) U.S. Cl. ...................................................... **709/224**
(58) Field of Search ............................... 709/200, 223, 709/224; 714/100, 1, 2, 15, 16, 17, 18, 19, 20, 21, 37, 38, 48, 43

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,751,798 A | 5/1998 | Mumick et al. | |
| 5,828,845 A | 10/1998 | Jagadish et al. | |

OTHER PUBLICATIONS

G.D. Baulier et al., "Sunrise: A Real–Time Event–Processing System," Bell Labs Technical Journal, pp. 3–18, Jan.–Mar., 1998.

J. Baulier et al., "A Database System for Real–Time Event Aggregation in Telecommunication," Proceedings of the 24th VLDB Conference, New York, USA, 3 pages, 1998.

H.V. Jagadish et al., "View Maintenance Issues for the Chronicle Data Model," Proc. ACM SIGACT–SIGMOD–SIGART Symp. on Principles of Database Systems (PODS), San Jose, Calif., pp. 113–124, May 1995.

N.H. Gehani et al., "Event Specification in an Active Object–Oriented Database," AT&T Bell Labs Technical Journal, pp. 81–90, 1992.

X. Qian et al., "Incremental Recomputation of Active Relational Expressions," IEEE Transactions on Knowledge and Date Engineering, vol. 3, No. 3, pp. 337–341, Sep. 1991.

(List continued on next page.)

Primary Examiner—Robert B. Harrell
(74) Attorney, Agent, or Firm—Ryan, Mason & Lewis, LLP

(57) **ABSTRACT**

A real-time event processing system (EPS) for processing a sequence of events generated by one or more applications. In an illustrative embodiment, the EPS includes a set of real-time analysis engines (RAEs) operating in parallel, e.g., a set of clusters each including one or more RAEs, and one or more mappers for mapping a given input event to a particular one of the clusters. A main-memory database system is coupled to the RAEs, and the RAEs process events associated with input streams from one or more data sources and deliver output streams to one or more data sinks. The data source and data sinks may be, e.g., network elements, clients, databases, etc. The events are processed in accordance with services implemented in the RAEs, and utilize data stored in a memory portion of the main-memory database system accessible to the RAEs. The data may include, e.g., a subscription table storing subscription information indicating the service or services that should be executed for a given event. The services are generated in a service authoring environment (SAE) in the EPS, using a declarative language. The SAE generates the services in the form of object code components, e.g., dynamically linked libraries, which may be dynamically linked into the RAEs without interrupting event processing. Recovery information regarding a recovery point for a given RAE or set of RAEs in the EPS may be stored in a memory portion of the main-memory database system, and utilized to implement a roll-back of the RAE to the recovery point.

**21 Claims, 13 Drawing Sheets**

```
SL    ::=    NOTHING

          | serviceId

          | SL_1; SL_2

          | DELEGATE subscriberId

          | IF serviceId SL_1 [ ELSE SL_2 ]

          | serviceId* EXCLUDE SL

          | serviceId* PREREQUISITE SL

          | FIRST eventName+ SL*

          | MAXIMUM eventName expression SL*

          | MIMIMUM eventName expression SL*
```

**US 6,502,133 B1**

Page 2

OTHER PUBLICATIONS

P.L. Bohannon et al., "The Architecture of the Dalí Main Memory Storage Manager," Bell Labs Tech. J., vol. 2, No. 1, pp. 1–36, 1997.

H.V. Jagadish et al., "Dalí: A High Performance Main Memory Storage Manager," Proc. Intl. Conf. on Very Large Databases (VLDB), Santiago, Chile, pp. 1–12, Sep. 1994.

D. DeWitt et al., "Implementation Techniques for Main–Memory Database Systems," Proc. ACM SIGMOD Intl. Conf. on Management of Data, Boston, Mass., pp. 1–8, Jun. 1984.

T.J. Lehman and M.J. Carey, "A Study of Index Structures for Main–Memory Database Management Systems," Proc. Intl. Conf. on Very Large Databases (VLDB), Kyoto, Japan, Aug. pp. 294–303, 1986.

T.J. Lehman et al., "An Evaluation of Starburst's Memory–Resident Storage Component," IEEE Transactions on Knowledge and Data Engineering, vol. 4, No. 6, pp. 555–556, Dec. 1992.

K. Salem et al., "System M: A Transaction Processing Testbed for Memory Resident Data," IEEE Transactions on Knowledge and Data Engineering, vol. 2, No. 1, pp. 161–172, Mar. 1990.



FIG. 1

10
18
APPLICATION(S)
16
12
14
REAL-TIME COMPONENT
REAL-TIME EVENT-PROCESSING SYSTEM (EPS)
20
MAIN-MEMORY DATABASE SYSTEM
DATA WAREHOUSE/ENTERPRISE STORE
15
ARCHIVE DATA DISK-RESIDENT DATABASE SYSTEM

FIG. 2

12
25
APPLICATION-SPECIFIC FRONT END(S)
24
SERVICE AUTHORING ENVIRONMENT
26
22
QUERIES/RESULTS
28
RAE
30
SERVICE
SERVICE
SERVICE
DATA SOURCE
INPUT STREAMS
32
MEMORY STORE
34
36
38
SUBSCRIPTION TABLE
CONFIGURATION DATA
SUMMARY DATA
OUTPUT STREAMS
DATA SINK
MAIN-MEMORY DATABASE SYSTEM
20′
RECOVERY LOG
40



*FIG. 3*



*FIG. 4*

*FIG. 5A*

```
declare
   concrete record type
   custBalanceType {
      idType          custId;
      moneyType       balance;
      durationType    totalMinutes;
   };

create
   base table        custBalance
   of custBalanceType;
```

*FIG. 5B*

```
declare
   concrete record type
   CDRNormalType {
      idType          custId;
      phoneNumType    destNumber;
      timesStampType  callTStamp;
      durationType    duration;
      moneyType       rate;
      moneyType       charge;
   };

create
   chronicle CDROutput
   of CDRNormalType;
```

*FIG. 5C*

```
declare
   concrete record type
   custChargeType {
      idType          custID;
      moneyType       balance;
   };

create
   view totalCustCharge
   as select
      custID,
      SUM (charge) as balance
      from CDROutput
      group by custId;
```

*FIG. 6*

```
create service steppedPrice {              handle callCompletion {
   declare                                    durationType useg;
      concrete record type rateTableType {    rateType    rate;
         durationType lowVol;                 set useg = pick from
         durationType highVol;                           select  totalMinutes
         rateType     rate;                              from    custBalance
   };                                                    where   custId = cdr.custId;
                                             set rate = pick from
   declare base table rateTable                        select  rate
      of rateTableType;                                from    rateTable
                                                       where   lowVol < useg
   handle callSetup {                                          and useg <= highVol;
      .                                      set cdr.charge  = cdr.charge +
      .                                                        rate * cdr.duration;
      .                                      set cdr.rate    = cdr.rate * rate;
   };                                       };
                                           };
```



*FIG. 7*



*FIG. 8A*

### FIG. 8B

| subscriberId | startTimeStamp | endTimeStamp | subscription |
|---|---|---|---|
| Frank | 1/1/97 | 3/31/97 | – a – |
| Frank | 4/1/97 | 12/31/97 | – b – |
| Steve | 6/30/97 | 6/30/98 | – c – |
| preprocessingSub | 1/1/97 | 12/31/98 | – d – |
| postProcessingSub | 1/1/97 | 12/31/98 | – e – |

### FIG. 9

```
SL    ::=     NOTHING

      | serviceId

      | SL₁; SL₂

      | DELEGATE subscriberId

      | IF serviceId SL₁ [ ELSE SL₂ ]

      | serviceId* EXCLUDE SL

      | serviceId* PREREQUISITE SL

      | FIRST eventName⁺ SL*

      | MAXIMUM eventName expression SL*

      | MIMIMUM eventName expression SL*
```

## *FIG.   10A*

```
declare concrete record type          declare
   exampleCDRType1  {                    concrete record type CDRNormalType  {
      intType          format;               idType            custId;
      idType           custId;               phoneNumberType   destinationNumber;
      phoneNumberType  destinationNumber;    timestampType     callTimestamp;
      durationType     duration;             durationType      duration;
      dateType         callDate;             dollarCentType    rate;
      timeType         callTime;             dollarCentType    charge;
      idType           sensor;            };
} with key format == 0x0001;
                                        create normalization of exampleCDRType1
declare concrete record type               as CDRNormalType with  {
   exampleCDRType2  {                       callTimestamp   = mkTS (callDate,callTime);
      intType          format;           };
      idType           custId;
      dateType         callDate;         create normalization of exampleCDRType2
      timeType         callTime;            as CDRNormalType  {
      intType          hours;               duration        = minutes + 60 * hours
      intType          minutes;             callTimestamp   = mkTS (callDate,callTime);
      phoneNumberType  destinationNumber; };
} with key format == 0x0002;
```

## *FIG.   10B*

```
declare concrete record type
   CDRNormalBaseType  {
      dollarCentType rate;
      dollarCentType charge;
} ;

declare abstract record type CDRNormalType
   under CDRNormalBaseType  {
      idType custId;
      phoneNumberType destinationNumber;
      timeStampType callTimestamp;
      durationType duration;
} ;
```



*FIG. 11*



FIG. 12



FIG. 13



*FIG. 14*



FIG. 15

US 6,502,133 B1

1

# REAL-TIME EVENT PROCESSING SYSTEM WITH ANALYSIS ENGINE USING RECOVERY INFORMATION

## RELATED APPLICATIONS

The present application is related to U.S. patent application Ser. No. 09/276,339 filed Mar. 25, 1999, entitled "Real-Time Event Processing System for Telecommunications and Other Applications," U.S. patent application Ser. No. 09/276,340 filed Mar. 25, 1999, entitled "Real-Time Event Processing System with Subscription Model," and U.S. patent application Ser. No. 09/276,218 filed Mar. 25, 1999, entitled "Real-Time Event Processing System with Service Authoring Environment," all filed concurrently herewith.

## FIELD OF THE INVENTION

The present invention relates generally to real-time event processing, and more particularly to methods, apparatus and systems for processing real-time events in applications such as telecommunications and computer networks.

## BACKGROUND OF THE INVENTION

Many event-processing systems have real-time performance requirements that cannot be met by conventional general-purpose database management systems. In telecommunications applications, for example, a variety of adjunct switching services such as debit-based billing, number mapping, call forwarding, and local-number portability involve event processing during the critical call-connection phase of a telephone call. To meet the real-time requirements of the network, the service time for such events generally must not exceed a few milliseconds. However, with conventional database technology, the costs of invoking a structured query language (SQL) operation over a client-server interface, or the costs associated with a single access to secondary storage, can account for hundreds of milliseconds. As a consequence, performance goals on the order of a few milliseconds may already be unattainable even before the costs of the event processing logic are taken into account.

These limitations have led to the use of custom database systems for many high-performance real-time event processing applications. Custom systems are typically tightly coupled to their particular applications, and are tuned to the specific requirements of those applications. These solutions generally work well in practice, and can provide close to optimal performance. However, they also have a number of serious disadvantages. For example, the cost of developing and maintaining custom systems can be high, and generally cannot be amortized across a number of different applications. Moreover, custom systems are frequently inflexible. It can become difficult or even impossible to adapt a custom system to unforeseen or evolving requirements.

A need therefore exists for an improved real-time event processing system which provides the performance benefits of custom database systems, without sacrificing the flexibility and maintainability typically associated with conventional general-purpose database systems.

## SUMMARY OF THE INVENTION

The invention provides a general-purpose real-time event processing system (EPS) which avoids the problems associated with custom systems. The EPS in an illustrative embodiment meets real-time performance goals through the

2

use of one or more real-time analysis engines (RAEs) operating in conjunction with a main-memory storage manager as its underlying database system. The main-memory storage manager offers transactional access to persistent data, but at the speed of a main-memory system. The EPS also incorporates a recovery model which stores recovery information in order to facilitate roll-back to a recovery point after an RAE failure.

In accordance with the invention, recovery information regarding a recovery point for a given RAE or set of RAEs in an EPS is stored in a memory portion of the main-memory database system of the EPS. Serial tags are assigned to the events, e.g., in a monotonically increasing sequence, in accordance with an arrival order of the events, and the tags and the corresponding events are stored in an event log of the EPS. The recovery information stored in the memory of the main-memory database system includes the serial tag for each event for which processing in the real-time analysis engine has reached a commit operation. After an event is processed and the results of the processing stored in an external database storage element, e.g., a data warehouse or enterprise store, the serial tag of the event is stored in a serial tag log associated with that storage element. In the event of a failure of the given RAE, the serial tags stored in the memory portion of the main-memory database system and the serial tags stored in the serial tag log of the external database storage element are utilized, in conjunction with stored event information from the event log, to implement a roll-back of the RAE to the recovery point.

A real-time EPS in accordance with the invention provides a critical path for event processing that is specifically designed for high performance, while also retaining many desirable features of conventional database systems, including high-level, declarative programming interfaces, and the well-known transactional correctness properties of atomicity, consistency, isolation and durability (ACID). These features of the invention enhance the reliability, robustness, usability and maintainability of the real-time EPS and the applications built thereon.

The invention can be used in conjunction with any event processing application, including, for example, telecommunications, electronic commerce, and Internet service provisioning applications. For example, in a telecommunications application, the invention can be configured to provide a basis for features such as enhanced billing systems, fraud detection and prevention, local-number portability, settlements among service providers and real-time traffic analysis.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows an illustrative embodiment of the invention including a real-time event processing system.

FIG. 2 shows a more detailed view of the real-time event processing system of FIG. 1.

FIG. 3 illustrates parallel processing which may be implemented in the real-time event processing system of FIG. 1.

FIG. 4 illustrates the interaction between a service authoring environment (SAE) and a real-time analysis engine (RAE) in the real-time event processing system of FIG. 2.

FIGS. 5A, 5B and 5C show table-definition examples for use in the SAE of FIG. 4.

FIG. 6 shows an example of a service that may be implemented using the SAE of FIG. 4.

FIG. 7 shows a sample service/handler matrix that may be utilized in the SAE of FIG. 4.

US 6,502,133 B1

3

FIG. **8A** illustrates the relationship between verbose and compact subscription tables in a subscription model.

FIG. **8B** shows an example of a compact subscription table suitable for use in a real-time event processing system.

FIG. **9** shows the syntax of an illustrative subscription language.

FIGS. **10A** and **10B** illustrate input stream authoring a simplified call detail record (CDR) stream with two different record formats.

FIG. **11** shows another illustrative embodiment of the invention, based on scalable clusters of RAEs.

FIGS. **12, 13, 14,** and **15** illustrate exemplary event processing, recovery point establishment, cluster recovery and cluster process recovery procedures, respectively, which may be implemented in a real-time event processing system.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. **1** shows an illustrative embodiment of an information processing system **10** in accordance with the invention. The system **10** includes a real-time event processing system (EPS) **12**, a data warehouse/enterprise store (DW/ES) **14** including archive data and disk-resident database system **15**, a real-time component **16**, and one or more applications **18**, e.g., billing, fraud detection/prevention, etc. The real-time EPS **12** includes a main-memory database system **20**, which may be, e.g., a DataBlitz™ system to be described in more detail below. The real-time EPS **12** processes events on behalf of the real-time component **16**, which may be, e.g., a network switch, a service control point (SCP) or other element of a communication system or network, and maintains summary and aggregation data over those events.

In order to meet real-time performance goals, the data necessary for event processing is stored in the main-memory database system **20** of EPS **12**. Due to space limitations in the main-memory database system **12**, individual processed-event records are typically sent to the DW/ES **14** for archiving. Archived data may be used later for non-real-time tasks, such as auditing, data mining, and reprocessing (e.g., if all processing cannot be performed when the event occurs). The DW/ES **14** may be, e.g., a commercially available relational database management system (DBMS), and may comprise either a data warehouse, an enterprise store, or both, as well as other arrangements of conventional data storage elements. The term "event" as used herein is intended to include any type of transaction involving contents of a database system, such as, for example, a group of read, update, delete and/or modify operations.

The real-time EPS **12** in the illustrative embodiment requires space complexity to be bounded over any sequence of events, regardless of the number of events in the sequence. Although this assumption limits the class of processing that can be supported in the illustrative embodiment, other embodiments need not be subject to this assumption, i.e., the assumption is not a requirement of the invention. It should be noted that certain existing telecommunication pricing plans cannot be wholly realized within the illustrative embodiment of EPS **12** because they have unbounded space complexity. For example, a pricing plan that awards a discount for the phone number a customer calls the most in a particular billing cycle has unbounded space complexity, because determining which number is called the most requires maintaining statistical information that grows with each new number called.

In general, the EPS **12** in the illustrative embodiment stores configuration data, summary data and aggregation

4

data. Configuration data is read-only data that supports event processing, and may include, e.g., rating tables, customer information or routing information. Summary data provides condensed information about processed events, such as histograms, or counts of events satisfying some property. Aggregation data combines information such as counts, averages, minimums, maximums and totals over all processed events. Typically, summary data and aggregation data are updated as events are processed, but configuration data is not.

The real-time component **16** may be coupled to the EPS **12** via a local area network, a metropolitan area network, a wide area network, a global data communications network such as the Internet, a private "intranet" or "extranet" network or any other suitable data communication medium. As noted previously, the real-time component **16** may be a switch or other element of such a network. Other examples of real-time components which may interact with the EPS **12** include automatic teller machines or desktop personal computers, portable computers, personal digital assistants (PDAs) or other mobile computing devices, or any other type of digital data processors. The EPS **12** itself may be implemented in whole or in part using a computer or other type of digital data processor. For example, the EPS **12** may be implemented as one or more personal, micro or mainframe computers, workstations, microprocessors, central processing units (CPUs), application-specific integrated circuits (ASICs) or other digital data processors, as well as various portions or combinations thereof. The EPS **12** may utilize electronic, magnetic or optical storage media, or various combinations thereof.

FIG. **2** shows a more detailed view of the real-time EPS **12** of FIG. **1**. The EPS **12** in this embodiment includes a real-time analysis engine (RAE) **22** and a service authoring environment (SAE) **24**. Each of these elements will be described in detail below.

### Real-Time Analysis Engine (RAE)

The RAE **22** in the illustrative embodiment is a single-site database system kernel adapted to meet the needs of high-throughput, real-time systems, and serves as the real-time event processing and aggregation engine of the EPS **12**. High throughput may be achieved by allowing several RAEs to run in parallel, as will be illustrated in conjunction with FIG. **3**. Real-time responsiveness is achieved by storing configuration, summary and aggregation data in a main-memory store, which provides transactional access to persistent data at main-memory speeds.

The RAE **22** interacts with one or more application-specific front ends **25** associated with the applications **18** of FIG. **1**, receives input streams from a data source **26**, and delivers output streams to a data sink **28**. The data source may represent, e.g., a switch, SCP or other network element of the real-time component **16**, a client associated with application(s) **18**, or the DW/ES **14**. The RAE **22** processes using a set of application-specific services **30**, which are authored using the SAE **24**. The RAE **22** includes a memory store **32** which stores a subscription table **34**, as well as the above-described configuration data **36** and summary data **38**. The set of services invoked for event processing in this embodiment is subscription based, and makes use of the subscription table **34** and a subscription model, which will be described in greater detail below. The side effects of event processing are updates to the aggregation and summary data. Outputs of the RAE **22** are delivered to the data sink **28**, which may represent, e.g, a switch, SCP or other network

US 6,502,133 B1

**5**

element of the real-time component **16**, a client associated with application(s) **18**, or DW/ES **14**. Other examples of data sources or data sinks include the examples of the real-time component **16** and EPS **12** given previously, e.g., computers or other types of digital data processors.

### Memory Store

The memory store **32** in RAE **22** of FIG. **2** will now be described in greater detail. In this embodiment, the memory store **32** is shown as within the RAE, and is part of the main-memory database system **20** of FIG. **1**. The other portions of the main-memory database system **20** of FIG. **1** are designated as main-memory database system **20'** in FIG. **2**. The memory store **32** is persistent, and offers all the atomicity, consistency isolation and durability (ACID) guarantees of a conventional database system. It is used to store the configuration, summary and aggregation data which supports event processing. As such, the performance of the memory store is critical to the performance of RAE as a whole.

In order to meet real-time performance requirements, the memory store **32** may be based on a single-site, main-memory storage manager offering transactional access to persistent data at main-memory speeds, such as the above-noted DataBlitz™ main-memory database system. Certain aspects of main-memory database systems are described in greater detail in, e.g., P. L. Bohannon et al., "The Architecture of the Dalí Main Memory Storage Manager," Bell Labs Tech. J., Vol. 2, No. 1, pp. 36–47, Winter 1997, and H. V. Jagadish et al., "Dalí: A high performance main memory storage manager," Proc. Intl. Conf. on Very Large Databases (VLDB), Santiago, Chile, September 1994, pp. 48–59, both of which are incorporated by reference herein. Additional details regarding the DataBlitz™ system may be found in "DataBlitz™ Storage Manager Administration and Operations Guide," Issue 1.1, Lucent Technologies Inc., January 1998, which is incorporated by reference herein.

In conventional disk-resident database systems, only a small part of a database is buffered in memory at any point in time. The rest is accessed on secondary storage when and if it is required. A single disk access can account for from tens to hundreds of milliseconds, making real-time performance very difficult to achieve. The DataBlitz™ system, on the other hand, has been designed under the assumption that the entire database resides in main memory. This assumption is becoming attractive for many applications as memory prices fall and machines with gigabytes of main memory become increasingly affordable. Moreover, the data structures, algorithms and architecture of DataBlitz™ system are designed under the assumption of main-memory residency, which provides additional performance improvements.

The DataBlitz™ system also incorporates several special features for on-line event processing. For example, a technique known as "ping-pong checkpointing" allows a consistent database state to be recorded in non-volatile storage without interrupting regular event processing. The DataBlitz™ system supports so-called "hot spares," which provide availability, even in the presence of single-site failures. A hot spare is run in parallel and up-to-date with a primary site. Should the primary site fail, the spare is available to take over its workload more-or-less immediately. Although this helps to shield applications from many of the effects of single-site failures, such failures may nonetheless have real-time implications and an impact at the application level.

**6**

Additional details regarding main-memory database systems suitable for use with the EPS **12** of FIG. **1** can be found in. e.g., D. DeWitt et al., "Implementation techniques for main-memory database systems," Proc. ACM SIGMOD Intl. Conf. on Management of Data, Boston, Mass., pp. 1–8, June 1984, T. J. Lehman and M. J. Carey, "A study of index structures for main-memory database management systems," Proc. Intl. Conf. on Very Large Databases (VLDB), Kyoto, Japan, August 1986, pp. 294–303, and T. J. Lehman et al., "An evaluation of Starburst's memory-resident storage component," IEEE Transactions on Knowledge and Data Engineering, Vol. 4, No. 6, pp. 555–566, December 1992, all of which are incorporated by reference herein.

### Embedded Services

In client-server databases, part of an event' s work is performed at the database client, and part at the database server. Although satisfactory for many applications, this partitioning of a task into two parts introduces considerable overhead. For example, invoking a database operation is a costly procedure. Even if the client and server are on the same system, there are still overhead costs associated with marshaling arguments and results across the server interface and with context switching between the two processes. For ad hoc queries, the server must also parse the query, generate execution plans, and select the best execution plan, all before the query itself is actually executed. With a secondary-memory database, these overheads are usually considered acceptable since performance is normally dominated by input/output (I/O) costs. In the illustrative embodiment of EPS **12**, however, in which database operations are processed at main-memory speeds, these overheads generally should not be neglected.

The EPS **12** in the illustrative embodiment is unlike a conventional client-server system in that, e.g., application-specific services and the RAE execute within the same process address space. Moreover, the EPS **12** does not admit ad hoc queries, so all the costs of selecting a query plan are incurred once, statically. This embedded approach reduces costs by eliminating communication costs and shortening path lengths. If an event first accesses data in the memory store, then performs some application-specific processing, and finally performs an update again within the memory store, then it does so wholly within the context of a single process or thread.

Although embedding services in this way improves performance, it also introduces a number of potential problems, one of which is safety. If service code were to raise any kind of unforeseeable error condition, such as a memory leak, a segmentation violation, or an infinite loop, then the integrity of the RAE itself could be compromised. In its mildest form, this might lead to resource leakage. More important is the possibility that the RAE might crash and become unavailable for a period of time, or that the memory store might even become inconsistent (due to, e.g., corrupted or lost data, or incorrect events). The EPS **12** addresses these potential safety concerns through the use of the SAE. The SAE provides high-level, declarative programming tools that can validate event handlers statically, and compile services in a way that either avoids or handles the error conditions noted above. This mitigates many of the safety risks associated with embedding application-specific code within the RAE itself.

Another potential problem concerns availability. A conventional static approach to linking would require RAE to be

US 6,502,133 B1

7

taken off-line briefly for re-linking whenever new services are installed. Taking RAE off-line in this way could interrupt regular event processing. This potential difficulty can be overcome by, for example, compiling services defined within the service-creation platform to object code, and then dynamically linking object-code modules into the RAE, without interrupting event processing. This approach supports availability, even as processing requirements evolve over time.

### Distribution and Parallelism

The two key resources governing the performance of the RAE 22 are main memory and central processing unit (CPU) cycles. Both of these can, if over-stretched, become a bottleneck. The available memory limits the number of customers whose summary and aggregation data can be placed in the memory store. The available CPU resources bound the throughput of the RAE. Moreover, if queues are allowed to develop under heavy workloads, then responsiveness can also be degraded. However, even if the CPU is not a problem, the available memory can also become a bottleneck. Frequently, some entity (such as a customer) accounts for both memory and CPU usage. If memory resources are limited such that no new entities (customers) can be assigned to the RAE, then utilization of the CPU can be low. Thus, a balance must be struck between the CPU and the memory resources of a system. In the case that a single RAE has insufficient resources for a particular workload, the EPS 12 of FIG. 2 can be configured such that multiple RAEs work in parallel.

FIG. 3 illustrates an embodiment of the EPS 12 which includes n RAEs operating in parallel, using a "shared-nothing" approach. The RAEs are designated RAE-1, RAE-2, . . . RAE-n. The EPS 12 includes two mapping units 50-1 and 50-2, each of which includes a mapper 60-$i$, a CPU 62-$i$, a memory 64-$i$, and a recovery log 66-$i$, $i$=1, 2. The EPS 12 also includes n RAE sites 52-$j$, $j$=1, 2, . . . n, each of which includes a RAE designated RAE-$j$, a CPU 70-$j$, a memory 72-$j$, and a recovery log 74-$j$. Each memory-store table is either replicated across all of the n RAE sites, or partitioned across all sites. Generally, replication is used for configuration data such as rate tables, whereas partitioning is used for summary and aggregation data. This shared-nothing approach to parallelism harnesses the aggregated memory and CPU resources of several systems. Shared-nothing parallelism is well-suited to real-time, "rifle-shot" event processing, and throughput scale-up can be close to linear. As such, doubling the number of processors can double the throughput while still maintaining the same average response time.

The mappers 60-$i$ assign events to the RAE site 52-$j$ on which they are processed, as illustrated in FIG. 3. A given mapper maintains a mapping table, which may be implemented as a hash table. When the data for an event arrives on an input stream, it may be assumed that a so-called "subscriber" can be identified for the event. Defining the subscriber for different classes of events is an authoring issue which is addressed by the SAE, as will be described below. One of two rules is then used for mapping an event to an individual RAE site for processing. If there is an entry in the mapping table for the event's subscriber, then that entry identifies the RAE to which the event is assigned. If there is no entry in the mapping table, then a default hash function is used to select the RAE to which the event is assigned. The use of an explicit mapping table has the advantage that subscribers can be re-located if there is a load imbalance between RAEs, or if one subscriber must be

8

co-located with another, e.g., to support customer hierarchies. However, the memory overhead of maintaining an explicit mapping can be avoided for cases in which the default hash-function mapping suffices. For events whose processing spans several RAEs, distribution may be managed automatically by the EPS 12 in a manner which is transparent to applications.

A potential difficulty with the parallel RAE architecture as shown in FIG. 3 is that a single mapper can represent a single point of failure on which the whole system depends. In addition, as the workload increases, the mapper itself can become a bottleneck. One possible alternative architecture allows several nodes to work together to implement the mapping function, and achieves high availability by allowing one mapper to take over the workload of another in the event of failure. Moreover, distribution and parallelization are transparent to the authors of services. Generally, most events are serviced by a single RAE. Nevertheless, it may be necessary for some events to be serviced by several RAEs. This situation arises, for example, whenever an event accesses data which has been partitioned across several sites. However, such distributed event processing can be handled automatically by the EPS 12. This is made possible by the largely-declarative nature of the authoring process at the SAL level, as will be described below.

### Service Authoring Environment (SAE)

The SAE 24 is a tool for authoring the application-specific services, and embedding those services within the RAE 22. These services define: (1) the event-processing logic of a system; (2) the configuration, summary and aggregation information which is maintained to support event processing; (3) canned queries that can be invoked within a system; and (4) the input and output streams which interface the EPS 12 to existing data sources or sinks. Authoring is a high-level procedure based on a set of graphical user interfaces (GUIs) and a service authoring language (SAL). The services authored using the SAE 24 allow the EPS 12 to be applicable in a wide range of areas, including, e.g., billing systems, intelligent networks, Internet services, and network management. Possible specific applications in the telecommunications area include debit-based billing, fraud detection and prevention, call centers, hot billing, and adjunct switching services such as local-number portability and toll-free number mapping.

An example of a service which may be implemented in the EPS 12 is a debit-based billing system for telephone calls, where each customer has a pre-deposited balance. A callConnection event occurs whenever a call is placed. The goal of processing callConnection events is to establish a pre-approved duration for a call based on the customer's current balance. If sufficient funds are available, then a maximum pre-approved duration is determined. If insufficient funds are available, then a pre-approved duration of zero is assigned, and the call is effectively blocked. Upon call completion, a callCompletion event occurs, at which point the actual charges for a call are calculated, and debited from the customer's balance.

This type of debit-based billing system is closely coupled to the provisioning information and switching elements within a network, and must be highly available. Since callConnection events are processed during the critical connection phase of a telephone call, they must meet the real-time performance requirements of the network. These typically dictate that the response time for event processing must be on the order of only a few milliseconds.

US 6,502,133 B1

9

The need for high throughput is also clear. Many network elements handle peak rates of many hundreds of calls placed every second. However, performance is not the only issue raised by this example. From a functionality perspective, computing the charges for a call is non-trivial, and generally depends upon the set of discount plans subscribed to by a customer. In practice, the specific plans offered by carriers are subject to frequent change, and individual customers subscribe to not one, but several plans. For example, different charges may apply to local, long-distance and international calls. Moreover, the charge may depend upon the day, the time of day, the length of the call, and/or the volume or value of calls generated by the customer at hand. Almost all calls are also subject to taxation. Some plans, such as those based on a customer's volume or value, depend on aggregation data, which must be maintained as events are processed. Over time, both the algorithms for computing charges, and the configuration, summary and aggregation data on which those algorithms are based, such as rate tables and customer summaries, evolve. As such, a debit-based billing system must offer both performance and flexibility.

Another example of a service which may be implemented in the EPS 12 is a fraud detection and prevention system. Such a system may maintain, for each customer, summary information in the form of a "fraud signature" that describes the regular calling pattern for that customer. For example, one customer may make frequent international calls, while another seldom places calls outside their state, or even their local exchange. Similarly, one customer may generally place calls on weekday mornings, while another is more active on the weekend. Fraud signatures describing these usage patterns are stored for each customer. The signatures are then used to detect irregular patterns, with similarity to known fraudulent patterns, when and if these occur.

This type of system requires a processing model similar to that of the debit-based billing system of the previous example, but the summary information and event-processing algorithms may be very different. In particular, fraud signatures are highly dependent upon the class of fraud being targeted. International fraud may require signatures describing patterns in call destinations, whereas patterns in call sources may be more relevant for mobile fraud. As such, the algorithms for maintaining and comparing fraud signatures are non-trivial. Moreover, fraud patterns themselves change over time, and fraud signatures and their associated algorithms must evolve to reflect those changes.

As noted above, the SAE **24** makes use of a largely-declarative language referred to herein as service authoring language (SAL). Data management features of SAL in the illustrative embodiment are derived from the structured query language (SQL), a de facto industry standard language for manipulating persistent, tabular data, supported by nearly all commercial relational database systems. SQL is described in, e.g., A. Silberschatz, H. F. Korth and S. Sudarshan, "Database System Concepts," Third Edition, McGraw-Hill, New York, 1997, which is incorporated by reference herein. While a general-purpose language, such as C++, Perl, or Java, may also be used to implement service creation, there are a number of practical advantages to using a richer but more restrictive, declarative approach. With respect to performance, declarative languages are generally more amenable to automatic optimization, parallelization, and complexity analysis. For example, if several RAEs are run in parallel as shown in FIG. **3**, then the processing of a single event may span several RAE sites. The declarative approach allows such issues of distribution to be transparent to authors. Other advantages include simplicity, and safety of authored services.

10

FIG. **4** illustrates the interaction between the SAE **24** and a parallel implementation of n RAEs designated RAE-1, RAE-2, . . . RAE-n, showing the authoring, compilation and installation procedure for SAL scripts. The SAE **24** includes a GUI-based authoring procedure **80**, a service creation interface (SCI) authoring procedure **82**. Services can be authored using the GUI interfaces provided in the GUI-based procedure **80**, or can be authored in SAL directly using the SCI authoring procedure **82**. In either case, the result is a set of authored services, as described by SAL scripts. When these scripts are submitted, a static sanity checking procedure **84** is performed in order to ensure the correctness of the scripts. For example, SAL is statically typed, allowing a broad class of programming errors to be detected at compile time. Static type-checking also eliminates the overhead of maintaining and checking type information at runtime. Once a service has been validated, it is translated into C++ and compiled to native shared-object code, using a translation and compilation block **86**. The resulting object code is then dynamically linked into one or more of the RAEs RAE-1, RAE-2, . . . RAE-n, as indicated by installation block **90**, at which point the scripts are on-line. Once on-line, the scripts are ready for use in event processing block **92** in responding to events **94**.

Performance tests were conducted on the above-described illustrative embodiment for a simple, update-intensive rating and discounting application. The illustrative embodiment as described in conjunction with FIGS. **1** to **4** was implemented using a SUN Microsystems workstation with a single UltraSPARC processor, and a conventional data warehousing system running on the same processor. The performance tests indicated a throughput on the order of 600 events per second. These results clearly demonstrate the performance capabilities of a general-purpose real-time EPS such as EPS **12**.

Safety and Complexity Issues

In addition to type checking, two other static sanity checks are made possible by the declarative nature of SAL. These checks, also performed prior to translation, compilation and installation, address issues of safety and complexity, both of which have important performance implications.

With regard to safety, since service creation is a high-level, largely-declarative procedure, the safety of authored services can be guaranteed statically by the checking and translation process itself. For example, it is generally not possible to author services with errors such as infinite loops, memory leaks, erroneous updates through misdirected pointers, or segmentation violations. These features improve performance by relieving RAE of the burden of addressing safety issues at runtime. Given the inherent correctness of the checking, translation and compilation process, only a limited, well-defined and manageable set of error conditions (such as division-by-zero) can occur at runtime. As a result, authored code can be compiled and executed safely directly within the process space of the RAE itself. If these guarantees cannot be given, then dynamic mechanisms may be necessary for dealing with runtime errors. For example, authored services might be executed in a separate address space, as is done within client-server systems. This latter alternative, however, introduces considerable initialization, context-switching and data-marshaling overheads, all of which can be avoided here. Note, however, that ensuring the safety of authored code in this way does not in itself also ensure the correctness of that code. In particular, none of the features described here eliminates the need for conventional testing and debugging.

US 6,502,133 B1

11                                          12

With regard to complexity, SAL provides a primitive set of programming constructs, and a small but rich set of declarative data-management constructs. This combination is attractive for real-time systems since the complexity of authored services can be analyzed statically. In many cases, SAL can give complexity guarantees and generate warnings if an authored service is potentially inappropriate for real-time event processing.

One key performance metric for real-time systems is predictability. The declarative nature of SAL makes it possible to distinguish code with constant or logarithmic complexity, from code whose complexity is proportional to the size of the database. Since this latter case may compromise predictability and real-time performance, it is flagged with a warning message, but not rejected. This gives an author the opportunity to reconsider the design of a service from a real-time perspective, eliminating a potential performance problem before it is introduced. Nevertheless, complex event processing can on occasion be unavoidable or appropriate. This might be the case, for example, if an event occurs only infrequently, or if the system's dynamics ensure that performance will in fact be satisfactory in practice (e.g., a scan of a table may be reasonable if the table has only a few entries), or if the task at hand is simply inherently complex. In these cases, an author might in fact validate code which, on the face of it, appears inappropriate for real-time processing. For these reasons, event-processing code generated using SAL need never be rejected automatically on the grounds of complexity alone.

### Authoring Tables

FIGS. 5A, 5B and 5C show examples of three different types of SAL tables: base tables, chronicles, and views, respectively. The table is the primitive data structure provided by SAL. A base table is a regular, full-function table. The update operators for base tables are insert, update and delete, and the query operator is select. A view is a table whose contents are derived from the contents of other tables. Views have no update operators, only the query operator select. Chronicles are not stored within the EPS itself; instead an insertion into a chronicle results in an output from the system being generated. The only update operator for chronicles is insert, and the query operator select may appear over chronicles only in view definitions.

The examples shown in FIGS. 5A, 5B and 5C are loosely based on the above-described debit-based billing example. The base table custBalance in FIG. 5A may contain each customer's balance and usage. The chronicle CDROutput in FIG. 5B chronicles all the events processed by the system. The view totalCustCharge in FIG. 5C maintains aggregation information over CDROutput. It records the total charges assigned to each customer, and is maintained automatically as outputs are generated.

Authored services explicitly maintain the contents of base tables. For example, event processing may insert a record into a base table, delete a record from a base table, or update a record within a base table. Generally, base tables store either configuration data or summary data which cannot be maintained automatically as a view. As noted above, a view is a table for which no update operators are permitted; instead, the contents of a view are derived from the contents of other tables (frequently from the contents of chronicles). For performance reasons, views are always stored explicitly in the above-described memory store of the EPS. Their contents are updated automatically as a side-effect of events' updates to base tables and chronicles. Whenever possible (and always for views over chronicles), efficient algorithms for incremental view maintenance are used. Examples of such algorithms are described in H. V. Jagadish et al., "View maintenance issues for the chronicle data model," Proc. ACM SIGACT-SIGMOD-SIGART Symp. on Principles of Database Systems (PODS), San Jose, Calif., pp. 113–124, May 1995, and T. Griffin and L. Libkin, "Incremental maintenance of views with duplicates," Proc. ACM SIGMOD Intl. Conf. on Management of Data," San Jose, Calif., pp. 328–339, May 1995, both of which are incorporated by reference herein.

Both base tables and views are stored explicitly in the memory store of the EPS. Chronicles, on the other hand, are not stored within EPS. A chronicle models a stream of processed-event records. An insert into an chronicle is synonymous with a record being generated on an output stream. A view over an output stream aggregates summary information over all the events processed by the system. Frequently, chronicles represent either query results, or processed-event records that are delivered to a data warehouse for archiving. With respect to complexity, since an entire chronicle is not available for view maintenance, it is essential that views over chronicles be maintained incrementally, one record at a time. Also, views over chronicles generally must incorporate a group-by clause which bounds the space required for the view's materialization.

### Authoring Event-Processing Logic

The above-noted SAL in the illustrative embodiment includes a set of primitive procedural programming constructs, and a set of declarative data-management constructs. The primitive procedural programming constructs include assignment, sequencing, and conditional execution, but not loops. The data-management constructs are restricted versions of the four table operators of SQL (insert, delete, update, and select), and a deprecated foreach operator. In particular, each operator accesses exactly one table in its from clause, and table names and table expressions may not occur elsewhere. With these restrictions, operations frequently correspond to rifle-shot dips into the memory store, which, with index support, can be executed in constant or logarithmic time. As such, these operators are well-suited to real-time processing.

FIG. 6 shows an example of a callCompletion event handler for a simplified stepped pricing plan whose rates vary depending on the current volume of usage a customer has generated. First, the customer summary information is accessed to determine the customer's usage, and then, based on that usage, a rate table is accessed to determine the rate for a call. Finally, the rate is applied to the call detail record (CDR) at hand. In general, the result of a select operation is a set of records. The "pick from" operator extracts a single member from that set (in this case it must be a singleton set). As this example illustrates, although restrictions are imposed on the data-management operators, relatively sophisticated functionality can be achieved by combining these simple operations. In the example, processing which could be expressed equivalently in terms of a join of the custBalance and rateTable tables, is instead expressed in terms of two rifle-shot select operations. This latter form is more appropriate to real-time event processing.

The above-noted foreach operator is a deprecated feature. While the insert, delete, update, and select operators above provide a powerful language for accessing and manipulating persistent data, their expressiveness is deliberately restricted

US 6,502,133 B1

13

in this illustrative embodiment. As a consequence, certain computations cannot be expressed in terms of these operators alone. For such cases, the foreach operator provides the ability to iterate over the results of a select expression, and, for each record in those results, a block of statements is executed. This is a compromise solution. It allows SAL to retain the "relational completeness" property of conventional relational systems, but at the same time encourages the authoring of event handlers which are appropriate to real-time event processing.

The authoring model used in the SAE is based on the above-noted concept of service. As noted previously, a service provides a coherent set of event handlers which together implement some unit of functionality. For instance, in the above-described debit-based billing example, event handlers for callConnection and callCompletion events generally work together in pairs, and each such pair is grouped into a single service. FIG. 7 shows a sample service/handler matrix for this example. An "O" in this matrix indicates that the service on the x-axis provides a handler for the corresponding event on the y-axis. An "X" in this matrix indicates that no handler is provided. For instance, the steppedPrice service provides handlers only for callConnection and callCompletion (as illustrated in FIG. 6), whereas the volumeDiscount service (which maintains per-subscriber summary information) also provides handlers for subscribeCustomer and unsubscribeCustomer.

SAL in the illustrative embodiment provides a set of features for defining services, events and event handlers. Event handlers themselves may be coded using the features described previously. Examples of a service and an event-handler definition were given in FIG. 6. In addition, associated with each event is a method for determining the subscriber for the event, and the time at which the event takes place (if that time is not simply "now"). This information is utilized by the subscription model described below. Also, a new service can inherit behavior from an existing service, redefining only those handlers whose functionality differs from that of the existing service.

## Component Management

Components are packages that implement input handlers and services in the EPS. An "input handler" is a type of event handler. Components are generated by a translator/compiler that converts SAL code into dynamic linked libraries (DLLs) with some particular qualities that make them components and therefore usable by dynamic execution model (DEM) processes to be described in conjunction with FIG. 11 below. Components are linked into running processes and implement interfaces that describe the services provided.

A number of terms will be introduced, and then the component management aspects of the EPS will be described. An "interface" may be viewed as a contract between a process that needs a service and a component/ dynamic element/dynamic library that provides the service. An interface includes a collection of messages/methods to which a service can respond. A message includes a name, arguments (data values passed into the service for that message) and a return value. A component is a packaging of a dynamic library into a resource that can be dynamically loaded, unloaded, reloaded, and tracked by a running process under internal or external (to the process) control. In the EPS, a component can support multiple interfaces, and maps directly into an input handler or service. An input handler describes how an input stream is broken into events, and describes the format, e.g., fields, arguments, etc., of each

14

event. A service describes a collection of actions that are to be taken when any of a set of triggering events is seen. The EPS in the illustrative embodiment assumes that components maintain no state that can be relied upon between method invocations, thus enabling reliable dynamic reloading of components/services.

The following SAL extensions have been implemented to augment SAL capabilities for practical use within the EPS framework:

1. Implicit arguments semantics are supported that enable passing non-event, SAL-visible data into services from the invoking EPS processes.

2. EPS triggered events for component/service installation, uninstallation, and initialization.

3. EPS events triggered on low-level, e.g. DataBlitz™, errors.

Component management features of the EPS will now be described in greater detail.

Operating systems typically provide a small set of system calls that allow dynamic libraries to be opened and used by a running process. For example, in Sun Solaris and Open Group's UNIX 98 standard, dlopen( ) opens a dynamic library (when provided a library name) and dlsym( ) (when provided a symbol name) returns a pointer/reference to a symbol/variable/data object defined in that dynamic library. Because dynamic library symbols are typically named according to C semantics only, C++ type safe names may be "mangled" and therefore not easily parsed by humans. In addition, support is generally not provided for tracking open dynamic libraries.

The following describes the implementation of components in accordance with the illustrative embodiment:

1. Each component implements a single ITABLE symbol that is extracted via dlsym( ).

2. An ITABLE symbol is a pointer to an array of interface name/VTABLE pointer pairs. The entries in this table represent the interfaces that the component supports.

3. A VTABLE consists of an array of pointers to functions. Each function implements a message/method of the associated interface.

The following describes one possible implementation of an interface:

1. An interface is implemented as a C++ class. All interfaces inherit from a base interface class. This base class provides a method for initializing the interface based on the name of a component. When an interface is successfully initialized, method calls on the interface are redirected to method implementations in the component.

2. The specified interface, as derived from the base interface class, provides a set of methods that the interface supports.

3. A generated interface contains a VTABLE pointer that is initialized to point to a VTABLE within a component when the interface itself is initialized to use a named component.

4. A method in the interface indexes a pointer in the associated VTABLE, and calls the function pointed to. The ordering of the method within the interface determines the index used, e.g., the ith method uses the ith pointer.

An exemplary technique for enforcing the contract between an interface and a component in the illustrative embodiment is as follows:

1. An interface is specified in an Interface Definition Language (IDL). The IDL provisions a name and set of

US 6,502,133 B1

15

method (message) signatures comprising the interface. Method signatures include method name, returned data type, and an ordered list of argument data types. Data types are any valid C++ types. Non-integral type definitions are provided through "include" syntax in IDL.

2. A tool is provided to generate an interface C++ class based on the IDL specification, and a "skeleton" component that consists of an ITABLE, a VTABLE for each interface supported, and "stubbed out," i.e., empty, functions that are intended to implement the defined methods. The SAL translator replaces the second tool and not only creates the ITABLE and VTABLES, but fills in the logic for the methods based on the authored SAL input handler services. In this case, the contract is enforced within the translator, and may be based on a number of design decisions derived from architecture/ design sessions between developers, who, over time, refine the basic interfaces. The number of different interfaces used is small, supporting input handlers, services, and the subscription model.

3. Because interfaces define hard contracts between running processes and components, they are compiled into the process code.

An exemplary component management structure will now be described. The description uses certain object-oriented design concepts, as described in, e.g., E. Gamma et al., "Design Patterns: Elements of Reusable Object-Oriented Software," Addison-Wesley, 1995. The component management participants and activities in the illustrative embodiment are as follows:

1. The Component Manager is a singleton (one per process) object that tracks the pool of loaded components on behalf of a process. This object responds to requests to load, unload, and reload components.

2. The Component Proxy represents a loaded component (there is a one-to-one relationship between loaded components and Component Proxies). The Component Manager has information about loaded components via loaded Component Proxy objects. The Component Manager object delegates the loading, unloading and reloading of a component to a corresponding Component Proxy object.

3. An interface object registers with the Component Manager its interest in using a named component. The Component Manager looks up the named component; if it exists, the registration is delegated to the Component Proxy. Otherwise, a new Component Proxy is created, the component is loaded, and then the registration is delegated.

4. Registration with a Component Proxy causes the proxy to track a reference to the interface, and to set the VTABLE pointer within the interface to the appropriate VTABLE within the component. Method calls on the interface (and thus into the component) are now possible.

5. Requests to unload or reload a component are directed to the Component Manager, and are in turn delegated to the appropriate Component Proxy. A Component Proxy will not permit an unload if an interface is using the component. Reloads are allowed at all times, subject to certain restrictions (reloads cannot occur if a thread of execution is currently within a component subject to reloading).

6. A reload of a component conventionally invalidates any VTABLE pointers in interfaces using the component. Because a Component Proxy tracks these interfaces,

16

the proxy walks through the set of registered interfaces and updates the VTABLE pointer in each to point to the new instance.

A service introduction implementation suitable for use in the EPS is as follows:

1. An authored input handler/service is translated into a component (a dynamic library with the properties described above).

2. Components are placed in a repository where they are eligible for loading into the EPS.

3. An operator decides to load a component into the EPS and sends the message to a master process, e.g., an Operations, Administration and Maintenance (OAM) master process. This process is responsible for coordinating dynamic service introduction throughout the EPS.

4. The master coordinates what amounts to a standard two-phase commit approach for introducing the component into the EPS. Basically, all appropriate EPS processes are advised to prepare to load (or unload or reload, as appropriate) the new component. If all parties vote that preparations are successful, the go-ahead to enact the operation is given. If any vote the action down, all parties are notified to cease the operation attempt.

5. The component manager tracks loaded components and the associated interfaces using the components.

The basic flow of an event through the EPS is illustrated in the following:

1. Event sources in this example are typically TCP/IP socket connections, but they can also be files, programs, or functions.

2. A data collection and mapping element, referred to herein as a data collection interface (DCI), sets up an event channel for each loaded input handler. A watcher thread of execution waits for connections (if TCP/IP based) on the channel, and spawns a thread to handle each connection.

3. The spawned thread opens the channel, and calls through an interface to the appropriate input handler component. The input handler reads bytes off of the channel until an event is identified. The identified event is passed back to DCI. The thread places the event on a queue.

4. A mapping thread pulls events off of the queue. Serialization and logging, relevant for the recovery process to be described below, occurs here. The event is demultiplexed/routed to the appropriate downstream handling process in the appropriate cluster (see FIG. 11). High throughput events are directed to the RAE process. Maintenance events, i.e., events with no particular performance requirements, are directed to a daily maintenance process. End-of-cycle (EOC) and other cyclic/periodic events are directed to an EOC RAE process. Queries and events with low latency requirements are directed to a query manager process.

5. A downstream process, e.g., RAE, daily maintenance, EOC RAE, query manager, etc., receives an event. Subscribed events, i.e., events described in SAL as having a subscriber ID, may be directed to a hand-authored (non-SAL) subscription component through a specialized interface for that component. The subscription component looks up the subscriber, looks up the appropriate subscription string(s) (per global preprocessing, postprocessing, and per-subscriber),

US 6,502,133 B1

17                                            18

which may be derived from subscription language (SL) statements and based on the subscriber, event date and effectivity dates associated with the subscription string. The SL identifies the service and event handler (mapping into the appropriate component) that must be called for the event. The subscription component calls the services in sequence through cached (for performance reasons) service interfaces, causing unloaded services to be loaded as required.

6. Services may write to SAL-defined chronicles, which are write-only streams whose sinks are processes, TCP/IP sockets connections, files, and functions. The DW/ES and querying client are two special cases of these chronicles.

7. Note that all events pass through a single method in the service interface into a service component. Generated component code handles demultiplexing the events.

Subscription Model

Generally, conventional database systems support two classes of queries: ad hoc queries and canned queries. Ad hoc queries are flexible, but incur considerable overheads due to parsing and optimizing costs at runtime. Canned queries, on the other hand, eliminate the overhead of ad hoc queries, but at the expense of flexibility. The EPS in the illustrative embodiment strikes a balance between these two extremes by using a subscription model, which minimizes the overhead of event processing, while retaining much of the flexibility of ad hoc query-processing systems.

Subscriptions are the linkages between an entity-based event that enters the EPS framework and the actions, i.e., services, that should be executed for that event. For example, in a telecommunications billing application, when a call complete event arrives, the billing plans in which the given customer is enrolled should be invoked appropriately. Not all events that enter the EPS framework are subscribed events, so it is important to appreciate the distinction between mapped events, i.e., mapped by customer to the appropriate cluster (see FIG. 11), and subscribed events. For example, priming data for a customer summary is a mapped event, because it must be routed to the appropriate cluster based on the customer ID, but the subscription logic is not relevant, so it is not a subscribed event.

The details of this approach will be illustrated in terms of an example based on the debit-based billing system discussed previously. In this case, the set of events might be those on the y-axis of the service/handler matrix of FIG. 7, while the services are on the x-axis. In this example, the distanceRate service provides handlers for four events, whereas the volumeDiscount service provides handlers for all events except addCustomer, removeCustomer and customerDeposit. Two classes of events are supported: non-subscribed events and subscribed events. All events in the example are non-subscribed except callConnection and callCompletion.

When a non-subscribed event occurs, the corresponding handler of each service which provides a handler for that event is invoked. For example, when an addCustomer event occurs, only the handler from the debitMonitorPre service is invoked. When a subscribed event occurs, the services to invoke, and their ordering, are determined by looking up the subscription table. In the case of the callConnection and callCompletion events, the subscriber is the customer to whom the charges for a call should be allocated. Based on that customer's identifier, the subscription table is accessed to determine the services to which the customer subscribes.

For example, one customer may subscribe to the services internationalRate and flatRateRate, while another may subscribe to flatRateRate and volumeDiscount, etc. Only the handlers for subscribed services are invoked. In this way, event processing for subscribed events involves the invocation of a set of canned handlers. However, the way events are handled depends upon the subscriber, and the corresponding entry in the subscription table at the time an event occurs. This approach retains much of the flexibility of ad hoc systems, but without the performance overhead of ad hoc query processing.

Subscription tables may be implemented using a number of different approaches, including a verbose approach and a compact approach. Under the verbose approach, information about individual dependencies is recorded in different entries, perhaps scattered across a set of subscription tables. As such, a considerable amount of effort must be expended at event-processing time to collate and interpret the subscription information relevant for a particular event. Moreover, this effort must be repeated for every event processed. The compact approach eliminates this repeated effort by encoding subscription information in a single, compact entry in a single table. Thus, only a single entry must be accessed to determine all the subscription information necessary to process an event. Entries in the compact subscription table are encoded in a minimal subscription language which, although sufficiently rich to encode complex dependencies mentioned above between subscriptions, is compact, and can be interpreted with very-low overhead at event-processing time.

FIG. 8A illustrates that the above-described verbose and compact subscription representations can be complementary. For example, verbose subscription tables may be maintained for applications such as auditing and customer care, whereas a compact subscription table representing essentially the same information may be used for real-time event-processing. Updates to entries in the verbose tables are propagated automatically to the compact table whenever updates take place. In the example of FIG. 8A, a set of subscription tables 95 are maintained for a customer care application 18A. The set of subscription tables 95 include a verbose subscription table 95A, an exclusion table 95B, and a prerequisite table 95C. The set of subscription tables 95 is subject to automatic translation and automatic propagation of updates to generate a corresponding compact subscription table 97. The compact subscription table 97 is used in EPS 12 for real-time event processing.

The operation of the subscription model will now be described in greater detail, with reference to an illustrative compact subscription table as shown in FIG. 8B. Given an event with subscriber sub and time stamp ts, this table contains a unique entry S such that:

S.subscriberId==sub and

S.startTimeStamp<=ts and

ts<S.endTimeStamp

The explicit subscription term for an event is then given by S.subscription. With appropriate index support, this term can be accessed in constant time. Two special identifiers, preProcessingSub and postProcessingSub, also have entries in this table. These entries represent implicit subscription terms to which, in addition to their explicit subscription terms, all subscribers subscribe.

The complete subscription term for an event is derived by concatenating the pre-processing subscription term, the explicit subscription term, and the post-processing subscription term, in that order. Moreover, the pre- and post-

**19**

processing terms can be cached between events, so they do not in fact require a lookup operation. For example, if an event for "Frank" occurs during August 1997, then the complete subscription term for the event would (schematically illustrated) be:

- - - d - - - ; - - - b - - - ; - - - e - - -

This term then defines the services whose handlers are used to process the event. The key advantage of this approach is that a single table lookup accesses all the subscription information for an event. Subscriptions themselves are encoded in a small but flexible subscription language. For example,

flatRateRate;

volumeDiscount;

indicates that the handler of the flatRateRate service should be invoked first, followed by the handler of the volumeDiscount service. Terms in this language are then compiled to a very compact form (such as represented here schematically as - - - a - - - ). This compact form is ideally suited to efficient run-time interpretation with minimal CPU and memory space overheads. The compact approach can be contrasted with existing subscription-based systems in which subscription information spans several tables, or even several entries within each table. The compact approach avoids almost all of the overhead associated with run-time data-access and interpretation for each event.

The above-noted flexible subscription language is designed such that it can be compiled to the compact form, which can be interpreted by a simple and efficient interpreter. The complete syntax of an illustrative subscription language is shown in FIG. **9**. Each term in the syntax captures two semantic notions: first, whether a particular service is enabled for an event, and second, the order in which the services are enabled for an event. As previously noted, only the handlers of enabled services are invoked, and they are invoked in the order in which they are enabled. The term "serviceId" is assumed in this example to incorporate a service name, together with an instance identifier for the service. It should be noted that the concept of instances is useful for services such as stepped or tiered pricing plans, where instance-specific step and tier information is stored in provisioning tables.

The term "NOTHING" in the syntax of FIG. **9** indicates that no services are enabled for the event, and a term of the form "serviceId" indicates that the named service is enabled. The term "$SL_1$; $SL_2$" captures ordering of subscription terms. All services enabled by $SL_1$ are enabled, and all those enabled by $SL_2$ are enabled, in that order. For example, a term:

internationalRate; volumeDiscount

enables internationalRate and volumeDiscount, in that order. Whenever, e.g., a callCompletion event occurs, first the callCompletion handler of the internationalRate service is invoked, then the callCompletion handler of the volumeDiscount service is invoked.

Delegation allows the explicit subscription term of another subscriber to be invoked. When encountered, the compact subscription table is accessed, and the explicit subscription term for the named subscriber is retrieved. This is then invoked in place of the delegation term itself. Pre- and post-processing terms are not invoked. This feature has at least two uses. It can be used to implement customer hierarchies where, e.g., the subscription for a parent must be invoked for a child, and it can also be used to introduce structure and modularity into subscriptions, at the cost of additional table accesses.

The form "IF serviceId $SL_1$ [ ELSE $SL_2$ ]" in the FIG. **9** syntax captures conditional invocation and qualification.

**20**

The ELSE branch is optional. Either those services enabled by $SL_1$ will be enabled, or those enabled by $SL_2$ will be enabled. These cases are distinguished as follows. Assume some event eventName occurs. If the service serviceId has a handler for eventName, then that handler is invoked. The result is required to be a boolean value. If the result is true, then the handlers enabled by $SL_1$ are enabled, otherwise those enabled by $SL_2$ are enabled (if $SL_2$ is present). If serviceId does not provide a handler for eventName, then the services of both $SL_1$ and $SL_2$ are enabled.

Mutually-exclusive services and prerequisite services are captured by terms of the form:

serviceId* EXCLUDE SL

serviceId* PREREQUISITE SL

For exclusion, the services enabled in SL are enabled only if all of those named in the exclusion list have not already been enabled. For prerequisites, the services enabled in SL are enabled only if at least one of those named in the prerequisite list is already enabled. These semantics allow an exclusion requiring none of a set of services to have been enabled to be expressed as a sequence of exclusions, or a prerequisite requiring all of a set of services to be enabled to be expressed as a sequence of prerequisites. For example, if the internationalRate and the distanceRate services are mutually exclusive, then the term:

internationalRate EXCLUDE distanceRate

ensures distanceRate will be enabled only if internationalRate is not enabled. If, in addition, the volumeDiscount service is only applicable for distanceRate calls, then the extended term:

internationalRate EXCLUDE distanceRate; (distanceRate
    PREREQUISITE volumeDiscount)

ensures that volumeDiscount is enabled only if distanceRate is enabled. Note that both the forms above assume "or" semantics between the services listed. The alternative "and" semantics can be achieved by sequences of EXCLUDE or PREREQUISITE terns.

The form "FIRST eventName+ SL*" in the FIG. **9** syntax ensures that only one of a number of possible subscription terms is enabled. When one of the named events occurs, the subscription term to be enabled is the first one in the list SL* for which at least one service would be enabled. When any other event occurs, all the services which are enabled in at least one of the sub-terms are enabled.

Another possibility is that of having several subscription terms, of which a particular "best" one applies. This situation is captured by the FIG. **9** syntax as follows. The event handlers of each of the given subscription terms are invoked, but only provisionally, and the best is selected from these candidates in accordance with some predetermined criteria. The available forms are:

MAXIMUM eventName expression SL*

MINIMUM eventName expression SL*

The "expression" selects either one of the eventName's intType arguments, or an intType field of one of event-Name's record arguments. Whenever an event eventName occurs, each term in SL* is evaluated provisionally, and the expression is evaluated. The term with the maximum is selected, and only the services enabled by this term are then deemed to be enabled. The results of all other provisional invocations are discarded. For events other than the named event, the services of all of SL* are enabled.

The illustrative subscription language described above is sufficiently expressive to handle a variety of non-trivial subscription issues. However, the language also has the advantage of simplicity. In particular, the language is suffi-

US 6,502,133 B1

21

ciently simple that it is possible to encode any term of the subscription language in a prefix form which is ideally suited to real-time interpretation. This is illustrated for some of the examples above as follows, although it should be understood the compiled versions will be in a machine-readable encoding of this prefix form.

  ; internationalRate volumeDiscount

    EXCLUDE 1 internationalrate distanceRate

  ; EXCLUDE 1 internationalRate distanceRate PREREQ-
    UISITE 1 distanceRate volumeDiscount

A very simple interpreter for this form can be imple-mented in a straightforward manner as a simple switch statement with a case for each of the ten forms described above.

In practice, the subscription process itself can be complex. For example, services may be active only for a particular time period, there may be ordering dependencies between subscriptions, some services, e.g., those implementing taxation, may be subscribed to implicitly by all subscribers, an event may need to "qualify" for a service, or there may be "preclusion" or "prerequisite" dependencies between services. The subscription language of the illustrative embodiment, as shown in FIG. 9, is sufficiently rich to capture these and a variety of other classes of dependency between services and between subscriptions.

It should be noted that the subscription model may include a number of more advanced features. For example, services can be organized into an inheritance hierarchy, whereby a new service inherits all the handlers of an existing service. By redefining one or some of a parent's handlers, an existing service can be adapted to new requirements. Also, certain services can be designated as "pre-processing" or "post-processing" services, thereby ensuring that their han-dlers are always the first or the last to be invoked for an event. This would be the case for the debitMonitorPre and the debitMonitorPost services in the example. Typically, the event handlers of pre-processing services perform initializa-tion tasks for other handlers, and the event handlers of post-processing services perform final computations, update summary information which is not owned by any individual service, and generate outputs. Other features that may be included in the subscription model are implicit subscription, conditional subscription (or "qualification"), mutual exclusion, and optimization.

Authoring Input and Output Streams

Many of the target applications for the EPS 12 are implemented as adjunct services to embedded systems, such as network switches. To support data exchange with such embedded systems, the EPS supports stream-based external interfaces, as illustrated in FIG. 2. As previously noted, an input or an output stream may be, e.g., a sequence of records, transmitted over a TCP/IP connection or other suitable connection. The authoring of input and output streams involves describing the physical record formats which can occur on a stream, identifying key features embedded within those records, such as format descriptors and length indicators, and defining mappings between record formats.

When the EPS interfaces with existing systems, a number of complications may arise. For example, stream formats generally conform to existing standards, and the EPS must be capable of interfacing with systems which use those standards. As another example, streams are frequently nonhomogeneous, with a single stream comprising a variety of different record formats. The above-described SAL pro-vides several features for addressing these issues. One

22

feature is the ability to perform normalization over multi-format input streams. Under this approach, even if there are several input formats on a stream, these are transformed into a single internal format on arrival, and only this uniform internal format is processed within the EPS.

For instance, consider the previously-described fraud detection/prevention example, which is based on processing streams of call detail records (CDRs). About fifty different CDR formats arise in practice, and the authoring process can be simplified if it is made independent of these individual formats. This may be achieved in three stages: by authoring each physical record format, superimposing a normalized record format over the physical record format, and providing a normalization for each CDR format.

FIG. 10A illustrates this normalization process for two CDR formats, exampleCDRType1 and exampleCDRType2. Services are authored not in terms of either of these specific formats directly, but rather in terms of the third, normalized format, CDRNormalType. A normalization is declared for both of the CDR formats, and these normalizations are used to map CDRs to the normalized form for processing.

Unfortunately, although this approach simplifies authoring, normalization is "lossy." For instance, in the FIG. 10A example the sensor field of exampleCDRType1 does not occur in the normalized form, and is therefore discarded by the normalization process. As a consequence, this approach is satisfactory only if down-stream processing does not rely upon a record's specific input formats. To overcome this difficulty, a second form of normalization, referred to as abstract normalization, is provided. Abstract normalization is based on the concept of an abstract record type. Abstract record types are similar to concrete record types, but they define an interface to a group of record formats rather than a physical record format. In this case, mappings between these concrete and abstract record types allow a single interface to be used to process records that have a variety of different underlying physical formats, without requiring normalization to be performed.

FIG. 10B shows the abstract normalization which results if the declaration of the type CDRNormalType in the FIG. 10A example were given not as a concrete type, but rather as an abstract type. In this case, if the underlying record is of type exampleCDRType1, then any reference to an abstract field duration is replaced transparently with a reference to the underlying concrete field duration. If the underlying record is of type exampleCDRType2, it is replaced with the expression "minutes +60*hours." By defining events in terms of abstract records, multi-format inputs are mapped to multi-format outputs, without loss of information. A limita-tion of abstract normalization, however, is that updates are restricted. In particular, an abstract field may be updated only if, for every normalization, its mapping is defined as a simple arithmetic mapping of a single field in the underlying concrete record type. In the FIG. 10B example, for instance, neither the duration nor the callTimestamp field may be updated.

Alternative Embodiment Based on Dynamic
Execution Model

FIG. 11 shows an alternative embodiment of the real-time EPS 12 of FIG. 1. The EPS 12 in this embodiment includes the SAE 24 as previously described, and a set of k clusters of RAEs configured in the form of a dynamic execution model (DEM) 100. The DEM 100 receives input streams, generates output streams, and processes queries, in a manner similar to that described in conjunction with FIG. 2. The

US 6,502,133 B1

23

DEM **100** interfaces with data warehouse/enterprise store (DW/ES) **14**, application(s) **18** and SAE **24** via a bus **101**. The DEM **100** includes a set of global services **102** and the set of k clusters **104**-$i$, $i$=1, 2, . . . k. Each of the clusters **104**-$i$ may include a set of n RAEs arranged as shown in the FIG. **3** embodiment. The global services **102** include a data collection and mapping element **110**, a cluster management element **112**, a recovery management element **114**, and a query services element **116**. The global services **102** further includes an event log **120**, a recovery log **122**, a mapping store **124** and a component store **126**. Each of the clusters **104**-$i$ includes a daily maintenance element **130**-$i$, a query management element **132**-$i$, and a set of one or more RAEs **134**-$i$. Each cluster **104**-$i$ further includes a component store **140**-$i$, a working store (WS) **142**-$i$, and an enterprise offline store **144**-$i$.

The DEM **100** allows authorable components as well as priming and updating objects to be dynamically loaded at runtime, as needed. It is used by any EPS process that needs to access the methods of a service or authorable component. All knowledge about a service or authorable component is encapsulated within these dynamically loaded objects. Each authorable component contains information about its event type and state. A dynamic service is then triggered according to the event type and performs some processing according to the authorable component's state. The EPS is thereby insulated from specific knowledge about the authorable component, such as the tables kept in the WS and the methods used during "trigger-based" processing. A task such as end-of-cycle (EOC) processing becomes an instance of a trigger-based processing and is handled by a RAE. The introduction of new services is also simplified. Since new services can be defined and dynamically loaded at runtime, the system does not have to be brought down and rebuilt. Thus, any process that utilizes the methods of a service can access newly loaded objects without having to be recompiled and restarted.

The DEM **100** may be implemented using dynamically linked libraries (DLLs). In this approach, a translator parses the authorable component's definition file (generated by the SAE **24**) and produces a C++ class that can be compiled into a DLL. The authorable component is introduced into the DEM **100** through a given daily maintenance element **130**-$i$, which stores information about the name and location of the DLL in the corresponding WS **142**-$i$. As an example, at runtime, when a RAE needs the service to process some data object such as a call detail record (CDR) or when the daily maintenance element **130**-$i$ needs to subscribe a customer to a service, the DLL is loaded as it becomes available and the methods within the DLL can be accessed. Reloading of the DLL occurs if an update to the DLL comes in.

The functional interface between a process and the DLLs is defined by the basic component type, an abstract base class. In this embodiment, all authorable components must inherit from a basic type. The basic component type contains a set of virtual methods that a process invokes to perform an authorable component-specific action. An authored component can override these virtual methods to provide its own specific functionality.

As shown in FIG. **11**, the DEM **100** may include k clusters **104**-$i$. Each of the k clusters **104**-$i$ resides on its own processor and includes its own WS. Events are mapped to the correct DEM cluster **104**-$i$ by the data collection and mapping element **110**. Query events are mapped to the correct DEM cluster **104**-$i$ by the query services element **116**. The DEM **100** is transparent to its clients since requests are handled by specific mappers.

24

The EPS in the distributed configuration of FIG. **11** must adjust to changes in the number of clusters **104**-$i$ and the number of customers. The number of clusters may change as a result of, e.g., adding or deleting processors from the system. When the number of clusters changes, the EPS **12** may migrate some customers from one or more clusters in the old configuration to a new cluster. Migrating customers involves moving the customer profile and summary tables from a source cluster to a target cluster. An important observation is that hierarchically-treated customers generally must be kept in the same cluster in order to maintain accurate summary information and hence accurately process the events. An example of a mapping method which takes into account hierarchically-related customers, and possibly other exceptional cases, requires that the data collection and mapping element **110** have access to a database instance for the purpose of mapping. This database instance may be, e.g., a DataBlitz™ database instance.

Another issue in the embodiment of FIG. **11** is how initial segmentation of the customer set occurs. One possible strategy is to first subdivide the customer set into simple customers and exceptional customers. Exceptional customers are hierarchically-related customers and customers that have constraints on them that force location in a particular cluster. For the simple customers, a functional mapping may be used. An example of a functional mapping is to assign a simple customer to cluster i, where i=X mod k, where X is the customer ID and k is the number of clusters. Though the cluster mapping for these simple customers can be computed easily, it may still be desirable to maintain their mapping in the mapping store **124** for symmetry as well as migration management.

For the exceptional customers, an administrator may be used to determine what clusters they will be assigned to, and a mapping of customer ID to cluster number is maintained. The type of exception condition may also be maintained to help guide migrations. The cluster management element **112** implements a process to create and maintain this mapping. As an event enters the data collection and mapping element **110**, that element in conjunction with the cluster management element **112** determines the correct cluster either from a mapping table in the mapping store **124** or the above-described functional mapping.

Migration in the FIG. **11** embodiment may be viewed as an administrative task that occurs off-line, and may include the following steps:

1. Select the customers to be migrated and the target cluster. Alternatively, all of the simple customers may be redistributed via the functional algorithm.

2. Applications may at this point wish to add to the migrating customer set any hierarchically-related customers not explicitly designated.

3. Simple customers may be migrated individually. All customers in a given hierarchy must be in the same subset, and customers in the same subset will be migrated together.

4. Change the mapping table in mapping store **124** so that the migrated customers are now mapped to the target cluster.

5. Copy all customer profile data and summaries from the source cluster to the target cluster.

6. Delete the customer profile data and summaries on the source cluster.

7. Update processed transactions for the migrated customers to refer to the target cluster. Plan summaries will

25

generally not be affected, e.g., in terms of a delta being applied, as a result of customers being migrated. Though the plan summary in a given cluster may not accurately reflect the actual customer participation within that cluster after migration, the aggregate of that plan's summaries across all clusters will accurately show the participation of all customers for that plan. There does not appear to be any need to maintain plan summaries reflecting cluster participation, since clusters are a feature of the system architecture rather than logical service concepts.

Fault Tolerance and Recovery

Fault tolerance and recovery features of the EPS **12** will be illustrated below using the embodiment of FIG. **11**. In order to be self-sufficient in its ability to recover from software failures, the EPS in this embodiment keeps local copies of all inputs coming into it from external sources. This process may be implemented in the data collection and mapping element **110**, and is responsible for knowing what external inputs are coming into the EPS, knowing how to receive each external input, knowing how to map an input to the proper EPS cluster or clusters, and knowing how to convert each input into an appropriate file. The process also attaches a serial tag to every data input coming into the EPS. This tag is used to identify records in a stream and for recovery purposes.

The EPS in this embodiment needs to be able to recover on a per cluster basis. In order to accomplish this, the input files created by the data collection and mapping element **110** are organized on a per cluster basis. The input types coming into the EPS, and their corresponding handlers and mappers, are shown in the following table.

| Input Type | Handler | Mapper |
|---|---|---|
| Queries | Query Services 116 | Query Services 116 |
| Events | RAE 134-i | Data Collection/Mapping 110 |
| Maintenance | Daily Maintenance 130-i | Data Collection/Mapping 110 |
| Triggers | RAE 134-i | Data Collection/Mapping 110 |
| Service Plans | Daily Maintenance 130-i | Data Collection/Mapping 110 |

Queries are generally read-only and do not need to be recovered. This means that if the cluster goes down prior to servicing a query, the application will need to detect and handle this. This policy will need to be declared. Hence, queries generally do not need to be buffered to a file. It should be noted, however, that based on application needs, it may be possible to identify certain classes of updateable queries that require buffering in global services, e.g., in a prepay billing application, locking an account while a call is in progress. Due to overlap between queries and other events, it may be desirable to merge the functions of the data collection and mapping element **110** and the query services element **116**.

As will be described in greater detail below in conjunction with FIGS. **12** through **15**, the EPS **12** implements a strategy of establishing recovery points at predetermined intervals and, when necessary, recovering to the first recovery point just prior to the last transaction committed by the DW/ES **14** for the cluster. In order to manage synchronization between a RAE **134-i** handling events, triggers, etc. and the daily maintenance element **130-i** handling maintenance inputs, all maintenance activities are performed immediately after establishing a recovery point but before starting event processing. It should be noted that delays imposed on daily

26

maintenance processing as a result of deferring daily maintenance events until after establishing a recovery point may be undesirable in some applications. Other techniques may therefore be used to coordinate the timing for recovery point establishment, and daily maintenance events may be processed as they are received, subject to factors such as system load, etc.

A similar concern arises for service plans. This concern is addressed by establishing a policy that service plan changes (new or modified) will only be introduced after each recovery point and before any other processing (maintenance inputs, transactions, events/triggers). Daily maintenance will need to be able to back out service plan changes from a given recovery point. The WS effects may be automatically backed out by DataBlitz™ recovery, but the file system changes, e.g., DLLs, will need to be handled, by perhaps keeping previous versions only when changes are introduced. So essentially the daily maintenance element will be responsible for establishing recovery points only for service plan impacts to a flat file store. Other service plan changes to the DW/ES **14** will not be rolled back. This will require the DW/ES **14** to filter these duplicate requests in recovery, similar to what it needs to do for processed transactions.

Recovery on a per cluster basis in the FIG. **11** embodiment requires all inputs to be mapped to the cluster prior to being stored to disk for recovery. The data collection and mapping element **110** takes input streams or files and maps them to the appropriate file in the recovery log **122**, and is also responsible for reading the recovery log **122** and delivering inputs to the appropriate cluster process. The data collection and mapping element **110** includes readers for obtaining input streams, mappers for mapping input streams to cluster recovery files, and senders for delivering data from recovery files to the appropriate clusters. Readers, mappers and senders are implemented by the same process.

Although DataBlitz™ can recover to the last transaction, the DW/ES may lag during recovery due to volume aggregation issues. This issue may be addressed by rolling the WS and flat file store back to the last recovery point just prior to the last committed DW/ES transaction for that cluster. Customer migration adds another level of complexity to recovery. In the FIG. **11** embodiment, this issue may be addressed by requiring all customer migration to occur in non-service periods, e.g., scheduled maintenance periods, for the EPS. Other embodiments may be configured which allow the customer migration to occur during service periods.

FIGS. **12** through **15** illustrate a detailed example of recovery management which may be implemented in the EPS **12**. The recovery management in this example ensures that events (e.g., CDRs, priming data, etc.) are reliably processed by the EPS **12**, even if one or more system elements, such as the DCI, a cluster process (e.g., RAE, dmserv, etc.) or the memory store crash or otherwise fail. An aspect of this reliability is the assurance of the consistency between events processed by a given cluster **104-i** and processed events (e.g., events with EPS-added data) received by the DW/ES **14**.

A well-known conventional solution for ensuring data synchronization between multiple data stores is to employ a "two-phase" commit approach in which a Transaction Processing (TP) monitor or other overseeing entity coordinates transaction commits between all data stores participating in a transaction. In this approach, all participating data stores are queried for preparedness to commit. All data stores vote, and if all vote in the affirmative, each is instructed by the

27

overseeing entity to go ahead and commit. A single negative vote causes the transaction to be "rolled back," i.e., all data store entities, tables, rows, etc. are returned to a state prior to the start of the transaction. A problem with this approach with respect to the EPS **12** is that the slowest data store, i.e., the DW/ES **14**, determines the throughput rate for the entire EPS, and the overhead of constant resynchronizations, with each commit involving multiple communications between clusters and the DW/ES **14**, would severely impede the overall throughput.

The above-described conventional two-phase commit approach can be considered a "pessimistic" data synchronization approach because, at every commit time, all data stores are known to be consistent with one another. In contrast, the approach illustrated in FIGS. **12** through **15** ensures a high level of throughput by employing an "optimistic" data synchronization approach. In this approach, the memory store and the DW/ES are only known to be synchronized when a given cluster, or an individual process within it, is started. This approach avoids the need for constant resynchronization at every commit, such that the memory store can be allowed to perform more or less at its maximum capacity.

The recovery management as illustrated in conjunction with FIGS. **12** through **15** makes use of a DataBlitz™ feature known as recovery points, or time stamp recovery. Recovery points may be viewed as "markers" that are inserted, on demand, e.g., by the EPS **12**, into stable DataBlitz™ redo logs. A recovery point represents a transactionally consistent state of the database that can be reverted to as long as the logs are available. The logs are typically archived or deleted after a database checkpoint so that the disk space consumed can be freed. This feature enables optimistic data synchronization by providing points in the past at which the synchronization of the memory store and the DW/ES is known and to which the state of the EPS can be returned in case of failure.

In the example of FIGS. **12–15**, event serialization and logging enables event acceptance and recovery. By tagging each event with a serial number as it comes into the EPS, logging the event at the front end (e.g., a DCI) and persistently storing the last serial number processed in each database transaction (in the memory store and DW/ES), in nearly all cases it is possible to recover to the last successfully processed event, and to replay accepted events from that point forward. Without such a mechanism, exceptional events such as the failure of a RAE will generally always require a more expensive recovery (in terms of lost cycles that could be spent processing new events) to a recovery point. Furthermore, if event serial numbers are associated with the incoming stream and event sequence number on that stream, it is possible to provide an event supplier with sufficient information to be able to replay an event stream without losing events (e.g., if the EPS could not recover) or duplicating events.

Recovery requirements dictate that a return to a previously established recovery point should be avoided where possible, and that a process that has failed and restarted should avoid recovery modes wherever possible (e.g., RAE was idle, with no uncommitted or queued work when it failed, and so there is therefore nothing to recover), because these are considered "expensive" propositions in terms of lost cycles that could otherwise be devoted to processing new events.

FIG. **12** illustrates the event processing procedure for a given event arriving in the EPS **12**. It is assumed that the

28

EPS **12** and DW/ES **14** are up and available for handling events. The steps in the event processing procedure are as follows:

1. The given event enters the EPS **12**.

2. The event is received by a DCI **150** implemented in the global services portion **102** of EPS **12**. The DCI **150** includes a mapper thread **152** which is responsible for event serialization and logging. The incoming event is serialized, e.g., assigned one of a series of monotonically increasing serial numbers, by DCI **150** as soon as the event is accepted into the EPS. The serial number remains associated with the event as the event passes through the EPS, and uniquely identifies that event within global services **102**, the cluster **104**-*i*, and the DW/ES **14**. Serialized events are then logged by the DCI **150** in event log **120** so that the events can be recovered and replayed to the cluster **104**-*i* in case the cluster (or a process in the cluster) fails, or in case the DCI **150** itself fails.

3. The serialized and logged event is sent to the appropriate cluster process **160**.

4. Before each transaction commit, the cluster process **160** records in memory store **162** the serial number of the last event processed and that of the last event sent to the DW/ES **14**. The memory store **162** corresponds generally to the memory store **32** of FIG. **2**, and a designated portion of the memory store **162** may be associated with each of the RAEs in the cluster **104**-*i*.

5. The DW/ES **14** utilizes one or more enterprise store server processes **165** to record in a serial number log **170** the last serial number received for each cluster process.

FIG. **13** illustrates a recovery point establishment procedure which includes the following steps:

1. In accordance with a period determined by a tunable parameter, a timer thread **172** in DCI **150** generates an establish recovery point event and transmits it to a dmserv process **174** in the cluster **104**-*i*.

2. The dmserv process **174** passes the event to a recovery component **176**. The recovery component **176** encapsulates functions for handling establish recovery point events and for invoking the memory store **162** to rollback to a previous recover point.

3. The recovery component **176** performs the following operations:

   a. Commits the current open dmserv transaction and opens a new one.

   b. Reads from the memory store **162** the last serial numbers processed by the cluster **104**-*i* as well as last sent to the DW/ES.

   c. Establishes a recovery point in the memory store **162**. A handle to the recovery point is obtained, and the handle identifies the location, e.g., in the above-noted redo logs, where the recovery point was placed, and the date and time at which the recovery point was taken.

   d. Writes the recovery point handle and last serial numbers processed data to the recovery logs **178**. Information associated with established recovery points is persisted in the recovery logs **178**, enabling the selection of an appropriate recovery point when an out-of-synchronization condition is detected. The recovery logs **178** in this embodiment are outside the memory store **162** (e.g., in flat files) so that they are available even if the memory store **162** itself is not. The recovery logs **178** may comprise a set of recov-

29

ery logs **40** as shown in the FIG. **2** embodiment, with each of the logs **40** in the set associated with a corresponding RAE in the cluster **104**-*i*. As another example, the recovery logs **178** may comprise a set of recovery logs including recovery logs **66-1**, **66-2** and **74**-n as shown in the FIG. **3** embodiment.

4. When the memory store server processes are first started, and right before they are cleanly shut down, a memory store front-end process msfront **180** calls the recovery component **176** to establish a recovery point so that there is always an appropriate memory store state to return to when the cluster is started. The msfront process **180** is associated with the cluster **104**-*i*, and coordinates starting, stopping, and recovering the cluster.

FIG. **14** shows a cluster recovery procedure. It is assumed that the memory store **162** and one or more cluster processes **160** have failed, such that the cluster **104**-*i* requires restarting. The cluster recovery procedure includes the following steps:

1. The msfront process **180** queries the DW/ES **14** for the last serial number received from each cluster process.

2. The msfront process **180** calls the recovery component **176** to do a recovery/rollback to a recovery point, passing it the serial numbers collected in the previous step.

3. The recovery component **176** searches the recovery logs **178** for a recovery point handle for which each associated serial number is less than or equal to the corresponding last serial number received by the DW/ES for that cluster process.

4. The recovery component **176** calls the memory store **162** in order to roll back to the recovery point identified by the recovery point handle obtained from the recovery logs **178**.

5. When the rollback is completed, the msfront process **180** restarts all the cluster processes **160**.

FIG. **15** shows a cluster process recovery procedure. It is assumed that a cluster process has failed and been restarted. The goal is to determine if any events were lost, and if so, to request a recovery.

1. The cluster process **160** invokes the recovery component **176** to do a startup check.

2. The recovery component **176** queries the DW/ES **14** to obtain the last serial number that the DW/ES received from that cluster process.

3. The recovery component **176** queries the memory store **162** to obtain the last serial number it processed and the last serial number that was sent to the DW/ES **14**.

4. If the last serial number sent to the DW/ES is greater than the last serial number processed by the DW/ES for that process, the recovery component **176** sends a needs recovery message to the msfront process **180**. In this case, the msfront process **180** shuts down the cluster and memory store server processes, and commences the previously-described cluster recovery procedure.

5. If the last serial number sent to the DW/ES is less than or equal to the last serial number processed by the DW/ES for that process, a ready to go message containing the last serial number processed by that cluster process is sent to the DCI **150**. The DCI **150** begins sending events starting immediately after that serial number, retrieving events from its event log **120** as necessary.

A number of other examples of recovery point establishment and recovery procedures will be described below. The

30

following is another example of a set of recovery point establishment and recovery procedures also suitable for use in the FIG. **11** embodiment:

1. Recovery point frequency is configured per cluster by an administrator.

2. For each recovery point, the following recovery point establishment operations occur:

a. Recovery management element **114** sends a notification to DCIsender, a process implemented by the data collection and mapping element **110**, to establish a recovery point for cluster i. It provides a unique identifier for this recovery point.

b. DCIsender places a recoveryPoint message on the processing stream for that cluster behind all currently queued inputs and stops sending additional inputs down that steam.

c. Cluster i RAE **134**-*i* receives the recoveryPoint message and marks the WS **142**-*i* with the unique identifier passed on from recovery management element **114**. Once the recovery point is established, RAE **134**-*i* notifies recovery management element **114** of the recoveryPoint identifier and last transaction number processed. The recovery management element **114** persistently stores this recovery point and last transaction number information for cluster i.

d. Recovery management element **114** notifies cluster i daily maintenance element **130**-*i* to establish a recovery point using the same unique identifier for the flat file store. The daily maintenance element **130**-*i* notifies recovery management element **114** when complete (this could happen in parallel with step c).

e. Recovery management element **114** notifies DCIsender to start processing for cluster i. DCIsender starts processing in the appropriate order (service plans, maintenance inputs, then transactions and events/triggers), ensuring that these are uniquely sequentially tagged. When daily maintenance element **130**-*i* is handling service plan inputs it should have sufficient information to be able to back out flat file store changes for these inputs in case of recovery to an earlier recovery point.

f. DCIsender sends service plan inputs followed by maintenance inputs to daily maintenance element **130**-*i*. Daily maintenance element **130**-*i* notifies DCIsender when complete.

g. DCIsender sends transactions and events/triggers to RAE **134**-*i* until the next recovery point notification.

3. The recovery process includes the following operations:

a. Recovery management element **114** detects cluster i failure, halts DCIsender for that cluster's inputs and restarts the cluster's process group.

b. Recovery management element **114** queries the DW/ES **14** for the last committed transaction identifier for cluster i.

c. Recovery management element **114** determines the appropriate recovery point for cluster i, e.g., the recovery point's last committed transaction <=last committed transaction for cluster i, and signals cluster i's DataBlitz™ server to restore to the appropriate recovery point. Cluster i's DataBlitz™ server notifies recovery management element **114** when complete.

d. Recovery management element **114** notifies daily maintenance element **130**-*i* to recover the flat file store to the given recovery point. Daily maintenance element **130**-*i* notifies recovery management element **114** when complete (this can be in parallel with step c).

31

e. Recovery management element **114** notifies DCIsender to start cluster i's inputs after that recovery point's last committed transaction identifier.

f. The DW/ES **14** filters records it had already committed between the recovery point and the need for recovery. A possible alternative is to filter this inside the EPS at both RAE **134**-*i* and daily maintenance element **130**-*i*.

An example of a time stamp recovery process, which may be implemented in the embodiment of FIG. **11**, will now be described. It is assumed for purposes of the example that there are three sites involved in event processing for a given application. In parallel, a front-end site passes a data stream to two back-end sites. For example, in the EPS **12** of FIG. **11**, the front-end site may be an element of the global services **102**, e.g., the data collection and mapping element **110**, and the back-end sites may be clusters **104**-*i*. Each of the two back-end sites does some processing on the data stream and updates their local data store or database. One of the back-end sites is assumed to be running the DataBlitz™ storage manager, and it further assumed that the other back-end site, which is not running DataBlitz™ storage manager, is always behind on processing the data stream. The SenderMgr is a process running on the front-end site, which passes a data stream to the back-end site. The RecvMgr is a process running on each back-end site, which receives the data streams from the front-end site. The RecoveryMgr is a process that coordinates the recovery activity for all of the participating sites.

In the event of a crash or other system failure, the application uses time stamp recovery at the DataBlitz™ storage manager site in order to recover back in time to a transactionally consistent point that is equivalent to the other back-end site's transactionally consistent state. The following are a set of recovery point establishment and recovery operations:

1. The frequency of the recovery points is determined in this example by an administrator. The administrator sets the DataBlitz™ storage manager site's system configuration parameter MAX_RECOVER_POINTS accordingly. Within the application, a recovery point consists of a unique identifier, last processed message identifier, and a BlzRecoverPoint.

2. For each recovery point, the following recovery point establishment operations occur:

a. RecoveryMgr sends a notification to the SenderMgr running on the front-end site to establish a recover point.

b. SenderMgr places the recover point message on the data streams for its two back-end sites behind all currently-queued inputs.

c. Once the RecvMgr on the DataBlitz™ storage manager site receives the recover point message, it calls a process BlzSys::setRecoverPoint. Once the recover point is established, the RcvrMgr notifies the RecoveryMgr passing back the established BlzRecoverPoint. The RecoveryMgr persistently stores the BlzRecoverPoint with the recover point information at the non-DataBlitz™ storage manager site.

d. In parallel, the same input stream is being processed by the other non-DataBlitz™ storage manager site. The RcvrMgr at this site commits its updates upon receipt of the recovery point message. It too notifies the RecoveryMgr that it has committed updates up to the specified recover point (commits on this site must go after commits on the DataBlitz™ storage manager site).

32

3. The recovery process includes the following operations:

a. RecoveryMgr detects a failure at one of the sites.

b. RecoveryMgr halts the SenderMgr if necessary, and then restarts the failed site.

c. RecoveryMgr queries the RecvMgr at the non-DataBlitz™ storage manager site to obtain the last committed recover point.

d. RecoveryMgr instructs the RcvrMgr at the DataBlitz™ storage manager site to stop its database server. The RcvrMgr calls BlzSys::stop, and then calls BlzSys::recover specifying the recover point to use. Once the DataBlitz™ storage manager has recovered, the RcvrMgr notifies the RecoveryMgr about recovery completion.

e. RecoveryMgr notifies the SenderMgr to start passing the data streams again, starting from the recover point's last processed message.

The above-described embodiments of the invention are intended to be illustrative only. Numerous alternative embodiments may be devised by those skilled in the art without departing from the scope of the following claims.

What is claimed is:

1. An apparatus for processing events generated by at least one system application, the apparatus comprising:

a processor for executing code to implement at least a portion of at least one real-time analysis engine, wherein the real-time analysis engine processes the events, and wherein associated with the real-time analysis engine in a main-memory database system is recovery information regarding a recovery point for the real-time analysis engine.

2. The apparatus of claim **1** wherein serial tags are assigned to each of the events in accordance with an arrival order of the events.

3. The apparatus of claim **2** wherein the serial tags are assigned in a monotonically increasing sequence in accordance with the arrival order of the events.

4. The apparatus of claim **3** wherein the tags and the corresponding events are stored in an event log.

5. The apparatus of claim **2** wherein the recovery information includes the serial tag for each event for which processing in the real-time analysis engine has reached a commit operation.

6. The apparatus of claim **5** wherein the serial tags for each event for which processing in the real-time analysis engine has reached a commit operation are stored in a memory portion of the main-memory database system accessible to the real-time analysis engine.

7. The apparatus of claim **6** wherein after an event is processed and the results of the processing stored in an external database storage element, the serial tag of the event is stored in a serial tag log associated with that storage element.

8. The apparatus of claim **7** wherein the serial tags stored in the memory portion of the main-memory database system and the serial tags stored in the serial tag log are utilized to implement a roll-back of the real-time analysis engine to the recovery point.

9. The apparatus of claim **1** wherein the real-time analysis engine receives the events in the form of one or more input streams from at least one data source, and delivers information representative of processed events in one or more output streams to at least one data sink.

10. The apparatus of claim **9** wherein at least one of the data source and the data sink comprises at least one of a network element of the system, a client associated with the application, and a database element.

US 6,502,133 B1

33

**11**. The apparatus of claim **1** further including a plurality of processors for executing code to implement the at least one real-time analysis engine.

**12**. The apparatus of claim **1** wherein the processor executes code to implement at least a portion of the main-memory database system.

**13**. A method of processing events generated by at least one system application, the method comprising the steps of:

processing the events in at least one real-time analysis engine; and

storing in a main-memory database system associated with the real-time analysis engine recovery information regarding a recovery point for the real-time analysis engine.

**14**. The method of claim **13** further including the step of assigning serial tags to each of the events in accordance with an arrival order of the events.

**15**. The method of claim **14** wherein the recovery information includes the serial tag for each event for which processing in the real-time analysis engine has reached a commit operation.

**16**. The method of claim **15** further including the step of storing the serial tags for each event for which processing in the real-time analysis engine has reached a commit operation in a memory portion of the main-memory database system accessible to the real-time analysis engine.

34

**17**. The method of claim **16** further including the step of, after an event is processed and the results of the processing stored in an external database storage element, storing the serial tag of the event in a serial tag log associated with that storage element.

**18**. The method of claim **17** further including the step of utilizing the serial tags stored in the memory portion of the main-memory database system and the serial tags stored in the serial tag log to implement a roll-back of the real-time analysis engine to a recovery point.

**19**. The method of claim **14** wherein the assigning step includes assigning the serial tags in a monotonically increasing sequence in accordance with the arrival order of the events.

**20**. The method of claim **14** further including storing the tags and the corresponding events in an event log.

**21**. An article of manufacture comprising a machine-readable medium for storing one or more programs for processing events generated by at least one system application, wherein the programs when executed by a processor implement the steps of: (i) processing the events in at least one real-time analysis engine; and (ii) storing in a main-memory database system associated with the real-time analysis engine recovery information regarding a recovery point for the real-time analysis engine.

* * * * *

# Exhibit B

(12) **United States Patent**   (10) Patent No.: **US 6,725,456 B1**
Bruno et al.   (45) Date of Patent: **Apr. 20, 2004**

(54) **METHODS AND APPARATUS FOR ENSURING QUALITY OF SERVICE IN AN OPERATING SYSTEM**

(75) Inventors: **John Louis Bruno**, Davis, CA (US); **José Carlos Brustoloni**, Chatham, NJ (US); **Eran Gabber**, Summit, NJ (US); **Banu Ozden**, Summit, NJ (US); **Abraham Silberschatz**, Warren, NJ (US)

(73) Assignee: **Lucent Technologies Inc.**, Murray Hill, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/450,035**

(22) Filed: **Nov. 29, 1999**

(51) Int. Cl.[7] ................................................. **G06F 9/00**

(52) U.S. Cl. ...................... **718/102**; 718/100; 718/104; 719/328; 709/222; 709/226

(58) Field of Search .................................. 709/104, 107, 709/200, 100, 102, 222, 226, 328; 370/104, 420

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,097,533 A | * | 3/1992 | Burger et al. | 709/328 |
| 5,349,682 A | * | 9/1994 | Rosenberry | 709/102 |
| 5,461,611 A | * | 10/1995 | Drake et al. | 370/420 |
| 5,519,867 A | * | 5/1996 | Moeller et al. | 709/107 |
| 5,819,043 A | * | 10/1998 | Baugher et al. | 709/222 |
| 5,826,082 A | * | 10/1998 | Bishop et al. | 709/104 |
| 5,835,724 A | * | 11/1998 | Smith | 709/227 |
| 5,860,020 A | * | 1/1999 | Van Venrooy et al. | 712/28 |
| 5,978,582 A | * | 11/1999 | McDonald et al. | 717/104 |
| 6,148,324 A | * | 11/2000 | Ransom et al. | 709/105 |
| 6,275,983 B1 | * | 8/2001 | Orton et al. | 717/116 |
| 6,378,126 B2 | * | 4/2002 | Tang | 717/143 |
| 6,381,579 B1 | * | 4/2002 | Gervais et al. | 705/8 |
| 6,449,255 B1 | * | 9/2002 | Waclawsky | 370/236 |

| | | | | |
|---|---|---|---|---|
| 6,505,229 B1 | * | 1/2003 | Turner et al. | 709/107 |
| 6,529,948 B1 | * | 3/2003 | Bowman-Amuah | 709/217 |
| 6,618,743 B1 | * | 9/2003 | Bennett | 709/104 |

OTHER PUBLICATIONS

Ranganathan, Kumar. "Dynamic Feedback costing to enable adaptive control of resource utilization". U.S. patent application Publication 2002/0147759 A1.*

Wilson et al. "System for allocating resources in a computer system." U.S. patent application Publication 2003/0041088 A1.*

(List continued on next page.)

*Primary Examiner*—Thomas Lee
*Assistant Examiner*—Lilian Vo

(57) **ABSTRACT**

A uniform application programming interface (API) provides efficient generation and control of resource reservations so as to ensure a desired quality of service (QoS) for applications running on an operating system of a computer system. The uniform API is based on a hierarchical file system which associates resource reservations with references to shared objects, rather than with the objects themselves. The uniform API permits the use of a variety of different proportional share schedulers for controlling access to physical resources, e.g., CPU, memory, disk, network interfaces, etc. of the computer system. The hierarchical file system includes a separate directory for each independently-scheduled physical resource of the computer system. A parent of the resource reservation in the hierarchical file system is either a root node of the file system or another reservation for the same resource. The resource reservation represents either an internal reservation, corresponding to a directory in the file system which is permitted to have child nodes associated therewith in the file system, or a queue, corresponding to a directory which is not permitted to have child nodes associated therewith. A given request for a resource reservation is processed by a proportional share scheduler associated with the resource, and identifies a queue having a predetermined portion of the resource allocated thereto. The invention also provides mechanisms for request tagging by the operating system, parental limitation of resources used by a child process, and "garbage collection" of resource reservations that are no longer needed.

**23 Claims, 9 Drawing Sheets**



## US 6,725,456 B1

Page 2

### OTHER PUBLICATIONS

Saleh et al. "Method for routing information over a network." U.S. patent application Publication 2002/0054572 A1.*

Engel et al. "Efficient Classification manipulation and control of netowrk transmission by associating network flows with rule based functions." U.S. patent application Publication 2003/0005144 A1.*

Jackson et al. "System and methods for resource utilization analysis in information management environments". U.S. patent application Publication 2002/0152305 A1.*

Trans et al. "Channel equalization system and method". U.S. patent application Publication 2003/0016770 A1.*

Jorgensen, Jocob. "Transmission control protocol/internet protocol (TCP/IP) packet–centric wireless point to multi–point (PTMP) transmission system architecture". U.S. patent application Publication 2002/0099854 A1.*

Gupta et al. "Automatic design of VLIW processors". U.S. patent application Publication 2002/0133784 A1.*

Elliott et al. "System and method for providing requested quality of service in a hybrid network." U.S. patent application Publication 2002/0064149 A1.*

I. Stoica et al., "A Proportional Share Resource Allocation Algorithm for Real–Time, Time–Shared Systems," in Proceedings of Real Time Systems Symp., IEEE, pp. 1–12, Dec. 1996.

D. Stiliadis et al., "Frame–Based Fair Queuing: A New Traffic Scheduling Algorithm for Packet–Switched Networks," Tech. Rep. UCSC–CRL–95–39, Univ. Calif. Santa Cruz, pp. 1–14, Jul. 1995.

J. Mogul et al., "Eliminating Receive Livelock in an Interrupt–driven Kernel," in Proceedings of Annual Tech. Conf., USENIX, pp. i–viii and 1–46, 1996.

J. Bruno et al., "The Eclipse Operating System: Providing Quality of Service via Reservation Domains," in Proceedings of Annual Tech. Conf., USENIX, pp. 235–246, Jun. 1998.

J. Bennet et al., "WF²Q: Worst–Case Fair Weighted Fair Queuing," in Proceedings of INFOCOM'96, IEEE, pp. 120–128, Mar. 1996.

J. Bennet et al., "Hierarchical Packet Fair Queueing Algorithms," in Proceedings of SIGCOMM'96, ACM, 7 pages, Aug. 1996.

P. Goyal et al., "A Hierarchical CPU Scheduler for Multimedia Operating Systems," in Proceedings of OSDI'96, USENIX, pp. 107–121, Oct. 1996.

J. Bruno, et al., "Disk Scheduling with Quality of Service Guarantees," in Proceedings of ICMCS'99, IEEE, 3 pages, Jun. 1999.

P. Druschel et al., "Lazy Receiver Processing (LRP): A Network Subsystem Architecture for Server Systems," in Proceedings of OSDI'96, USENIX, pp. 261–275, Oct. 1996.

D. Ghormley et al., "SLIC: An Extensibility System for Commodity Operating Systems," in Proceedings of Annual Tech. Conf., USENIX, 15 pages, Jun. 1998.

P. Goyal et al., "Start–Time Fair Queuing: A Scheduling Algorithm for Integrated Services Packet Switching Networks," in Proceedings of SIGCOMM'96, ACM, pp. 1–14, Aug. 1996.

M. Jones et al., "CPU Reservations and Time Constraints: Efficient, Predictable Scheduling of Independent Activities," in Proceedings of SOSP'97, ACM, pp. 198–211, Oct. 1997.

J. Nieh, "The Design, Implementation and Evaluation of SMART: A Scheduler for Multimedia Applications," in Proceedings of SOSP'97, ACM, pp. 184–197, Oct. 1997.

P. J. Shenoy et al., "Cello: A Disk Scheduling Framework for Next Generation Operating Systems," in Proceedings of SIGMETRICS'98, ACM, 6 pages, Jun. 1998.

G. Banga et al., "Resource Containers: A New Facility for Resource Management in Server Systems," in Proceedings of OSDI'99, USENIX, pp. 45–58, Feb. 1999.

B.D. Noble et al., "Agile Application–Aware Adaptation for Mobility," in Proceedings of SOSP'97, ACM, 6 pages, 1997.

G. Banga et al., "Better Operating System Features for Faster Network Servers," in Proceedings of Workshop on Internet Server Performance, 6 pages, Jun. 1998.

* cited by examiner



**FIG. 1**



**FIG. 2**



**FIG. 3**



40

HOST A

HOST B

HOST C

SWITCH

HOST S

HOST D

42

HOST E

**FIG. 4**



50

52
PROCESSOR

57

55
DISK

54
MEMORY

56
I/O DEVICE(S)

**FIG. 5**



**FIG. 6**



**FIG. 7**



FIG. 8



**FIG. 9**



**FIG. 10**



FIG. 11

US 6,725,456 B1

**1**

# METHODS AND APPARATUS FOR ENSURING QUALITY OF SERVICE IN AN OPERATING SYSTEM

## FIELD OF THE INVENTION

The present invention relates generally to computer systems, and more particularly to techniques for providing a desired quality of service (QoS) for an application running in a computer system.

## BACKGROUND OF THE INVENTION

In a typical computer system, multiple applications may contend for the same physical resources, such as central processing unit (CPU), memory, and disk or network bandwidth. An important goal for an operating system in such a computer system is therefore to schedule requests from different applications so that each application and the system as a whole perform well.

The resource management techniques used in conventional time-sharing operating systems often achieve acceptably low response time and high system throughput for many different types of time-sharing workloads. Examples of conventional time-sharing operating systems include Unix, as described in, e.g., M. McKusick et al., "The Design and Implementation of the 4.4 BSD Operating System," Addison Wesley Pub. Co., Reading, Mass., 1996, and Windows NT, as described in, e.g., H. Custer, "Inside Windows NT," Microsoft Press, 1993.

However, several trends make the resource management techniques of these and other conventional time-sharing operating systems increasingly inappropriate. First, many workloads now include real-time applications, such as multimedia. Unlike time-sharing applications, real-time applications generally must have their requests processed within certain performance bounds, e.g., require a certain minimum throughput. In order to support real-time applications correctly under arbitrary system load, the operating system must perform admission control and offer QoS guarantees. In other words, the operating system should admit a request only if the operating system has set aside enough resources to process the request within the specified performance bounds.

Second, even for purely time-sharing workloads, the trend toward distributed client-server architectures increases the importance of fairness, i.e., of preventing certain clients from monopolizing system resources. The fairness of conventional time-sharing systems can often be inadequate. For example, time-sharing systems typically cannot isolate the performance of a World Wide Web (Web) site from that of other Web sites hosted on the same system. If one of the sites becomes very popular, the performance of the other sites may become unacceptably and unfairly poor.

Finally, the above-noted trend toward client-server architectures also makes it necessary to manage resources hierarchically, i.e., recursively allowing each client to grant to its servers part of the client's resources. For example, Web servers and other user-level servers often need mechanisms for processing client requests with specified QoS and/or fairness bounds. However, time-sharing operating systems usually do not provide such mechanisms.

These and other drawbacks associated with resource management techniques in conventional time-sharing operating systems have led to the recent development of a number of new techniques. For example, J. Bruno, E.

**2**

Gabber, B. Özden and A. Silberschatz, "The Eclipse Operating System: Providing Quality of Service via Reservation Domains," in Proceedings of Annual Tech. Conf., USENIX, June 1998, pp. 235–246, describes Move-to-Rear List Scheduling (MTR-LS), a new CPU scheduling algorithm with demonstrated throughput, delay, and fairness guarantees. MTR-LS is an example of a so-called proportional share scheduler.

Other recently developed proportional share schedulers are described in, e.g., D. Stiliadis and A. Varma, "Frame-Based Fair Queuing: A New Traffic Scheduling Algorithm for Packet-Switched Networks," Tech. Rep. UCSC-CRL-95-39, Univ. Calif. Santa Cruz, July 1995; J. Bennet and H. Zhang, "WFQ: Worst-Case Fair Weighted Fair Queueing," in Proceedings of INFOCOM'96, IEEE, March 1996, pp. 120–128; J. Bennet and H. Zhang, "Hierarchical Packet Fair Queueing Algorithms," in Proceedings of SIGCOMM'96, ACM, August 1996; P. Goyal, X. Gao and H. Vin, "A Hierarchical CPU Scheduler for Multimedia Operating Systems," in Proceedings of OSDI'96, USENIX, October 1996, pp. 107–121; and I. Stoica, H. Abdel-Wahab, K. Jeffay, S. Baruah, J. Gehrke and C. G. Plaxton, "A Proportional Share Resource Allocation Algorithm for Real-Time, Time-Shared Systems," in Proceedings of Real Time Systems Symp., IEEE, December 1996.

A major shortcoming of the above-mentioned proportional share schedulers is that they do not prescribe satisfactory solutions to many problems that arise in their adoption in an operating system. First, it is desirable that an operating system provide a uniform application programming interface (API) for all of the system's schedulers and resources. In the case of proportional share schedulers, this should be a resource reservation API, which allows applications to reserve for exclusive use portions of each resource. However, several of the above-mentioned proportional share schedulers were proposed without an API, since they were not implemented and were evaluated only analytically or in simulations. Other proportional share schedulers were implemented, but used only an API limited to a given scheduler and resource.

Second, it is desirable that the resource reservation API be easy to integrate with the conventional API of existing operating systems and allow resource reservations to be used in conventional interfaces. For example, in Unix-derived systems, a resource reservation API that allows disk or network reservations to be used in conventional read and write calls may advantageously reduce the number of modifications necessary in existing applications for the applications to benefit from proportional share scheduling. However, simply adding resource reservations to conventional objects such as files or sockets does not provide correct sharing semantics. Those objects can be shared by different users. If a user's resource reservation is simply added to a shared object, other users may inappropriately use the first user's resource reservation. None of the above-mentioned proportional share schedulers properly define how sharing is handled.

Third, the resource reservation API should define how a parent process running on the operating system can limit the resource reservations used by its children processes. This is necessary for system protection and may be useful also when a server process spawns a child process to handle a given client's request. The above-mentioned proportional share schedulers do not propose how this would be accomplished.

Finally, a garbage collection mechanism is necessary for resource reservations. Such a mechanism automatically

**3**

reclaims reserved resources when they no longer are needed. Without such mechanism, a process that terminates abnormally while holding a resource reservation would cause the reserved resource to become permanently unavailable to other processes. None of the above-mentioned proportional share schedulers propose a solution to this problem.

As is apparent from the above, many emerging applications require QoS guarantees from the operating system. Although conventional proportional share schedulers can provide QoS guarantees, the above-identified problems must be solved before such schedulers can be adopted in operating systems.

## SUMMARY OF THE INVENTION

The invention provides techniques for ensuring a desired quality of service (QoS) for an application running on an operating system. An illustrative embodiment of the invention allows applications to create resource reservations using an application program interface (API) in the form of a hierarchical file system referred to herein as /reserv. The API has the advantage of applying uniformly to multiple proportional share schedulers and resources, e.g., CPU, physical memory, and disk and network bandwidth. The API represents resource reservations by directories under /reserv and includes a separate directory for each independently scheduled physical resource of the computer system. The parent of a resource reservation is either /reserv or another reservation for the same resource. Each resource reservation includes a share file that specifies the minimum amount of resources that the reservation receives from its parent and the weight with which a reservation shares its parent's resources. A resource reservation is referred to as an internal reservation if it can have children, and is referred to as a queue if it cannot have children.

The invention allows a process to associate a reference to an object with a queue. The queue may be, e.g., a disk or network queue; the reference is possibly private to the process, e.g. a file descriptor; and the object is possibly shared with other processes, e.g., a file or socket. Thus, the invention preserves the protected use of a queue even when the queue is used in requests on shared objects.

In accordance with another aspect of the invention, when a process uses the operating system's conventional API and an object reference to issue a request, the operating system internally tags the request with the identifier of the queue that is associated with that object reference. Schedulers use such queue identifier to place each request in the corresponding queue. A proportional-share scheduler apportions the respective resource to each queue in proportion to the queue's share. Advantageously, the invention allows reservations to be used even when the application uses the operating system's conventional API. Consequently, the invention minimizes the number of modifications that may be necessary in existing applications for them to be able to benefit from proportional-share scheduling.

The invention also includes a mechanism whereby a parent process may limit the resource reservations used by its children processes, and a mechanism for garbage-collecting resource reservations when they are no longer needed.

Advantageously, the invention allows selected applications to isolate their performance and the performance of their corresponding client(s) from CPU, memory, disk, or network interface overloads caused by other applications. Such a capability is becoming increasingly important for real-time, multimedia, Web, and distributed client-server applications.

**4**

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates the manner in which requests are tagged with a queue identifier and a proportional-share scheduler apportions resources to the requests in each queue in proportion to the queue's share, in accordance with the invention.

FIG. 2 shows an example of a file system that allows applications to create hierarchical resource reservations in accordance with the invention.

FIG. 3 illustrates the operation of Yet another Fair Queueing (YFQ), a proportional-share disk scheduling algorithm used in an illustrative embodiment of the invention.

FIG. 4 shows an example of a computer network in which the invention may be used.

FIG. 5 shows a more detailed view of a given one of the hosts in the network of FIG. 4.

FIGS. 6 through 11 are plots illustrating the performance advantages provided by an illustrative embodiment of the invention.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention will be illustrated below in conjunction with exemplary techniques for guaranteeing quality of service (QoS) for applications in an operating system. It should be understood, however, that the invention is not limited to use with any particular type of computer system or computer system configuration, but is instead more generally applicable to any type or configuration of computer system in which it is desirable to provide improved QoS performance without unduly increasing system complexity. For example, although illustrated below in the context of operating systems derived from 4.4 BSD Unix (FreeBSD and Eclipse/BSD), the techniques of the invention can also be applied to other operating systems, including other Unix-derived operating systems and Windows NT.

The invention provides techniques for integrating proportional share schedulers into conventional operating systems so as to enable those systems to provide QoS guarantees. An illustrative embodiment of the invention provides a uniform application programming interface (API) for hierarchical proportional resource sharing, referred to herein as the /reserv file system, and integrates the API with various proportional share schedulers for different resources on the above-noted FreeBSD operating system. Advantageously, the uniform API of the present invention promotes uniformity not only across different schedulers, but also across different resources. The resulting modified operating system of the present invention is referred to herein as "Eclipse/BSD."

The Eclipse/BSD hierarchical resource management model, and its implementation in the FreeBSD operating system, will now be described in detail. Eclipse/BSD applications obtain a desired QoS by initially acquiring a resource reservation for each required physical resource. Physical resources include CPU, memory, disks, and network interfaces, each managed by a scheduler. A resource reservation specifies a fraction of the resource set aside for exclusive use by one or more processes. Applications can subdivide resource reservations hierarchically. Admission control guarantees that reservations do not exceed resources. As will be described in greater detail below, Eclipse/BSD's schedulers share fractions of the respective resource fairly among all applications currently using the resource.

FIG. 1 illustrates request processing in the illustrative embodiment of the invention. In, accordance with the

US 6,725,456 B1

5

invention, every request arriving at a given one of the above-noted schedulers must specify a queue, and the given scheduler apportions resources to each queue based on the queue's share of that resource. In the FIG. 1 example, a particular request 10 includes the request information 12 along with an identifier 14 of the particular queue to which the request will be directed. A set of queues 15 includes four queues, q1, q2, q3 and q4 as shown. A scheduler 16 submits the requests from the queues 15 to a resource 18 according to the queues' shares of that resource.

In accordance with the invention, applications specify resource reservations as directories in a file system referred to as /reserv. FIG. 2 illustrates an example of the /reserv file system. Each independently scheduled resource in the corresponding computer system corresponds to a directory under /reserv, e.g., /reserv/cpu (CPU), /reserv/mem (physical memory), /reserv/fxp0 (network interface 0), /reserv/sd0 (disk 0), etc., as shown in FIG. 2. Devices with multiple independently-scheduled resources generally correspond to multiple directories, whereas multiple jointly-scheduled resources, e.g., mirrored disks, correspond to a single directory.

A given resource reservation r is called an internal reservation if it can have children, or a queue if it cannot have children. The parent p of a given resource reservation r is always either /reserv or another reservation for the same resource. Each resource reservation r in the illustrative embodiment contains a share file that specifies two values: $m_r$, the minimum absolute value of the resources that r obtains from p, and $\phi_r$, the weight with which r shares p's resources. The value $m_r$ is specified in units appropriate to the respective resource, e.g., SPECint95 for CPU, bytes for physical memory, or Kbps for disk or network interfaces. If p is /reserv, $m_r$=V, the entirety of the resource, and $\phi_r$ is 100%. The amount of resources apportioned to a reservation r, $v_r$, depends dynamically on what reservations are actually being used. Every request arriving at a scheduler must specify a queue for processing that request; the request is said to use that queue. Schedulers enqueue and service in first-in, first-out (FIFO) order requests that use the same queue. A reservation r is said to be "busy" while there is at least one request that uses r or a descendent of r.

If a resource reservation r is internal, then it also contains the files newreserv and newqueue. By opening either of these files, an application creates an internal reservation or queue, respectively, that is r's child. The open call returns the file descriptor of the newly created share file, initialized with $m_r$=0 and $\phi_r$=0. Internal reservations thus created are consecutively numbered r0, r1, and so on, whereas queues are numbered q0, q1, and so on.

If resource reservation r is a queue, then it also contains the file backlog. Writing into backlog clears the number of requests served and amount of service provided and sets the maximum number of requests and amount of service that may concurrently be waiting in the queue.

Reading from backlog returns the number of requests served and the amount of service provided, in units appropriate to the respective resource, e.g. CPU time or bytes.

Eclipse/BSD prevents reservations from exceeding resources in the following manner. Let $S_p$ be the set of p's children and

$$M_{s_p} = \Sigma_{i \in S_p} m_i.$$

6

Then writing into the share file of $r \in S_p$ is subject to the following admission control rule: the call fails if p is /reserv (i.e., the entirety of the resource has a fixed value),

$$M_p < M_{s_p}$$

(i.e., a parent's minimum resources must at least equal the sum of its children's minima after the attempted write), or $\phi_r < 0$ (i.e., weights must be nonnegative).

Eclipse/BSD shares resources fairly according to the weights of the busy reservations. If reservation r is not busy, then its apportionment is $v_r$=0. Otherwise, let p be the parent of r, $B_p$ the set of p's busy children, and

$$\phi_{B_p} = \Sigma_{i \in B_p} \phi i.$$

If p is /reserv, then $v_r$=V, where V is the entirety of the resource, otherwise:

$$v_r = \frac{\phi_r}{\Phi_{B_p}} v_p.$$

The resource reservations each process is allowed to create or use will now be described. In Eclipse/BSD, a process P's reservation domain is a list of internal reservations, each called a root reservation, one for each resource. Queue q0 of process P's root reservation r is called P's default queue for the respective resource. A process P can list any directory under /reserv and open and read any share or backlog file, but can write on share or backlog files or open newreserv or newqueue files (i.e., create children) only in reservations that are equal to or descend from one of P's root reservations.

The reservation domain of a process pid is represented by a new read-only file, /proc/pid /rdom, added to FreeBSD's proc file system (where rdom stands for "reservation domain"). For example, /proc/103 /rdom could contain: /reserv/cpu /r2 /reserv/mem /r1 /reserv/fxp0 /r0 /reserv/sd0 /r3 meaning that process 103 has root CPU reservation r2, root memory reservation r1, root network reservation r0, and root disk reservation r3. If process 104 is in the same reservation domain, /proc/104 /rdom would have the same contents. The reservation domain of the current process is named /proc/curproc /rdom.

The reservation domain of processes spawned by a process pid is given by the new file /proc/pid/crdom (where crdom stands for "child reservation domain"). When a child is forked, its rdom and crdom files are initialized to the contents of the parent's crdom file. File /proc/pid/crdom is writable by any process with the same effective user identifier as that of process pid, or by a super user. Writing into crdom files is checked for consistency and may fail, i.e., for each root reservation r in /proc/pid /rdom, /proc/pid/crdom must contain an internal reservation r that is equal to or descends from r.

As previously noted in conjunction with FIG. 1, Eclipse/BSD tags every request with the queue used for that request. Resource reservations often cannot simply be associated with shared objects because different clients' requests may specify the same object but different queues. For example, two processes may be in different reservation domains and each may need to use a different disk queue to access a shared file, or a different network output link queue to send packets over a shared socket. It would be difficult to compound reservations used on the same object correctly if reservations were associated with the object, because then one client could benefit from another client's reservations. Therefore, in accordance with the invention, Eclipse/BSD

US 6,725,456 B1

7

queues are associated with references to shared objects, rather than the shared objects themselves (e.g., process, memory object, virtual node (vnode), socket, etc.). This is accomplished in the illustrative embodiment by modifying otherwise conventional FreeBSD data structures as follows:

1. The CPU scheduler manages activations instead of processes. An activation points to a process and to the CPU queue in which that process should run.

2. The memory region structure points to the region's memory object and memory queue.

3. The file descriptor structure points to the file (and thereby to the vnode or socket) and to the device queue used for I/O on that file descriptor.

CPU, memory, and device queue pointers are always initialized to the process's default queue for the respective resource. Queue pointers can subsequently be modified only to descendents of the process's root reservation for the respective resource. Initialization and modification of queue pointers in the illustrative embodiment occur as follows:

1. The initial activation created when a process P is spawned has a CPU queue pointer determined in accordance with the crdom file of P's parent. P can subsequently create children of its CPU root reservation, e.g., to process each client's requests. P can switch directly from one CPU queue to another by using a new system call, activation_switch. Alternatively, P can spawn new processes that run on CPU queues according to P's crdom file.

2. The memory queue pointer of a region R is initialized when R is allocated, and can subsequently be modified using a new system call, mreserv, with region address, length, and name of the new memory queue as arguments.

3. The device queue pointer of a file descriptor ƒd is initialized: for vnodes, at open time; for connected sockets, at connect or accept time; for unconnected sockets, at sendto or sendmsg time if ƒd's device queue pointer has not yet been initialized. A new command to the fcntl system call, F_QUEUE_GET, returns the name of the queue to which ƒd currently points.

The queue pointer can subsequently be modified using the new command F_QUEUE_SET to the fcntl system call, with the name of the new device queue as argument.

Additionally, I/O request data structures (including uio for all I/O, mbuf for all network output, and buf for disk input that misses in the buffer cache and for all disk output) gain a pointer to the queue they use. Eclipse/BSD copies a file descriptor's queue pointer to the I/O requests generated using that file descriptor.

The manner in which resource reservations are destroyed will now be described. The process of destroying resource reservations is referred to herein as "garbage collection." Each resource reservation has a reference count equal to the number of times the reservation appears in an rdom or crdom file or is pointed to by an activation, memory region, or file descriptor. A process's rdom and crdom files are created when the process is forked and are destroyed when the process exits. The file descriptor of a share file in the /reserv file system of FIG. 2 points to the respective resource reservation. Additionally, as described previously, file descriptors for vnodes and sockets also point to the resource reservations they use. Eclipse/BSD updates reservation reference counts on process fork and exit, activation_switch, memory region allocation and deallocation, mreserv, file open or close, socket connect or accept, sendto, sendmsg, and fcntl F_QUEUE_SET.

8

A flag, referred to herein as a garbage collection flag or GC flag, determines whether a resource reservation should be garbage-collected when the number of references to the reservation drops to zero. When a resource reservation is created, its GC flag is enabled, but a privileged process can disable it. New commands to the fcntl system call, F_COLLECT_SET and F_COLLECT_GET, can be used on the file descriptor of a reservation's share file to set or get the reservation's GC flag.

In accordance with the invention, a resource reservation r may be garbage collected as follows:

1. Let p be r's parent.

2. If r is a default queue or has non-zero reference count, return; else if r is a queue, remove r; else recurse this step for each child of r and, after that, if r's only child is r's default queue d and d's reference count is zero, remove d and r.

3. While p has zero reference count and p's only child is p's default queue d and d's reference count is zero, make r equal top, make p equal top's parent, and remove d and r.

Removal of a given queue q may need to be deferred. For example, if q is being used by at least one request, q generally cannot be removed immediately. Instead, q's REMOVE_WHEN_EMPTY flag is set. When the last request that uses q completes and q's REMOVE_WHEN_EMPTY flag is set, if q's reference count is still zero, the scheduler garbage-collects q. Otherwise, the scheduler resets the flag.

The above-described /reserv API provides a uniform interface to multiple proportional share schedulers. As will be described in detail below, Eclipse/BSD in the illustrative embodiment incorporates a proportional share scheduler for each resource.

Eclipse/BSD's CPU scheduler uses the Move-To-Rear List Scheduling (MTR-LS) algorithm described in the above-cited J. Bruno et al. reference. When a process blocks (e.g., waiting for I/O), MTR-LS keeps the unused portion of the process's quota in the same position in the scheduling list, unlike the Weighted Round Robin (WPR) algorithm, which removes the process from the runnable list and, when the process becomes runnable again, places it back at the tail of the list. Consequently, MTR-LS may delay I/O-bound processes much less than does WRR. MTR-LS may also provide greater throughput than does WRR, whose scheduling delays may prevent I/O-bound processes from fully utilizing their CPU reservations.

MTR-LS was specifically designed for CPU scheduling, where the time necessary to process a request cannot be predicted. As described in the above-cited J. Bruno et al. reference, MTR-LS provides an optimal cumulative service guarantee when the durations of service requests are unknown a priori. However, MTR-LS assumes that requests can be preempted either at any instant or at fixed intervals. This is true of CPU scheduling, but usually is not true of disk or network scheduling, where requests cannot be preempted after they start and may take a varying amount of time to complete. Therefore, Eclipse/BSD in the illustrative embodiment uses other proportional share scheduling algorithms for I/O scheduling.

Eclipse/BSD's I/O schedulers use approximations to the Generalized Processor Sharing (GPS) algorithm described in A. Parekh and R. Gallager, "A Generalized Processor Sharing Approach to Flow Control—The Single Node Case," Trans. Networking, ACM/IEEE, 1(3):344–357, June 1993. GPS assumes an ideal "fluid" system where each backlogged "flow" in the system instantaneously receives

US 6,725,456 B1

9

service in proportion to the flow's share and in inverse proportion to the sum of the shares of all backlogged flows (where a backlogged flow is analogous to a busy queue). GPS cannot be precisely implemented for I/O because typically (1) I/O servers can only service one request at a time and (2) an I/O request cannot be preempted once service on it begins. GPS approximations estimate the time necessary for servicing each request and interleave requests from different queues so that each queue receives service proportionally to its share (although not instantaneously). However, the necessary time estimates may be difficult to compute precisely because GPS's rate of service for each flow depends on what flows are backlogged at each instant, as described in J. Bennet and H. Zhang, "Hierarchical Packet Fair Queueing Algorithms," in Proceedings of SIGCOMM'96, ACM, Aug. 1996.

Eclipse/BSD's disk scheduler uses a new GPS approximation known as the YFQ (Yet another Fair Queueing) algorithm, as described in J. Bruno, J. Brustoloni, E. Gabber, B. Özden and A. Silberschatz, "Disk Scheduling with Quality of Service Guarantees," Proceedings of ICMCS'99, IEEE, June 1999. The YFQ algorithm can be implemented very efficiently. In accordance with the YFQ algorithm, a resource is called "busy" if it has at least one busy queue, or "idle" otherwise. YFQ associates a start tag $S_i$ and a finish tag $F_i$ with each queue $q_i$. $S_i$ and $F_i$ are initially zero. YFQ defines a virtual work function, $v(t)$, such that: (1) $v(0)=0$; (2) While the resource is busy, $v(t)$ is the minimum of the start tags of its busy queues at time t; and (3) When the resource becomes idle, $v(t)$ is set to the maximum of all finish tags of the resource.

When a new request $r_i$ that uses queue $q_i$ arrives: (1) If $q_i$ was previously empty, YFQ makes

$$S_i = \max(v(t), F_i)$$

followed by

$$F_i = S_i + \frac{l_i}{w_i},$$

where $l_i$ is the data length of the request $r_i$; and (2) YFQ appends $r_i$ to $q_i$. YFQ selects for servicing the request $r_i$ at the head of the busy queue $q_i$ with the smallest finish tag $F_i$. The request $r_i$ remains at the head of $q_i$ while $r_i$ is being serviced. When $r_i$ completes, YFQ dequeues it; if queue $q_i$ is still non-empty, YFQ makes $S_i = F_i$ followed by

$$F_i = S_i + \frac{l'_i}{w_i},$$

where $l'_i$ is the data length of the request $r'_i$ now at the head of $q_i$.

Selecting one request at a time, as described above, allows YFQ to approximate GPS quite well, providing good cumulative service, delay, and fairness guarantees. However, such guarantees may come at the cost of excessive disk latency and seek overheads, harming aggregate disk throughput. Therefore, YFQ can be configured to select up to a batch of b requests at a time and place them in a sort queue, as illustrated in FIG. 3. A set of queues 30 receive requests from a number of processes, including a pager 31, processes P1 and P2 via a file system 32, and raw I/O from a process P3. A scheduler 33 selects the above-noted batch b of requests and places them in a sort queue 34. The disk driver or the disk itself 36 may reorder requests in the sort queue 34 so as to minimize disk latency and seek overheads.

10

Eclipse/BSD's network output link scheduler uses the hierarchical Worst-case Fair Weighted Fair Queueing (WF²Q) algorithm described in J. Bennet and H. Zhang, "Hierarchical Packet Fair Queueing Algorithms," Proceedings of SIGCOMM'96, ACM, August 1996. This algorithm is similar to an earlier GPS approximation known as Weighted Fair Queueing (WFQ) and described in A. Demers, S. Keshav and S. Shenker, "Design and Analysis of a Fair Queueing Algorithm," Proceedings of SIGCOMM'89, ACM, September 1989, pp. 1–12. However, unlike WFQ, WF²Q does not schedule a packet until it is eligible, i.e., until after its transmission would have started under GPS. Consequently, WF²Q has optimal worst case fair index bound, making it a good choice for a hierarchical scheduler.

It should be noted that neither YFQ nor WF²Q could be used for CPU scheduling, since they assume that the time necessary to process a request can be estimated and they never preempt a request.

For network input processing, Eclipse/BSD utilizes Signaled Receiver Processing (SRP), as described in the U.S. Patent Application of J. Brustoloni et al. entitled "Signaled Receiver Processing Methods and Apparatus for Use in Operating Systems" and filed concurrently herewith. SRP demultiplexes incoming packets before network and higher-level protocol processing. Unlike FreeBSD's single IP input queue and input protocol processing at the software interrupt level, SRP uses an unprocessed input queue (UIQ) per socket and processes input protocols in the context of the respective applications. If a socket's queue is full, SRP drops new packets for that socket immediately, unlike FreeBSD, which wastefully processes packets that will eventually need to be dropped. Because SRP processes protocols in the context of the respective receiving applications, SRP can avoid the problem of receive livelock. As described in J. Mogul and K. K. Ramakrishnan, "Eliminating Receive Livelock in an Interrupt Driven Kernel," Proceedings of Annual Tech. Conf., USENIX, 1996, pp. 99–111, receive livelock is a network input overload condition that prevents any packets from being processed by an application. When SRP enqueues a packet into a socket's UIQ, SRP signals SIGUIQ to the applications that own that socket. The default action for SIGUIQ is to perform input protocol processing (asynchronously to the applications). However, applications can synchronize such processing by catching, blocking, or ignoring SIGUIQ and deferring protocol processing until a later input call (e.g., recv). Synchronous protocol processing may improve cache locality. Unlike Lazy Receive Processing (LRP), described in P. Druschel and G. Banga, "Lazy Receiver Processing (LRP): A Network Subsystem Architecture for Server Systems," Proceedings of OSDI'96, USENIX, October 1996, pp. 261–275, SRP does not use separate kernel threads for asynchronous protocol processing, and therefore can be easily ported to systems that do not support kernel threads, such as FreeBSD.

The above-described illustrative embodiment of Eclipse/BSD can be implemented with only relatively minor modification to the underlying FreeBSD operating system. For example, it is possible to implement Eclipse/BSD by adding approximately 6500 lines of code to FreeBSD version 2.2.8: 2400 lines for the /reserv file system and modifications to the proc file system, and 4100 lines for the new schedulers and their integration into the kernel. The kernel size in the GENERIC configuration is 1601351 bytes for FreeBSD and 1639297 bytes for Eclipse/BSD, i.e., an increase of only 38 KB.

FIG. 4 shows an exemplary computer network 40 in which the invention may be used. The network 40 includes

11                                                    12

hosts A, B, C, D, E and S, each connected to a switch **42** as shown. Each of the hosts A, B, C, D, E may represent one or more client computers, and the host S may represent one or more server computers. The switch **42** may represent a local area network, a metropolitan area network, a wide area network, a global data communications network such as the Internet, a private "intranet" or "extranet" network, as well as portions or combinations of these and other data communication media.

FIG. **5** shows a more detailed view of a computer **50** which may correspond to a given one of the hosts in the network of FIG. **4**. The computer **50** includes a processor **52**, a memory **54**, a disk-based storage device **55**, and one or more input/output (I/O) devices **56**, and may represent, e.g., a desktop or portable personal computer, a palmtop computer, a personal digital assistant (PDA), a micro or mainframe computer, a workstation, etc. The above-noted elements of the computer **50** communicate over a communication medium **57** which may be implemented as, e.g., a bus, a network, a set of interconnections, as well as portions or combinations of these and other media. The processor **52** may be implemented as a CPU, a microprocessor, an application-specific integrated circuit (ASIC) or other digital data processor, as well as various portions or combinations thereof. The memory **54** is typically an electronic memory, such as a random access memory (RAM) associated with the processor **52**. The disk-based storage device **55** may be an external magnetic or optical disk memory, a magnetic tape memory, or other suitable data storage device.

FIGS. **6–11** show experimental results that demonstrate that applications can use Eclipse/BSD's /reserv API and CPU, disk, and network schedulers to obtain minimum performance guarantees, regardless of other loads on the system. The experiments were performed on a network configured as shown in FIG. **4**, in which it is assumed that HTTP clients on hosts A to E make requests to an HTTP server on node S. Hosts A to C were configured as Pentium Pro personal computers (PCs) running the FreeBSD operating system. Hosts D and E were configured as Sun workstations running the Solaris operating system.

In the experiments, the operating system was varied only in host S, being either FreeBSD or Eclipse/BSD. Host S was configured as a PC with 266 MHz Pentium Pro CPU, 64 MB RAM, and 9 GB Seagate ST39173W fast wide SCSI disk. All hosts were connected by a Lucent P550 Cajun Ethernet switch, which unless otherwise noted, was configured to run at 10 Mbps. Host S was configured to run the Apache 1.3.3 HTTP server, and to host multiple Web sites, while hosts A to E run client applications that make requests to the server. At most ten clients run at each of the hosts A to E. Unless otherwise noted, all measurements are the averages of three runs. Each experiment overloaded one of the server's resources, as will be described in detail below.

In a CPU scheduling experiment, an increasing number of clients continuously made common gateway interface (CGI) requests to either of two Web sites hosted at node S. Processing of each of these CGI requests consists of computing half a million random numbers (using rand**0**) and returning a 1 KB reply. Therefore, the bottleneck resource is the CPU. The average throughput and response time was measured (over three minutes) under the following scenarios: (1) The site of interest reserves 50% of the CPU and the competing site reserves 49% of the CPU; (2) The site of interest reserves 99% of the CPU; and (3) Both sites run in the same CPU reservation and reserve 99% of the CPU.

FIG. **6** shows the throughput of the site of interest when the latter has ten clients and the competing site has a varying number of clients, and FIG. **7** shows the corresponding response times. Performance when both sites run in the same CPU reservation on Eclipse/BSD is roughly the same as performance on FreeBSD. When the site of interest reserves 99% of the CPU, its performance is essentially unaffected by the other load. When the site of interest reserves 50% of the CPU, it still gets essentially all of the CPU if there is no other load, but, as would be expected, the throughput goes down by half and the response time doubles when there is other load. However, throughput and response time of the site of interest remain constant when further load is added, while on FreeBSD throughput decreases and response time increases without bound. This shows that FreeBSD and Eclipse/BSD are equally good if there is excess CPU capacity, but Eclipse/BSD can also guarantee a certain minimum CPU allocation, and consequently minimum throughput and maximum response time.

In a disk scheduling experiment, an increasing number of clients again continuously made CGI requests to either of two Web sites hosted at node S. However, these requests are I/O-intensive, consisting of reading a 100 MB file and returning a 10 KB reply. Because requests and replies are small and each request involves considerable disk I/O but little processing, the bottleneck resource in this experiment is the disk. 50% of S's disk bandwidth was reserved to the Web site of interest and the latter's average throughput was measured over three minutes. YFQ's sort queue was configured with a batch size of 4 requests. During the measurements, the site of interest had ten clients and the competing site had a varying number of clients.

FIG. **8** shows that in the absence of other load, Eclipse/BSD gives to the site of interest essentially all of the bottleneck resource, even though the site has only 50% of the resource reserved. When the load on the competing site increases, the throughput of the site of interest decreases. However, on Eclipse/BSD, the throughput bottoms out at roughly the reserved amount, whereas on FreeBSD the throughput de creases without bound. This shows that FreeBSD and Eclipse/BSD are equally good when there is excess disk bandwidth, but when disk bandwidth is scarce, Eclipse/BSD is also able to guarantee a minimum disk bandwidth allocation.

In an output link scheduling experiment, an increasing number of clients continuously requested the same 1.5 MB document from either of two Web sites hosted at node S. Given that requests are much smaller than replies, little processing is required per request, and the requested document fits easily in the node S's buffer cache, the bottleneck resource in this experiment is S's network output link. 50% of S's output link bandwidth was reserved to the Web site of interest and the latter's average throughput was measured over three minutes. During the measurements, the site of interest had ten clients and the competing site had a varying number of clients.

FIG. **9** shows the results, which are very similar to those of FIG. **8**, where the disk is the bottleneck. FreeBSD and Eclipse/BSD are equally good when there is excess output link bandwidth, but when output link bandwidth is scarce, Eclipse/BSD is also able to guarantee a minimum output link bandwidth allocation.

A final set of experiments addressed input link scheduling in the presence of network reception overload. In these experiments, the network switch was configured to operate at 100 Mbps full-duplex, and measurements are the averages of five runs. In a first one of these experiments, a client application sent 10-byte UDP packets at a fixed rate to a server application running at node S. Both on FreeBSD and

US 6,725,456 B1

13

on Eclipse/BSD, the server application received essentially all of the packets when the transmission rate was up to about 5600 packets per second (pkts/s). Above that transmission rate, as shown in FIG. 10, the reception rate on Eclipse/BSD reached a plateau at around 5700 pkts/s. However, the reception rate on FreeBSD dropped precipitously. This experiment shows that on Eclipse/BSD applications can make forward progress even when there is network reception overload, while on FreeBSD applications can enter receive livelock in such situations. As previously described, Eclipse/BSD prevents receive livelock through its use of SRP.

It should be noted that SRP generally cannot by itself guarantee that applications will make forward progress according to their importance. However, Eclipse/BSD can guarantee that by combining SRP and CPU reservations. In the second and final input link scheduling experiment, four different client applications sent 10-byte UDP packets at the same fixed rate to a different server application running on node S. Reception rates were measured in two scenarios: (1) All four server applications each reserved 25% of the CPU; and (2) One server application reserved 97% of the CPU and the remaining server applications reserved 1% each. While the transmission rate was below 5600 pkts/s, essentially all packets were received. Reception rates increased slightly to 5900 pkts/s for a transmission rate of 28.5 Kpkts/s. Above that rate, results differ for the two scenarios, as shown in FIG. 11. In the first scenario, reception rate goes down to about 1200 pkts/s. In the second scenario, the reception rate of the application with 97% of the CPU goes down to about 4800 pkts/s, while the reception rate of the applications with 1% of the CPU goes down to about 160 pkts/s.

In the above-described illustrative embodiment of the invention, Eclipse/BSD applications can obtain resource reservations and thereby guarantee a desired QoS for themselves or for their clients. Eclipse/BSD's API, /reserv, provides a simple, uniform interface to hierarchical proportional sharing of system resources. A number of different schedulers can be used in Eclipse/BSD, and it has been demonstrated experimentally that such schedulers can isolate the performance of selected applications from CPU, disk, or network overloads caused by other applications. Eclipse/BSD can be implemented in a straightforward manner by making suitable modifications to an otherwise conventional time-sharing operating system, e.g., the FreeBSD operating system. Advantageously, the techniques of the invention can greatly improve an operating system's ability to provide QoS guarantees, fairness, and hierarchical resource management.

It should be emphasized that the exemplary techniques described herein are intended to illustrate the operation of the invention, and therefore should not be construed as limiting the invention to any particular embodiment or group of embodiments. For example, although illustrated herein using the FreeBSD operating system, the techniques of the invention can be used to provide similar improvements in other operating systems. These and numerous other alternative embodiments within the scope of the following claims will therefore be apparent to those skilled in the art.

What is claimed is:

1. A method of ensuring a particular quality of service for an application in a computer system, the method comprising the steps of:

   utilizing a resource reservation application programming interface of an operating system to establish one or more quality of service guarantees that correspond to a reference to an object; and

14

providing a particular quality of service to a request in accordance with the one or more quality of service guarantees that correspond to one or more object references used in the request;

wherein the resource reservation application programming interface defines a manner in which a parent process running on the operating system is permitted to limit resource reservations used by one or more of its children processes;

wherein the quality of service guarantees comprise resource reservations each specifying a portion of a resource set aside for exclusive use by one or more processes;

wherein the resource reservations are organized hierarchically such that each resource reservation r may have at most one parent and one or more siblings and children and associated with r is a weight that specifies how r shares the resources of r's parent with r's siblings;

wherein a given one of the resource reservations corresponds to an internal reservation if it is permitted to have children associated therewith in the hierarchy;

wherein the resource reservation corresponds to a queue if it is not permitted to have children associated therewith in the hierarchy; and

wherein the operating system internally tags each request with a reference to a queue that corresponds to an object reference used in the request.

2. The method of claim 1 wherein the resource includes at least one of a processor resource, a memory resource, a disk resource, and a network interface resource.

3. The method of claim 1 wherein the object includes at least one of a process, a memory object, a file and a socket.

4. The method of claim 1 wherein the request includes at least one of a process run request, a memory pagein or pageout request, and a data input or data output request.

5. The method of claim 1 wherein the operating system comprises a Unix-derived operating system.

6. The method of claim 1 wherein the operating system comprises an operating system not derived from Unix.

7. The method of claim 1 wherein each resource reservation r receives resources from its parent in proportion to r's weight.

8. The method of claim 1 wherein associated with a resource is a proportional share scheduler that (1) places each request in a queue referenced by the request's tag, and (2) apportions the resource to requests from each queue proportionally to each queue's weight.

9. The method of claim 1 wherein the application programming interface of the operating system represents a resource reservation as a directory in a hierarchical file system.

10. The method of claim 1 wherein associated with each quality of service guarantee is a count of the number of references to the quality of service guarantee from an application or request.

11. The method of claim 10 wherein the operating system automatically destroys a quality of service guarantee when the reference count associated therewith reaches zero.

12. The method of claim 1 further including a garbage collection mechanism for reclaiming resource reservations that are no longer needed by the application.

13. The method of claim 1 wherein ensuring a particular quality of service for an application in a computer system, the method comprising the steps of:

   utilizing an application programming interface of an operating system to establish one or more quality of service guarantees that correspond to a reference to an object; and

US 6,725,456 B1

**15**

providing a particular quality of service to a request in accordance with the one or more quality of service guarantees that correspond to one or more object references used in the request;

wherein the quality of service guarantees comprise resource reservations, each specifying a portion of a resource set aside for exclusive use by one or more processes;

wherein the resource reservations are organized hierarchically such that each resource reservation r may have at most one parent and one or more siblings and children, and associated with r is a weight that specifies how r shares the resources of r's parent with r's siblings; and

wherein associated with each resource reservation r is a minimum amount of resources that r receives from its parent p, such that the minimum amount of resources associated with p is at least equal to the sum of the minimum amount of resources associated with each of p's children.

**14**. A method of ensuring a particular quality of service for an application in a computer system, the comprising the steps of:

utilizing an application programming interface of an operating system to establish one or more quality of service guarantees that correspond to a reference to an object; and

providing a particular quality of service to a request in accordance with the one or more quality of service guarantees that correspond to one or more object reference used in the request;

wherein the quality of service guarantees comprise resource reservations, each specifying a portion of a resource set aside for exclusive use by one or more processes;

wherein the resource reservations are organized hierarchically such that each resource reservation r may have at most one parent and or more siblings and children, and associated with r is a weight that specifies how r shares the resources of r's parent with r's siblings;

wherein the application programming interface of the operating system represents a resource reservation as a directory in a hierarchical file system; and

wherein the directory contains one or more files specifying the minimum amount of resource and the weight of the represented resource reservation.

**15**. A method of ensuring a particular quality of service for an application in a computer system, the method comprising the steps of:

utilizing an application programming interface of an operating system to establish one or more quality of service guarantees that correspond to a reference to an object; and

providing a particular quality of service to a request in accordance with the one or more quality of service guarantees that correspond to one or more object reference used in the request;

wherein the quality of service guarantees comprise resource reservations, each specifying a portion of a resource set aside for exclusive use by one or more processes;

wherein the resource reservations are organized hierarchically such that each resource reservation r may have at most one parent and one or more sibling and children, and associated with r is a weight that specifies how r shares the resource of r's parent with r's sibling;

**16**

wherein the application programming interface of the operating system represents a resource reservation as a directory in a hierarchical file system; and

wherein if the directory represents an internal reservation r, it contains a first file that when activated creates a subdirectory that represents an additional internal reservation that is a child of r, and second file that when activated creates an additional queue that is a child of r.

**16**. A method of ensuring a particular quality of service for an application in a computer system, the method comprising the steps of:

utilizing an application programming interface of an operating system to establish one or more quality of service guarantees that correspond to a reference to an object; and

providing a particular quality of service to a request in accordance with the one or more quality of service guarantees that correspond to one or more object references used in the request;

wherein the quality of service guarantees comprise resource reservations, each specifying a portion of a resource set aside for exclusive use by one or more processes;

wherein the resource reservations are organized hierarchically such that each resource reservation r may have at most one parent and one or more siblings and children, and associated with r is a weight that specifies how r shares the resources of r's parent with r's siblings;

wherein the application programming interface of the operating system represents a resource reservation as a directory in a hierarchical file system; and

wherein if the directory represents a queue, it contains a first file that when written to clears the number of requests served and amount of service provided and sets a maximum number of requests and amount of service that may be concurrently waiting in the queue, and which when read from returns the number of requests served and the amount of service provided.

**17**. A method of ensuring a particular quality of service for an application in a computer system, the method comprising the steps of:

utilizing an application programming interface of an operating system to establish one or more quality of service guarantees that correspond to a reference to an object; and

providing a particular quality of service to a request in accordance with the one or more quality of service guarantees that correspond to one or more object references used in the request;

wherein the quality of service guarantees comprise resource reservations, each specifying a portion of a resource set aside for exclusive use by one or more processes;

wherein the resource reservations are organized hierarchically such that each resource reservation r may have at most one parent and one or more siblings and children, and associated with r is a weight that specifies how r shares the resources of r's parent with r's siblings; and

wherein associated with each process is one root reservation for each resource, such that the process can create, destroy, or modify only resource reservations that descend from the process's root reservations.

US 6,725,456 B1

**17**

**18**. The method of claim **17** wherein a process P can specify the root reservations of processes spawned by P, said root reservations being internal reservations that are equal to or descend from P's root reservations.

**19**. The method of claim **18** wherein the application programming interface of the operating system represents by a first file the root reservations of a process P, and by a second file the root reservations of processes spawned by P.

**20**. An apparatus for ensuring a particular quality of service level for an application in a computer system, the apparatus comprising:

a processor operative to support an operating system of the computer system, the operating system including a resource reservation application programming interface utilized to establish one or more quality of service guarantees that correspond to a reference to an object, and being further operative to provide a particular quality of service to a request in accordance with the one or more quality of service guarantees that correspond to one or more object references used in the request; and

a memory coupled to the processor and operative to store at least a subset of the quality of service guarantees;

wherein the resource reservation application programming interface defines a manner in which a parent process running on the operating system is permitted to limit resource reservations used by one or more of its children processes;

wherein the quality of service guarantees comprise resource reservations each specifying a portion of a resource set aside for exclusive use by one or more processes;

wherein the resource reservations are organized hierarchically such that each resource reservation r may have at most one parent and one or more siblings and children, and associated with r is a weight that specifies how r shares the resources of r's parent with r's siblings;

wherein a given one of the resource reservations corresponds to an internal reservation if it is permitted to have children associated therewith in the hierarchy; wherein the resource reservation corresponds to a queue if it is not permitted to have children associated therewith in the hierarchy; and

wherein the operating system internally tags each request with a reference to a queue that corresponds to an object reference used in the request.

**21**. An article of manufacture comprising a machine-readable medium for storing one or more programs for ensuring a particular quality of service level for an application in a computer system, wherein the one or more programs when executed perform the steps of:

implementing a resource reservation application programming interface of an operating system used for establishing one or more quality of service guarantees that correspond to a reference to an object; and

providing a particular quality of service to a request in accordance with the one or more quality of service guarantees that correspond to one or more object references used in the request;

wherein the resource reservation application programming interface defines a manner in which a parent process running on the operating system is permitted to limit resource reservations used by one or more of its children processes;

**18**

wherein the quality of service guarantees comprise resource reservations, each specifying a portion of a resource set aside for exclusive use by one or more processes;

wherein the resource reservations are organized hierarchically such that each resource reservation r may have at most one parent and one or more siblings and children, and associated with r is a weight that specifies how r shares the resources of r's parent with r's siblings;

wherein a given one of the resource reservations corresponds to an internal reservation if it is permitted to have children associated therewith in the hierarchy;

wherein the resource reservation corresponds to a queue if it is not permitted to have children associated therewith in the hierarchy; and

wherein the operating system internally tags each request with a reference to a queue that corresponds to an object reference used in the request.

**22**. An apparatus for use in a computer system, the apparatus comprising:

a resource reservation application programming interface associated with an operating system of the computer system and operative to generate an association between a resource reservation of an application and a reference to a corresponding shared resource of the computer system, wherein the association is utilized to provide a particular quality of service level for the application, and wherein the resource reservation application programming interface defines a manner in which a parent process running on the operating system is permitted to limit resource reservations used by one or more of its children processes;

wherein the quality of service guarantees comprise resource reservations, each specifying a portion of a resource set aside for exclusive use by one or more processes;

wherein the resource reservations are organized hierarchically such that each resource reservation r may have at most one parent and one or more siblings and children, and associated with r is a weight that specifies how r shares the resources of r's parent with r's siblings;

wherein a given one of the resource reservations corresponds to an internal reservation if it is permitted to have children associated therewith in the hierarchy;

wherein the resource reservation corresponds to a queue if it is not permitted to have children associated therewith in the hierarchy; and

wherein the operating system internally tags each request with a reference to a queue that corresponds to an object reference used in the request.

**23**. A method of ensuring a particular quality of service for an application in a computer system, the method comprising the steps of:

generating, in a resource reservation application programming interface of an operating system of the computer system, an association between a resource reservation and a reference to a corresponding shared resource; and

utilizing the association to provide the particular quality of service for the application;

wherein the resource reservation application programming interface defines a manner in which a parent process running on the operating system is permitted to limit resource reservations used by one or more of its children processes;

US 6,725,456 B1

**19**

wherein the quality of service guarantees comprise resource reservations, each specifying a portion of a resource set aside for exclusive use by one or more processes;

wherein the resource reservations are organized hierarchically such that each resource reservation r may have at most one parent and one or more siblings and children, and associated with r is a weight that specifies how r shares the resources of r's parent with r's siblings;

**20**

wherein a given one of the resource reservations corresponds to an internal reservation if it is permitted to have children associated therewith in the hierarchy;

wherein the resource reservation corresponds to a queue if it is not permitted to have children associated therewith in the hierarchy; and

wherein the operating system internally tags each request with a reference to a queue that corresponds to an object reference used in the request.

\*   \*   \*   \*   \*

Exhibit C

US007426715B2

(12) **United States Patent**

Buskens et al.

(10) Patent No.: **US 7,426,715 B2**

(45) **Date of Patent:** **Sep. 16, 2008**

(54) **SHUTTING DOWN A PLURALITY OF SOFTWARE COMPONENTS IN AN ORDERED SEQUENCE**

(75) Inventors: **Richard W. Buskens**, Robbinsville, NJ (US); **Oscar J. Gonzalez**, Bridgewater, NJ (US); **Li Kuang**, Lisle, IL (US); **Tim T. Liim**, Holmdel, NJ (US); **Yow–Jian Lin**, Edison, NJ (US); **Sunil K. Mishra**, Aurora, IL (US); **Muhammad A. Siddiqui**, Monmouth Junction, NJ (US)

(73) Assignee: **Lucent Technologies Inc.**, Murray Hill, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 679 days.

(21) Appl. No.: **10/868,142**

(22) Filed: **Jun. 14, 2004**

(65) **Prior Publication Data**

US 2005/0278700 A1    Dec. 15, 2005

(51) **Int. Cl.**
*G06F 9/44* (2006.01)
*G06F 9/46* (2006.01)
*G06F 15/16* (2006.01)

(52) **U.S. Cl.** ...................... **717/120**; 717/103; 718/106; 709/229

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,713,027 | A | * | 1/1998 | Soejima et al. | .............. 713/300 |
| 2002/0087734 | A1 | * | 7/2002 | Marhsall et al. | .............. 709/310 |
| 2005/0278689 | A1 | * | 12/2005 | Gong et al. | .................. 717/103 |
| 2006/0080411 | A1 | * | 4/2006 | Buskens et al. | .............. 709/220 |

OTHER PUBLICATIONS

Lucent Technologies Inc., "Statement Disclosing Information About Development and Use of Technology", 2002 to 2004, 3 pgs., Murray Hill, NJ, USA.

* cited by examiner

*Primary Examiner*—Chuck O Kendall

(57) **ABSTRACT**

An apparatus in one example comprises a manager component in communication with a distributed software application. The distributed software application comprises a plurality of software components that run within one or more executables. The manager component shuts down the plurality of software components in an ordered sequence based on one or more dependency relationships among the plurality of software components.

**20 Claims, 2 Drawing Sheets**



202

A configuration file is created to store architecture information and dependency relationships of the distributed software application
204

Import the configuration file to obtain a list of the dependency relationships between software components of the distributed software application
206

Establish an ordered sequence for shutdown of the distributed software application based on the dependency relationships
208

Send deactivation messages in the ordered sequence to the software components within the executables of the distributed software application
210

Instruct the executable managers to stop monitoring the executables of the distributed software application
212

Send termination messages in the ordered sequence to the software components within the executables of the distributed software application
214

Instruct the executable managers to shut down the executables of the distributed software application
216



**FIG. 1**



202

A configuration file is created to store
architecture information and dependency
relationships of the distributed software
application
204

Import the configuration file to obtain a list of
the dependency relationships between software
components of the distributed software
application
206

Establish an ordered sequence for shutdown of
the distributed software application based on
the dependency relationships
208

Send deactivation messages in the ordered
sequence to the software components within
the executables of the distributed software
application
210

Instruct the executable managers to stop
monitoring the executables of the distributed
software application
212

Send termination messages in the ordered
sequence to the software components within
the executables of the distributed software
application
214

Instruct the executable managers to shut down
the executables of the distributed software
application
216

**FIG. 2**

US 7,426,715 B2

**1**

## SHUTTING DOWN A PLURALITY OF SOFTWARE COMPONENTS IN AN ORDERED SEQUENCE

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application contains subject matter that is related to the subject matter of the following applications, which are assigned to the same assignee as this application. The below-listed applications are hereby incorporated herein by reference in their entireties.

"INSTRUCTING MANAGEMENT SUPPORT SOFTWARE OF A FIRST SOFTWARE COMPONENT TO SET UP A COMMUNICATION CHANNEL BETWEEN THE FIRST SOFTWARE COMPONENT AND A SECOND SOFTWARE COMPONENT," by Buskens, et al., Ser. No. 10/868,128 co-filed herewith;

"SELECTING A PROCESSOR TO RUN AN EXECUTABLE OF A DISTRIBUTED SOFTWARE APPLICATION UPON STARTUP OF THE DISTRIBUTED SOFTWARE APPLICATION," by Buskens, et al., Ser. No. 10/868,404 co-filed herewith;

"SOFTWARE COMPONENT INITIALIZATION IN AN ORDERED SEQUENCE," by Buskens, et al., co-filed herewith;

"DISTRIBUTED SOFTWARE APPLICATION SOFTWARE COMPONENT RECOVERY IN AN ORDERED SEQUENCE," by Buskens, et al., Ser. No. 10/868,404 co-filed herewith;

"MANAGER COMPONENT FOR CHECKPOINT PROCEDURES," by Buskens, et al., Ser. No. 10/867,945 co-filed herewith;

"MANAGER COMPONENT THAT CAUSES FIRST SOFTWARE COMPONENT TO OBTAIN INFORMATION FROM SECOND SOFTWARE COMPONENT," by Buskens, et al., Ser. No. 10/868,469 co-filed herewith;

"FIRST AND SECOND MANAGER COMPONENTS THAT COMMUNICATE TO INITIALIZE AND/OR SHUT DOWN SOFTWARE COMPONENTS IN AN ORDERED SEQUENCE," by Buskens, et al., Ser. No. 10/868,946 co-filed herewith;

"MANAGER COMPONENT RESOURCE ADDITION AND/OR RESOURCE REMOVAL ON BEHALF OF A DISTRIBUTED SOFTWARE APPLICATION," by Gong, et al., Ser. No. 10/868,144 co-filed herewith;

"SUBSTITUTE MANAGER COMPONENT THAT OBTAINS STATE INFORMATION OF ONE OR MORE SOFTWARE COMPONENTS UPON FAILURE OF A FIRST MANAGER COMPONENT," by Buskens, et al., Ser. No. 10/868,472 co-filed herewith.

### TECHNICAL FIELD

The invention relates generally to distributed software applications and more particularly to management of distributed software applications.

### BACKGROUND

In known distributed software applications, software components are distributed among a plurality of executables (i.e., software capsules or software entities). Each of the executables contains one or more software components that perform some portion of the functionality of the distributed software application. The executables of the distributed soft-

**2**

ware application may all run on a single processor or may be divided up and run across a plurality of processors.

During operation of the distributed software application, state information is created, system resources are allocated, and/or databases are updated. If the software components of a distributed software application shut down without a preplanned shutdown sequence, then the distributed software application may leave system resources in an inconsistent state. As one shortcoming, without a proper shutdown sequence, the distributed software application may not properly store the state information, release the allocated system resources, and/or update the databases.

During shutdown of a distributed software application divided into a plurality of executables running on a single processor, the distributed software application may shut down the executables by following a preplanned shutdown sequence for the executables. As one shortcoming, executing the shutdown sequence at the executable level may not serve to fully leave the system resources in a consistent state. The distributed software application may run on a single processor or the executables of the distributed software application may be divided across a plurality of processors. As another shortcoming, the shutdown sequence is unable to fully coordinate a shutdown of the executables and software components of the distributed software application divided across a plurality of processors.

Thus, a need exists to shut down a distributed software application in a manner that stores state information, releases system resources, and/or leaves the system resources in a consistent state.

### SUMMARY

A manager component for a distributed software application employs dependency relationships between software components of the distributed software application during shutdown of the distributed software application. The manager component shuts down the software components in an ordered sequence based on the dependency relationships among the software components. When software components have dependencies on other software components, the manager component shuts down the software components in a proper sequence to store state information, release system resources, and/or leave one or more database of the distributed software application in a consistent state.

In one embodiment, there is provided an apparatus comprising a manager component in communication with a distributed software application. The distributed software application comprises a plurality of software components that run within one or more executables. The manager component shuts down the plurality of software components in an ordered sequence based on one or more dependency relationships among the plurality of software components.

In another embodiment, there is provided an apparatus comprising a manager component that shuts down a first software component, of a distributed software application, that runs on a first processor and a second software component, of the distributed software application, that runs on a second processor in an ordered sequence based on one or more dependency relationships between the first and second software components.

In yet another embodiment, there is provided a method for: obtaining one or more dependency relationships among a plurality of software components that run within one or more executables of a distributed software application; establishing an ordered sequence for shutdown of the plurality of software components based on one or more of the one or more depen-

US 7,426,715 B2

**3**

dency relationships; and shutting down the plurality of software components in the ordered sequence.

## DESCRIPTION OF THE DRAWINGS

Features of exemplary implementations of the invention will become apparent from the description, the claims, and the accompanying drawings in which:

FIG. **1** is a representation of an exemplary implementation of an apparatus that comprises a distributed software application and a management infrastructure.

FIG. **2** is a representation of exemplary logic that serves to allow a manager component of the management infrastructure to employ an ordered sequence to shut down the distributed software application of the apparatus of FIG. **1**.

## DETAILED DESCRIPTION

Turning to FIG. **1**, an apparatus **100** in one example comprises a distributed software application **102** and a management infrastructure **103**. The management infrastructure **103** performs one or more management operations on the distributed software application **102**. The management infrastructure **103** comprises a manager component **104**. For example, the manager component **104** may coordinate one or more of starting, stopping, initializing, shutting down, and monitoring the distributed software application **102**, detecting failures of the distributed software application **102**, recovering the distributed software application **102**, propagating state changes about distributed software application **102**, and the like.

The distributed software application **102** represents a software application divided among a plurality of executables (i.e., software capsules or software entities). For example, the distributed software application **102** comprises a plurality of executables **106**, **107** and **108**. The distributed software application **102** may run on a single central processing unit ("CPU") or may be divided between multiple CPUs. For example, the executables **106** and **107** may run on processor **110** and the executable **108** may run on processor **112**. The processor **110** comprises an executable manager **114** and the processor **112** comprises an executable manager **116**. The executable managers **114** and **116** in one example are part of the management infrastructure **103**.

The executable managers **114** and **116** start, stop and monitor executables of the distributed software application **102** that run on the processors **110** and **112**, such as the executables **106**, **107** and **108**. To start or stop the executable **106**, the executable manager **114** invokes operating system commands to start or stop the executable **106**. The executable managers **114** and **116** monitor communication channels and/or diagnostics on behalf of the executables **106**, **107** and **108**. Should one or more of the executables **106**, **107** and **108** fail, the respective one of the executable managers **114** and **116** informs the manager component **104**.

To detect failures of the executables **106**, **107** and **108** the executable managers **114** and **116** register with an operating system to receive notifications when the executables **106**, **107** and **108** terminate either abnormally or as a result of explicit commands sent to the executables **106**, **107** and **108**. To detect failures of software components **124**, **126**, **127** and **128** within the executables **106**, **107** and **108**, the executable managers **114** and **116** send status queries to the software components **124**, **126**, **127** and **128** and expect to receive status responses from the software components **124**, **126**, **127** and **128**.

Each of the executable managers **114** and **116** comprise a communication interface **118** for communication with the manager component **104**. The executable managers **114** and

**4**

**116** receive instruction from the manager component **104**. For example, the executable managers **114** and **116** may receive instructions at the communication interface **118** from the manager component **104**. The executable manager **114** is encapsulated in an executable **120** running on the processor **110** and the executable manager **116** is encapsulated in an executable **122** running on the processor **112**.

The executables **106**, **107** and **108** comprise one or more software components **124**, **126**, **127** and **128**. For example, the executable **106** encapsulates the software components **124** and **126**, the executable **107** encapsulates the software component **127**, and the executable **108** encapsulates the software component **128**. Within each of the executables **106**, **107** and **108** may be tens, hundreds, or even thousands of other software components (e.g., analogous to the software components **124**, **126**, **127** and **128**).

The software components **124**, **126**, **127** and **128** represent software sub-entities of the executables **106**, **107** and **108**. For example, the software components **124**, **126**, **127** and **128** represent logical blocks of software of the executables **106**, **107** and **108**. The software components **124** and **126** in one example are developed independently and then put together within the executable **106**. The software components **124**, **126**, **127** and **128** each perform some portion of the overall functionality of the distributed software application **102**. The software components **124**, **126**, **127** and **128** work together to make the distributed software application **102** achieve the desired operation. The distributed software application **102** may provide any functionality for a computer system. The distributed software application **102** in one example comprises a call processing software application. For example, the distributed software application **102** sets up and/or tears down telecommunication sessions in a telecommunication network.

In one embodiment, each of the software components **124**, **126**, **127** and **128** comprise application software **130**, management support software **132**, a management support software communication interface **134**, and one or more application software communication interfaces **135**. The software components **124**, **126**, **127** and **128** employ the management support software communication interfaces **134** to receive communications from the manager component **104**. The software components **124**, **126**, **127** and **128** employ the application software communication interfaces **135** to receive communications from other software components of the software components **124**, **126**, **127** and **128**. An application programming interface ("API") **136** communicatively couples the application software **130** with the management support software **132** in each of the software components **124**, **126**, **127** and **128**. The application software **130** and the management support software **132** can exchange information through the application programming interface **136**.

The application software **130** is the portion of the software components **124**, **126**, **127** and **128** that performs some portion of the overall functionality of the distributed software application **102**. The management support software **132** is the portion of the software components **124**, **126** and **128** that cooperates with the manager component **104** to perform management operations on the software components **124**, **126** and **128**. The application software **130** is part of the distributed software application **102** and the management support software **132** is part of the management infrastructure **103**.

An application developer creates the application software **130** of the software components **124**, **126**, **127** and **128** to achieve the designated functionality of the software components **124**, **126**, **127** and **128**. For example, the application developer creates the application software **130** of the software

US 7,426,715 B2

5

components **124**, **126**, **127** and **128** to achieve the overall functionality of the distributed software application **102**.

To alleviate the application developers from being required to write software into each of the software components **124**, **126**, **127** and **128** to interface with the manager component **104**, a code generator in one example automatically generates the management support software **132**. To create the management support software **132**, a configuration file **150** in one example is input into the code generator. The configuration file **150** comprises connection information and/or architecture information of the distributed software application **102**. The code generator creates code for the management support software **132**. The code for the management support software **132** is compiled and linked with the application software **130** in the software components **124**, **126**, **127** and **128**. The management support software **132** may be different for each of the software components **124**, **126**, **127** and **128**, as will be appreciated by those skilled in the art.

The manager component **104** comprises a communication interface **138** for receiving incoming communications. The communication interface **138** is employable for receiving the configuration file **150**. The manager component **104** may employ other means to receive the configuration file **150**, such as reading the configuration file **150** directly from a disk or file system. The communication interface **138** may also receive communications from the executable managers **114** and **116**, as well as communications from the software components **124**, **126**, **127** and **128**.

The manager component **104** may also use the communication interface **138** for receipt of external system information from an external environment **151**. In one example, the external environment **151** represents other components of the system that are in communication with the manager component **104**. In another example, the external environment **151** represents another management infrastructure in communication with the management infrastructure **103**.

The manager component **104** is encapsulated with zero or more other software components in an executable **140**. The executable **140** that contains the manager component **104** may be run on either of the processors **110** and **112**. The manager component **104** in one example is active and the apparatus **100** may have one or more standby manager components (e.g., analogous to the manager component **104**). If the manager component **104** fails, then one of the standby manager components becomes active and gains managerial control of the distributed software application **102**.

One advantage to the manager component **104** controlling shutdown of the distributed software application **102** is that the manager component **104** alleviates application developers from being required to write software into each of the software components **124**, **126**, **127** and **128** to coordinate shutdown. The manager component **104** controls shutdown of the software components **124**, **126**, **127** and **128** on behalf of the software components **124**, **126**, **127** and **128**. For example, the manager component **104** interfaces with the management support software **132** coupled with the application software **130** in the software components **124**, **126**, **127** and **128** to sequence shutdown of the software components **124**, **126**, **127** and **128**. Therefore, the manager component **104** saves the application developers effort of creating software to sequence shutdown.

The management infrastructure **103** provides shutdown management functionality as a reusable asset for distributed software applications. The management infrastructure **103** in one example comprises a portion of a high availability ("HA") infrastructure. The manager component **104** in one example comprises a high availability manager component

6

operating in a high availability infrastructure. The high availability infrastructure controls management operations on the software components **124**, **126**, **127** and **128** for the distributed software application **102**. For example, the high availability infrastructure controls shutdown of the software components **124**, **126**, **127** and **128** in the ordered sequence for the distributed software application **102**, along with terminating the executables that encapsulate the software components **124**, **126**, **127** and **128**. The high availability infrastructure is usable to control management operations for the distributed software application **102** or another distributed software application. The high availability infrastructure is able to continue processing while switching between active and standby components in the high availability infrastructure.

To startup of the distributed software application **102**, the manager component **104** initializes each of the software components **124**, **126**, **127** and **128** and each of the executables **106**, **107** and **108**. The manager component **104** in one example imports the configuration file **150** to obtain connection information of the distributed software application **102**. The configuration file **150** provides information to the manager component **104** to allow the manager component **104** to control the distributed software application **102**. The configuration file **150** is created to store connection information and/or architecture information of the distributed software application **102**. The configuration file **150** in one example provides the manager component **104** with information about the set of executables **106**, **107** and **108**, the number of each type of the executables **106**, **107** and **108**, the mapping of the software components **124**, **126**, **127** and **128** to the executables **106**, **107** and **108**, the types of the software components **124**, **126**, **127** and **128**, and the number of each type of the software components **124**, **126**, **127** and **128** in each of the executables **106**, **107** and **108**.

The configuration file **150** in one example indicates one or more dependency relationships among the software components **124**, **126**, **127** and **128**. The manager component **104** employs a list of the dependency relationships to establish an ordered sequence for startup. The manager component **104** initializes the software components **124**, **126**, **127** and **128** in the ordered sequence for startup based on the dependency relationships among the software components **124**, **126**, **127** and **128**. For example, if the software component **124** is dependent on the software component **126**, then the manager component **104** initializes the software component **126** before initializing the software component **124** as part of the ordered sequence. If the software components **124** and **126** are free from any dependency relationships, then the manager component **104** may initialize the software components **124** and **126** in parallel as part of the ordered sequence.

Once all of the executables **106**, **107** and **108** and the software components **124**, **126**, **127** and **128** are initialized during startup, the distributed software application **102** may run and perform an intended function. During operation of the distributed software application **102**, state information is created, resources are allocated, and/or databases are updated. At shutdown of the distributed software application **102**, it is desirable to save the state information, release the allocated resources, and confirm that the databases are in a consistent state. To transition the distributed software application **102** from active operation to a non-operational state, the manager component **104** shuts down the distributed software application **102** in an ordered sequence based on the dependency relationships among the software components **124**, **126**, **127** and **128**. The manager component **104** may shut down the distributed software application **102** in the ordered sequence at the level of the software components **124**, **126**, **127**, and

US 7,426,715 B2

7

**128**, then may shutdown the executables **106**, **107** and **108**. The manager component **104** may coordinate the shutdown of the executables **106**, **107** and **108** and/or the software components **124**, **126**, **127** and **128** running on a single processor or divided among a plurality of processors, such as the processors **110** and **112**.

Turning to FIGS. **1-2**, an illustrative description of one exemplary operation of the apparatus **100** is now presented, for explanatory purposes. The manager component **104** comprises a high availability manager component operating in a high availability infrastructure. To begin operation of the apparatus **100**, the distributed software application **102** is configured for control by the manager component **104**, and the manager component **104** coordinates the initialization of the distributed software application **102**. Exemplary logic **202** serves to allow the manager component **104** to employ an ordered sequence to shut down the distributed software application **102**. The logic **202** employs one or more steps, for example, STEPS **204**, **206**, **208**, **210**, **212**, **214**, and **216**. An application developer, a system architect, or any other developer performs the STEP **204** of FIG. **2** and the manager component **104** performs the STEPS **206**, **208**, **210**, **212**, **214** and **216** of FIG. **2**.

To shut down the distributed software application **102**, the manager component **104** shuts down the software components **124**, **126**, **127** and **128** in an ordered sequence based on the dependency relationships among the software components **124**, **126**, **127** and **128** and/or among the executables **106**, **107** and **108**. Shutting down the distributed software application **102** in the ordered sequence serves to save a record of state information, release allocated system resources, and properly update databases. The manager component **104** serves to shut down the executables **106**, **107** and **108** according to the ordered sequence. The manager component **104** also serves to shut down the software components **124**, **126**, **127** and **128** running within the executables **106**, **107** and **108** according to the ordered sequence.

At STEP **204**, the application developer or other developer creates the configuration file **150** to comprise connection information, architecture information, and dependency relationships of the distributed software application **102**. At STEP **206**, the manager component **104** imports the configuration file **150** to obtain the list of the dependency relationships between the software components **124**, **126**, **127** and **128**. At STEP **208**, the manager component **104** employs the list of dependency relationships to establish an ordered sequence for shutdown of the software components **124**, **126**, **127** and **128** and the executables **106**, **107** and **108**.

At STEP **210**, the manager component **104** deactivates the software components **124**, **126**, **127** and **128** according to the ordered sequence. For example, the manager component **104** sends deactivation messages to the management support software communication interfaces **134** of the software components **124**, **126**, **127** and **128** in the ordered sequence. The deactivation messages indicate to the software components **124**, **126**, **127** and **128** to wrap up any current tasks and to not take on any new tasks. The manager component **104** may also instruct the active software components of the software components **124**, **126**, **127** and **128** to not send new tasks to the deactivated software components of the software components **124**, **126**, **127** and **128**.

In one exemplary implementation of the distributed software application **102**, the software component **124** has a dependency on the software component **126**, and the software component **126** (running on the processor **110**) has a dependency on the software component **128** (running on the processor **112**). The software component **127** in one example is

8

free from dependency relationships. Therefore, the manager component **104** may shut down the software component **127** independently from the other software components **124**, **126**, and **128**. To shutdown of the distributed software application **102** according to the ordered sequence, the manager component **104** determines to shut down the software component **124** before the software component **126**, and to shut down the software component **126** before the software component **128**.

To begin shutdown of the software components **124**, **126**, **127** and **128**, the manager component **104** in one example sends a first deactivation message to the software component **124** and a second deactivation message to the software component **127**. Upon deactivation of the software components **124** and **127**, each the software components **124** and **127** send a confirmation message to the manager component **104**. Before proceeding, the manager component **104** waits for the confirmation message from the software component **124** to confirm deactivation of the software component **124**. Upon receipt of the confirmation message from the software component **124**, the manager component **104** may send a third deactivation message to the software component **126**. Before proceeding, the manager component **104** waits for a confirmation message from the software component **126** to confirm deactivation of the software component **126**. Upon receipt of the confirmation message from the software component **126**, the manager component **104** may send a fourth deactivation message to the software component **128**. Upon deactivation of the software component **128**, the software component **128** sends a confirmation message to the manager component **104**.

The manager component **104** sends the deactivation messages to the management support software **132** of the software components **124**, **126**, **127** and **128**. The management support software **132** relays the instruction to deactivate through the application programming interface **136** to the application software **130**. After deactivation the application software **130** sends the confirmation messages to the management support software **132**. The management support software **132** relays the confirmation messages to the manager component **104**.

Communication between the manager component **104** and the management support software **132** of the software components **124**, **126**, **127** and **128** is resilient to failure. For example, the messages may employ timeouts to handle dropped or delayed messages or confirmation notifications. Upon failure of a deactivation message, the manager component **104** in one example employs a configurable number of retries for the deactivation message.

Once the manager component **104** has deactivated each of the software components **124**, **126**, **127** and **128** according to the ordered sequence, the manager component **104** may tear down any communication channels between the software components **124**, **126**, **127** and **128**. The manager component **104** then may terminate each of the software components **124**, **126**, **127** and **128**. At STEP **212**, before terminating the software components **124**, **126**, **127** and **128**, the manager component **104** instructs the executable managers **114** and **116** to stop monitoring the executables **106**, **107** and **108**. For example, the manager component **104** sends a message to the communication interface **118** of the executable manager **114** to instruct the executable manager **114** to stop monitoring the executables **106** and **107**. The manager component **104** also sends a message to the communication interface **118** of the executable manager **116** to instruct the executable manager **116** to stop monitoring the executable **108**.

At STEP **214**, the manager component **104** sends termination messages to the management support software communication interfaces **134** of the software components **124**, **126**,

US 7,426,715 B2

9

127 and 128. The termination messages instruct the software components 124, 126, 127 and 128 to stop running. The manager component 104 in one example sends the termination messages in the ordered sequence based on the dependency relationships of the software components 124, 126, 127 and 128, analogously to the deactivation messages, as described herein.

At STEP 216, the manager component 104 instructs the executable managers 114 and 116 to terminate the executables 106, 107 and 108. For example, the manager component 104 sends a message to the communication interface 118 of the executable manager 114 to instruct the executable manager 114 to terminate the executables 106 and 107. The manager component 104 also sends a message to the communication interface 118 of the executable manager 116 to instruct the executable manager 116 to terminate the executable 108. Upon shutdown of the executables 106, 107, and 108, the executable managers 114 and 116 each send a confirmation message to the manager component 104 to indicate a successful shutdown of the executables 106, 107 and 108. Receipt of the confirmation messages from each of the executable managers 114 and 116 indicates to the manager component 104 that the distributed software application 102 is fully shutdown. The executable shutdown messages to the executable managers 114 and 116 and the confirmation messages are resilient to failure, analogously to the deactivation messages and deactivation confirmation messages, as described herein.

In one embodiment, the manager component 104 may determine to not follow the ordered sequence to shut down the distributed software application 102. If a large number of the software components 124, 126, 127 and 128 don't have state information that needs to be preserved and don't need to complete any operations that are in progress, then the manager component 104 may just terminate the software components 124, 126, 127 and 128 in a more efficient manner, such as in parallel.

The apparatus 100 in one example comprises a plurality of components such as one or more of electronic components, hardware components, and/or computer software components. A number of such components can be combined or divided in the apparatus 100. An exemplary component of the apparatus 100 employs and/or comprises a set and/or series of computer instructions written in or implemented with any of a number of programming languages, as will be appreciated by those skilled in the art. The apparatus 100 in one example comprises any (e.g., horizontal, oblique, or vertical) orientation, with the description and figures herein illustrating one exemplary orientation of the apparatus 100, for explanatory purposes.

The apparatus 100 in one example employs one or more computer-readable signal-bearing media. The computer-readable signal-bearing media store software, firmware and/or assembly language for performing one or more portions of one or more embodiments of the invention. Examples of a computer-readable signal-bearing medium for the apparatus 100 comprise the recordable data storage medium of the manager component 104. The computer-readable signal-bearing medium for the apparatus 100 in one example comprise one or more of a magnetic, electrical, optical, biological, and atomic data storage medium. For example, the computer-readable signal-bearing medium comprises floppy disks, magnetic tapes, CD-ROMs, DVD-ROMs, hard disk drives, and electronic memory. In another example, the computer-readable signal-bearing medium comprises a modulated carrier signal transmitted over a network comprising or coupled with the apparatus 100, for instance, one or more of a tele-

10

phone network, a local area network ("LAN"), a wide area network ("WAN"), the Internet, and a wireless network. The steps or operations described herein are just exemplary. There may be many variations to these steps or operations without departing from the spirit of the invention. For instance, the steps may be performed in a differing order, or steps may be added, deleted, or modified.

Although exemplary implementations of the invention have been depicted and described in detail herein, it will be apparent to those skilled in the relevant art that various modifications, additions, substitutions, and the like can be made without departing from the spirit of the invention and these are therefore considered to be within the scope of the invention as defined in the following claims.

We claim:

1. An apparatus, comprising:

a manager component in communication with a distributed software application, wherein the manager component on a processor; and

wherein the distributed software application comprises a plurality of software components that run within one or more executables; and

wherein the manager component shuts down the plurality of software components in an ordered sequence based on one or more dependency relationships among the plurality of software components, and wherein the manager component tears down any communication channels between the plurality of software components upon deactivation of each of the plurality of software components.

2. The apparatus of claim 1, wherein the manager component comprises a high availability manager component operating in a high availability infrastructure, and wherein the high availability manager component shuts down the plurality of software components and the one or more executables in the ordered sequence.

3. The apparatus of claim 1, wherein the one or more executables comprise an executable, and wherein the plurality of software components comprises a first software component and a second software component; and

wherein the first and second software components run within the executable; and

wherein the one or more dependency relationships comprise a dependency relationship of the first software component on the second software component; and

wherein based on the dependency relationship on the second software component, the manager component shuts down the first software component before shutting down the second software component as part of the ordered sequence.

4. The apparatus of claim 3, wherein the plurality of software components comprises a third software component and a fourth software component; and

wherein the third and fourth software components run within the executable; and

wherein the third and fourth software components are free from the one or more dependency relationships; and

wherein the manager component shuts down the third and fourth software components in parallel as part of the ordered sequence.

5. The apparatus of claim 3, wherein based on the dependency relationship on the second software component, the manager component sends a first message to the first software component to instruct the first software component to deactivate before sending a second message to the second software component to instruct the second software component to deactivate; and

US 7,426,715 B2

11 12

wherein after deactivation of the first and second software components, the manager component sends a termination message to each of the first and second software components to terminate the first and second software components.

**6**. The apparatus of claim **5**, wherein the first and second software components each comprise application software, management support software, and an application programming interface between the application software and the management support software; and

wherein the manager component sends the first message to the management support software of the first software component, and wherein the management support software of the first software component instructs the application software of the first software component to deactivate; and

wherein the manager component sends the second message to the management support software of the second software component, and wherein the management support software of the second software component instructs the application software of the second software component to deactivate.

**7**. The apparatus of claim **3**, wherein the executable runs on the processor, and wherein the processor comprises an executable manager that controls the executable; and

wherein the manager component instructs the executable manager to stop monitoring the executable; and

wherein after shutdown of the first and second software components within the executable, the manager component instructs the executable manager to terminate the executable.

**8**. The apparatus of claim **1**, wherein the one or more executables comprise a first executable and a second executable, and wherein the plurality of software components comprises a first software component and a second software component; and

wherein the first software component runs within the first executable, and wherein the second software component runs within the second executable; and

wherein the one or more dependency relationships comprise a dependency relationship of the first software component on the second software component; and

wherein based on the dependency relationship on the second software component, the manager component deactivates the first software component within the first executable before deactivating the second software component within the second executable.

**9**. The apparatus of claim **8**, wherein the manager component deactivates the plurality of software components in the ordered sequence across a plurality of processors; and

wherein the first executable runs on a first processor of the plurality of processors, and wherein the second executable runs on a second processor of the plurality of; and

wherein based on the dependency relationship on the second software component, the manager component deactivates the first software component on the first processor before deactivating the second software component on the second processor.

**10**. The apparatus of claim **1**, wherein the plurality of software components comprises a first software component and a second software component within the one or more executables; and

wherein the one or more dependency relationships comprise a dependency relationship of the first software component on the second software component and

wherein upon startup of the distributed software application, the manager component starts up the second software component before starting up the first software component; and

wherein upon shutdown of the distributed software application, the manager component deactivates the first software component before deactivating the second software component.

**11**. The apparatus of claim **1**, wherein the manager component obtains the one or more dependency relationships from a configuration file; and

wherein the manager component imports the configuration file to determine which one or more software components of the plurality of software components are effected by the one or more dependency relationships.

**12**. The apparatus of claim **1**, wherein the manager component employs the one or more dependency relationships to establish the ordered sequence for the plurality of software components; and

wherein upon shutdown of the distributed software application, the manager component shuts down the plurality of software components according to the ordered sequence to save state information, release system resources, and/or leave the system resources in a consistent state.

**13**. The apparatus of claim **1**, wherein the one or more executables comprise a first executable and a second executable; and

wherein the plurality of software components run within the first and second executables, and wherein the manager component runs within a third executable; and

wherein based on one or more characteristics of the first and second executables, the manager component shuts down the first executable before shutting down the second executable.

**14**. The apparatus of claim **1**, wherein the distributed software application comprises a call processing software application; and

wherein the manager component oversees shutdown of the plurality of software components for the call processing software application.

**15**. An apparatus, comprising:

a manager component that shuts down a first software component, of a distributed software application, that runs on a first processor and a second software component, of the distributed software application that runs on a second processor in an ordered sequence based on one or more dependency relationships between the first and second software components, wherein the manager component tears down any communication channels between the first software component and the second software component upon deactivation of tue first software component and the second software component.

**16**. The apparatus of claim **15**, wherein the manager component comprises a high availability manager component operating in a high availability infrastructure, and wherein the high availability manager component shuts down the first and second software components in the ordered sequence.

**17**. The apparatus of claim **15**, wherein the first and second software components each comprise application software, management support software, and an application programming interface between the application software and the management support software; and

wherein the manager component sends a first deactivation message to the management support software of the first software component to instruct the application software of the first software component to deactivate; and

US 7,426,715 B2

13

wherein after deactivation of the first software component on the first processor, the manager component sends a second deactivation message to the management support software of the second software component on the second processor to instruct the application software of the second software component to deactivate; and

wherein after deactivation of the first and second software components, the manager component sends a termination message to the management support software of each of the first and second software components to terminate the first and second software components.

**18**. The apparatus of claim **15**, wherein the manager component obtains the one or more dependency relationships from a configuration file; and

wherein the manager component employs the one or more dependency relationships to establish the ordered sequence for the first and second software components; and

wherein during shutdown of the distributed software application, the manager component shuts down the first and second software components in the ordered sequence.

**19**. A method, comprising the steps of:

obtaining one or more dependency relationships among a plurality of software components that run within one or more executables of a distributed software application;

establishing an ordered sequence for shutdown of the pluraiity of software components based on one or more of the one or more dependency relationships; and

shutting down the plurality of software components according to the ordered sequence;

tearing down any communication channels between the plurality of software components upon deactivation of each of the plurality of software components.

**20**. The method of claim **19**, wherein the plurality of software components comprise a first software component and a

14

second software component; and wherein the step of obtaining the one or more dependency relationships among the plurality of software components that run within the one or more executables of the distributed software application comprises the step of:

importing a configuration file that indicates a dependency relationship, of the one or more dependency relationships, of the first software component on the second software component;

wherein the step of establishing the ordered sequence for shutdown of the plurality of software components based on the one or more of the one or more dependency relationships comprises the step of:

determining to shut down the first software component before the second software component based on the dependency relationship of the first software component on the second software component;

wherein the step of shutting down the plurality of software components according to the ordered sequence comprises the steps of:

sending a first deactivation message to the first software component to instruct the first software component to deactivate;

sending, after deactivation of the first software component, a second deactivation message to the second software component to instruct the second software component to deactivate; and

sending, after deactivation of the first and second software components, a termination message to the management support software of each of the first and second software components to terminate the first and second software components.

\*   \*   \*   \*   \*

# Exhibit D

US005806062A

# United States Patent [19]

## Chen et al.

[11] **Patent Number:** **5,806,062**

[45] **Date of Patent:** **Sep. 8, 1998**

[54] **DATA ANALYSIS SYSTEM USING VIRTUAL DATABASES**

[75] Inventors: **Yih-Farn Robin Chen**, Bridgewater; **Glenn Stephen Fowler**, Scotch Plains; **Elefterios Koutsofios**, Chatham; **Ryan S. Wallach**, East Brunswick, all of N.J.

[73] Assignee: **Lucent Technologies Inc.**, Murray Hill, N.J.

[21] Appl. No.: **544,346**

[22] Filed: **Oct. 17, 1995**

[51] Int. Cl.$^6$ ..................................................... **G06F 17/30**
[52] U.S. Cl. ...................... **707/4**; 707/1; 707/5; 395/712; 395/703
[58] **Field of Search** ..................................... 395/604, 619, 395/712; 707/1, 5, 4

[56] **References Cited**

### U.S. PATENT DOCUMENTS

<table>
<tr><td>5,634,053</td><td>5/1997</td><td>Noble et al.</td><td>395/604</td></tr>
<tr><td>5,659,724</td><td>8/1997</td><td>Borgida et al.</td><td>395/603</td></tr>
</table>

### OTHER PUBLICATIONS

Glenn Fowler "A flat file database query language", AT&T, 4–3–2–2, Jan. 1994.
Yih–Farn Chen "A tool to generate program graphs", AT&T, 4–3–2–2, Apr. 1994.
Ramamoorthy et al., "The C information abstracttion system", IEEE, vol. 16, No. 3, Mar. 1990.

*Primary Examiner*—Paul V. Kulik
*Assistant Examiner*—Jean M. Corrielus

[57] **ABSTRACT**

A data processing apparatus and method for creating data analysis applications using reusable software operators . An initial operator is provided for converting source information into a virtual database format. Query operators are provided for receiving data in a virtual database format, processing the data in the virtual database, and outputting the results of the processing in another virtual database which has the same schema as the received virtual database. A plurality of query operators may be combined in order to customize the processing of the virtual database data. A terminal operator is provided for converting data in a virtual database into an external format which may then be further processed by an external operator. By combining initial, query, terminal, and external operators, users may create customizable data processing applications. In accordance with one embodiment of the invention, operators are provided for analyzing the difference between a first document and a second document. An initial operator converts the documents into a virtual database format containing information about the structure of the documents. A differencing operator compares the virtual databases and creates a virtual database containing difference information. Terminal and external operators are provided for converting the difference information into a directed graph layout which graphically represents the difference information and which is displayed through a graphical interface. In accordance with a further aspect of the invention, additional difference analysis processing may be initiated through the graphical interface.

**46 Claims, 12 Drawing Sheets**





*FIG. 1*



*FIG. 2*



*FIG. 3*

*FIG. 4*

```
1   #define MAX 3
2   int v;
3   typedef int *pointer;
4   void main()
5   {
6     pointer p;
7     v=MAX;
8     p=&v;
9   }
```

*FIG. 5*

```
1    #define MAX 3
2    #define MIN 1
3    int v=MAX;
4    typedef int *pointer;
5    main()
6    {
7      pointer p;
8      v=v-MIN;
9      p=&v;
10     end();
11   }
12   void end() {}
```

FIG. 6

602
HEADER
603
604
ENTITY
610
612
ID; NAME; KIND; FILE; DTYPE; SILASS; BLINE; HLINE; ELINE; DEF; CHKSUM; SELECTED
606
RELATIONSHIP
614
616
KIND1; ID1; KIND2; ID2; USAGE
608
DIRECTORY
618
ENTITY; OFFSET; SIZE
620
RELATIONSHIP; OFFSET; SIZE
622
DIRECTORY; OFFSET; SIZE
624

*FIG. 7*

308

```
701 {  ; vdb; CIAO/cc
         ENTITY
         2c35de1b; f1.c; f; 2c35de1b; ; n; 1; 9; 9; df; ca931c21;          708
         a4e18b42; main; p; 2c35de1b; void; g; 4; 4; 9; df7b49619f;        710
702 {    cac06b0a; v; v; 2c35de1b; int; g; 2; 0; 2; df; 7bbe087d;          712
         b0476c43; MAX; m; 2c35de1b; ; d; 1; 0; 1; df; 88b9eb39;
         2d64b5e9; pointer; t; 2c35de1; int*; t; 3; 0; 3; df; 9496dcf9;
         RELATIONSHIP
704 {    p; a4e18b42; m; b0476c43; 7          720
         p; a4e18b42; t; 2d64b5e9; 6
         p; a4e18b42; v; cac06b0a; 7          708
         DIRECTORY
706 {    ENTITY; 20; 246          730
         RELATIONSHIP; 279; 74          732
         DIRECTORY; 0000000363; 0000000066          734
```

*FIG. 8*

310

```
; VDB; ciao/CC
ENTITY
2c35de1b; f1.c; f; 2c35de1b; ; n; 1; 12; 12; df; cal899bd;
b69d7941; MIN; m; 2c35de1b; ; d; 2; 0; 2; df; 592a7685;
fe10a67; end; p; 2c35de1b; void; g; 12; 12; 12; df; 44a81859;
a4e18b42; main; p; 2c35de1b; int; g; 5; 5; 11; df; c42063a5;
cac06b0a; v; v; 2c35de1b; int; g; 3; 0; 3; df; 7bbe087f;
b0476c43; MAX; m; 2c35de1b; ; d; 1; 0; 1; df; 88b9eb39;
2d64b5e9; pointer; t; 2c35de1b; int*; t; 4; 0; 4; df; 9496dcf9;
RELATIONSHIP
p; a4e18b42; t; 2d64b5e9; 7
p; a4e18b42; m; b69d7941; 8
v; cac06b0a; m; b0476c43; 3
P; a4e18b42; v; cac06b0a; 809
p; a4e18b42; p; fe10a67; 10
DIRECTORY
ENTITY; 20; 346
RELATIONSHIP; 379; 122
DIRECTORY; 0000000511; 0000000067
```

*FIG. 9*



*FIG. 10*



**U.S. Patent**          Sep. 8, 1998          Sheet 9 of 12          **5,806,062**

## FIG. 11

```
                          ; vdb; CIAO/ccdf            314
                          ENTITY
1108 ─────         2c35de1b; f1.c; c, f; 2c35de1b; ; n; 1; 12; 12; df; ca1899bd;  ⎫
                   b0476c43; MAX; s, m; 2c35de1b; ; d; 1; 0; 1; df; 88b9eb39;     ⎪
          1106 {   b69d7941; MIN; a, m; 2c35de1b; ; d; 2; 0; 2; df; 592a7685;     ⎪
                   fe10a67; end; a, p; 2c35de1b; void; g; 12; 12; 12; df; 44a81859; ⎪
                   a4e18b42; main; c, p; 2c35de1b; int; g; 5; 5; 11; df; c42063a5;  ⎬ 1102
1112 ─────         2d64b5e9; pointer; s, t; 2c35de1b; int*; t; 3; 0; 3; df; 9496dcf9; ⎪
          1110 {   cac06b0a; v; c, v; 2c35de1b; int; g; 3; 0; 3; df; 7bbe087f;    ⎭
                          RELATIONSHIP
1118 ─────         s; p; a4e18b42; t; 2d64b5e9; 6                                 ⎫
          1114 {   d, p; a4e18b42; m; b0476c43; 7                                 ⎪
                   a; p; a4e18b42; m; b69d7941; 8                                 ⎪
      1122 ─────   s; p; a4e18b42; v; cac06b0a; 7⌀8                               ⎬ 1104
1120 ─────         a; p; a4e18b42; p; fe10a67; 10                                 ⎪
          1116 {   a; v; cac06b0a; m; b0476c43; 3                                 ⎭
                          DIRECTORY
                          ENTITY; 22; 360
                          RELATIONSHIP; 395; 158
                          DIRECTORY; 0000000563; 0000000067
```

## FIG. 12

```
                          ; vdb; CIAO/ccdf            318
                          ENTITY
                   a4e18b42; main; c, p; 2c35de1b; int; g; 5; 5; 11; df; c42063a5; y
                   2d64b5e9; pointer; s, t; 2c35de1b; int*; t; 3; 0; 3; df; 9496dcf9; y
          1220 {   2c35de1b; f1.c; c, f; 2c35de1b; ; n; 1; 12; 12; df; ca1899bd; n ── 1221
                   b0476c43; MAX; s, m; 2c35de1b; ; d; 1; 0; 1; df; 88b9eb39; y
                   b69d7941; MIN; a, m; 2c35de1b; ; d; 2; 0; 2; df; 592a7685; y
                   cac06b0a; v; c, v; 2c35de1b; int; g; 3; 0; 3; df; 7bbe087f; y
                   fe10a67; end; a, p; 2c35de1b; int; g; 3; 0; 3; df; 7bbe087f; y
                   fe10a67; end; a, p; 2c35de1b; void; g; 12; 12; 12; df; 44a81859; y
                          RELATIONSHIP
          1202 {   s; p; a4e18b42; t; 2d64b5e9; 6
          1204 {   d; p; a4e18b42; m; b0476c43; 7
          1206 {   a; p; a4e18b42; m; b69d7941; 8
          1208 {   s; p; A4e18b42; v; cac06b0a; 7⌀8
          1210 {   a; p; a4e18b42; p; fe10a67; 10
                          DIRECTORY
                          ENTITY; 22; 367
                          RELATIONSHIP; 402; 132
                          DIRECTORY; 0000000544; 0000000067
```

## FIG. 13

322

```
digraph G {
size="7.50,10.00";
rankdir=LR;
node[shape=box];
 "a4e18b42" [label="main",kind="p",file="f1.c",shape=parallelogram]
 "2d64b5e9" [label="pointer",kind="t",file="f1.c",shape=box]
 "b0476c43" [label="MAX",kind="m",file="f1.c",shape=box]
 "b69d7941" [label="MIN",kind="m",file="f1.c",shape=ellipse]
 "cac06b0a" [label="v",kind="v",file=f1.c",shape=parallelogram]
 "fe10a67" [label="end",kind="p",file="f1.c",shape=ellipse]
 "a4e18b42"->"2d64b5e9" [];
 "a4e18b42"->"b0476c43" [style=dotted];
 "a4e18b42"->"b69d7941" [style=dashed];
 "a4e18b42"->"cac06b0a" [];
 "a4e18b42"->"fe10a67" [style=dashed];
}
```

## FIG. 14

326



## FIG. 15



```
     1502 1504 1506      1508              1500
1510 ⌠ s, p; box; filled; lightseagreen        ↙
     │ c, p; box; filled; yellow
     │ a, p; box; filled; tomato
     │ d, p; box; ;
     │ s, f; parallelogram; filled; lightseagreen
     │ c, f; parallelogram; filled; yellow
     │ a, f; parallelogram; filled; tomato
     │ d, f; parallelogram; ;
     │ s, v; ellipse; filled; lightseagreen
     │ c, v; ellipse; filled; yellow
     │ a, v; ellipse; filled; tomato
     │ d, v; ellipse; ;
     │ s, m; trapezium; filled; lightseagreen
     │ c, m; trapezium; filled; yellow
     │ a, m; trapezium; filled; tomato
     │ d, m; trapezium; ;
     │ s, t; diamond; filled: lightseagreen
     │ c, t; diamond; filled; yellow
     │ a, t; diamond; filled; yellow
     │ a, t; diamond; filled; tomato
     │ d, t; diamond; ;
```

## FIG. 16



*FIG. 17*



*FIG. 18*



5,806,062

# DATA ANALYSIS SYSTEM USING VIRTUAL DATABASES

## FIELD OF THE INVENTION

The present invention relates generally to data analysis systems. In particular, the present invention relates to a data analysis system in which software operators process virtual databases.

## BACKGROUND OF THE INVENTION

Various types of documents may be stored in a computer system. For example, a computer program is a type of document. Other types of documents include word processing files, World Wide Web (WWW) documents (i.e. html documents), financial files, employee files, software manuals, machine configuration files, etc. When dealing with large or complex documents, it is often desirable to analyze the structure of the documents. For example, with respect to computer programs, it may be desirable to analyze the dependency relationships between various sections of the code, or to compare a first version of the program to a second version of the program.

In order to aid such analysis, a database may be constructed which contains information describing the structure of the documents. Various database queries may be performed in order to extract and process information describing the structure of the source documents. A collection of source documents, along with an associated database which describes the structure of the documents, is called a repository.

In order to analyze source document information, it is necessary to process information contained in the repository. A computer program that extracts or converts information from a repository is called an operator. Thus, an operator receives a source document and/or a database as input, processes the input, and produces some output. A simple example of an operator is a program which takes a source document as input and counts the number of occurrences of a particular word, and outputs a number containing the number of times the particular word occurs. The overall function of the operator, in the above example a count of the number of occurrences of a particular word, is called an application.

In existing repository analysis systems, the operators are generally designed for a single application. Thus, the user indicates which operator he/she wishes to apply to the repository, and the system processes the repository accordingly. The user is presented with the output when the processing is finished. Different operators process the repository in a different manner, and there is no convenient mechanism for combining the various operators to create new applications. Thus, when a new application is desired, a new operator must be designed from scratch.

In addition, existing repository analysis systems are generally closed systems, in that all operators are applied within the confines of the system, and all database accesses are performed within the system. For example, a repository analysis system operator may produce as output a file containing information about the structure of a computer program. In conventional closed systems, this output cannot be further processed by, for example, an external graphics program which will format the output in a desired manner. Instead, the output may only be formatted according to operators which are internal to the repository system. There is no convenient mechanism to allow the repository analysis system to communicate with operators which are external to the system.

## SUMMARY OF THE INVENTION

The present invention provides an apparatus and method for creating data analysis applications using reusable software operators. Query operators receive data in a particular virtual database format, process the data in the virtual database, and output the results of the processing in another virtual database which has the same format as the received virtual database. Query operators may be combined in various ways to allow users to create customizable data analysis applications. In addition to query operators, initial operators are provided which convert source information into the virtual database format so that the query operators can analyze the source data. Further, terminal operators are used to convert a virtual database into an external format. This is useful in that the external format data may be processed in various ways, thus allowing flexible presentation of the analysis results. These software operators may be combined to create customizable data analysis applications.

In one embodiment, the software architecture of the present invention is used to create a document differencing application in which the differences between a first document and a second document are analyzed. An abstractor operator processes a first document and a second document and creates a first virtual database and a second virtual database. The first virtual database contains information describing the structure of the first document, and the second virtual database contains information describing the structure of the second document. A differencing operator is applied to the first and second virtual databases. The differencing operator analyzes the differences between the documents and creates a third virtual database which contains the difference information. A filter operator may be applied to the third virtual database to filter out unwanted information, resulting in a fourth virtual database. A terminal operator is applied to the fourth virtual database to create an external format file containing the desired information. This external format file is then processed by an external operator to present the information to the user.

In accordance with another aspect of the invention, document difference information is presented to the user as a directed graph via a graphical interface such as a display monitor or printer. Document entities are represented as nodes in the graph and relationships between entities are represented as edges connecting the nodes. Difference information may be encoded in various display characteristics of the nodes and edges. In addition, further document difference queries may be initiated through a display monitor graphical interface.

These and other advantages of the invention will be apparent to those of ordinary skill in the art by reference to the following detailed description and the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates the software architecture of the invention.

FIG. 2 shows a schematic of the components of a computer system which can be configured to implement the invention.

FIG. 3 shows the software architecture of a C program differencing embodiment of the invention.

FIG. 4 shows a first version of an example C program.

FIG. 5 shows a second version of an example C program.

FIG. 6 shows the schema of an example virtual database.

FIG. 7 shows the contents of an example virtual database.

5,806,062

3

FIG. **8** shows the contents of an example virtual database.

FIG. **9** illustrates the procedure for creating a virtual database containing difference information.

FIG. **10** shows the schema of an example virtual database.

FIG. **11** shows the contents of an example virtual database.

FIG. **12** shows the contents of an example virtual database.

FIG. **13** shows the contents of an example external format file.

FIG. **14** shows an example graph layout.

FIG. **15** shows the contents of an example decoration database.

FIG. **16** shows an example interactive display of a directed graph.

FIG. **17** shows an example display of a directed graph.

FIG. **18** shows an example display of a directed graph.

DETAILED DESCRIPTION

FIG. **1** illustrates the software architecture of the present invention. Source information **102** consists of information which is to be analyzed. Such information may be, for example, a computer program, a database, or other document. An initial operator **104** takes the source information **102** as input and creates an initial virtual database **106**. A virtual database is a sequence of characters organized into one or more sections. Each section contains zero or more records, with each record made up of one or more fields containing information. Each section of the virtual database has an associated schema which describes the format of the records and fields. The virtual database itself has a schema which describes the format of the entire virtual database. The schema of the virtual database includes the schemas of each of the sections.

A virtual database (VDB), such as initial VDB **106**, is self contained and may be operated on further by other operators. A VDB is self contained, in that if a record is referred to in a field in the VDB, then the referred to record is contained in the VDB. The self contained characteristic of a VDB will be discussed further below in conjunction with the exemplary embodiment.

All VDB's which have the same schema have the same structure, and store information in a particular format. Thus, an initial operator, such as initial operator **104** takes source information in some external format (represented as X), and operates on that source information to create a VDB of a particular schema (represented as V). Thus, the functioning of an initial operator can be represented as: init-op (X)→V.

A second type of operator is a query operator, such as query operator **108**. A query operator takes a VDB of a given schema, performs an operation on the VDB, and outputs another VDB of the same schema. The functioning of a query operator can be represented as query-op(V)→V. As shown in FIG. **1**, query operator **108** takes VDB **106** as input, processes the information in VDB **106**, and creates VDB **110**. VDB **106** and VDB **110** have the same schema. Since the input and output to a query operator is a VDB of a particular schema, any number of query operators may be connected to process information. Thus, such query operators may be used as reusable components that receive and produce VDBs of a particular format. Such a plug-compatible architecture allows for the combination of operators in different ways to allow users to customize data processing applications using standard query operators as

4

components. As shown in FIG. **1**, query-operator **112** receives VDB **110**, processes the information and produces VDB **114**. Operator query **116** receives VDB **114**, processes the information and produces VDB **118**. VDBs **106**, **110**, **114**, and **118** all have the same schema.

A third type of operator is a terminal operator. A terminal operator takes a VDB and converts the VDB to some external format. Thus, the functioning of a terminal operator can be represented as: term-op (V)→X. Examples of terminal operators are shown in FIG. **1** as **120**, **124**, **128** and **132**. Terminal-operator **120** converts VDB **118** to a graph format file **122**. Terminal operator **124** converts VDB **118** to text format file **126**, which may be further processed by text processing software. Terminal operator **128** converts VDB **118** to a VDB of a schema other than the schema of VDB **118**. This may be desirable so that the VDB **130** may be processed by another set of query operators which operate on such other schema. Terminal operators **120**, **124**, and **128** illustrate various types of operations performed by terminal operators. It is to be understood that there are other terminal operator functions, and these are represented by terminal operator **132** which receives VDB **118** and converts it to some other format **134** for further processing.

A fourth type of operator is an external-operator. External operators take some external format as input, and create another external format as output. Thus, the functioning of an external operator can be represented as: ext-op (X)→X. An example of a terminal operator is shown in FIG. **1** as **136**. This external operator takes a graph format file **122** and converts it to a layout **138** which may be viewed by a user.

The present invention may be advantageously implemented using a programmed digital computer of the type which is well known in the art, an example of which is shown in FIG. **2**. As used herein, the term computer includes any device or machine capable of accepting data, applying prescribed processes to the data, and supplying the results of the processes. FIG. **2** shows a computer system **200** which comprises a display monitor **202**, a textual input device such as a computer keyboard **204**, a graphical input device such as a mouse **206**, a computer processor **208**, a memory unit **210**, a printer **222** and a non-volatile storage device such as a disk drive **220**. The memory unit **210** includes a storage area **212** for the storage of, for example, computer program code, and storage area **214** for the storage of data. The computer processor **208** is connected to the display monitor **202**, the memory unit **210**, the non-volatile storage device **220**, the keyboard **204**, the printer **222** and the mouse **206**. The external storage device **220** may be used for the storage of data and computer program code. The computer processor **208** executes the computer program code which is stored in storage area **212** in the memory unit **210**. During execution, the processor may access data in storage space **214** in the memory unit **210**, and may access data stored in the non-volatile storage device **220**. The computer system **200** may suitably be any one of the types which are well known in the art such as a mainframe computer, a minicomputer, a workstation, or a personal computer. In one embodiment, the computer system **200** operates under control of the UNIX operating system.

As shown in FIG. **1**, virtual databases are passed from one operator to the next in order to process the information contained in the VDBs. As discussed above, this plug-compatible architecture provides a flexible processing environment and allows for user customization of data analysis applications using various operators. In an advantageous embodiment, the mechanism for passing the VDBs from one operator to the next is through the use of a UNIX pipe. A

5,806,062

| 5 | 6 |

pipe is an operating system mechanism that allows two processes (operators in the present description) to exchange information as streams of characters. In FIG. 1, operator **104** writes the set of characters that represent VDB **106** to an outgoing pipe. Process **108** reads these characters and reconstructs the structure of VDB **106**, operator **108** generates VDB I **10**, and writes VDB **110** to an outgoing pipe. An arbitrary number of operators can be combined using a pipeline. Such a mechanism for passing VDBs from one operator to another is called a virtual database pipeline.

The UNIX program "ksh" provides facilities for creating such pipelines easily. The concept of pipelines is available on other operating systems as well, such as Windows NT. In operating systems that do not support pipelines, pipelines can be implemented using shared memory or message passing. UNIX pipes are further described in B. Kernighan and R. Pike, *The UNIX Programming Environment*, Prentice-Hall Software Series, 1984, e.g. pgs. 31–33, which is incorporated herein by reference. Thus, in this embodiment, an operator pipes its output database to another operator via a UNIX pipe.

There are alternate techniques for passing VDBs between operators. For example, VDBs could be stored in files. Thus, a query operator could read a VDB file, process the information, and write further information to another VDB file. Other techniques for passing VDBs between operators, other than virtual database pipelines and files, could be implemented by one skilled in the art.

Users of a computer system which embodies the present invention may be provided with a library of reusable operators which may be applied to various data. Providing users with access to such a library allows the users to combine the operators to create customizable applications.

In one particular embodiment of the invention the software architecture shown in FIG. 1 is used to analyze the structural difference between two computer programs written in the C language. Such a difference analysis is useful to determine how a computer program changes from one version to another. This embodiment of the invention is illustrated in FIG. 3. A first version of a C program **302** is to be compared with a second version of a C program **304**. C program version one **302** is shown in FIG. 4 and C program version two **304** is shown in FIG. 5. The line numbers in FIGS. **4** and **5** are for reference only, and are not part of the actual program.

The differencing analysis of the presently described embodiment is based upon an entity relationship analysis. For purposes of the present embodiment, a C program is considered to be made up of 5 types of entities: variables, files, macros, functions, and types. With respect to this particular embodiment, only non-local variables and types are considered. These entities are well known to one of ordinary skill in the art of C programming, and will therefore not be described in detail herein. A relationship exists between an entity A and an entity B if the definition of entity A refers to entity B. In other words, entity A refers to entity B if A cannot be compiled and executed without the definition of B. In such a relationship, A is considered the parent and B is considered the child. Such entity-relationship information of a C program is further described in Chen, Yih-Farn, *The C Program Database and Its Applications*, in Proceedings of the Summer 1989 USENIX Conference, pages 157–171, USENIX Association, June 1989, which is incorporated by reference herein.

C program version one **302** and C program version two **304** are processed by a C information abstractor operator

**306**. Operator **306** is an initial operator because it receives an external format, the C program code here, and converts it to a virtual database. A suitable C information abstractor operator **306** for use with the present invention may be constructed with reference to the CIA C information abstractor which is described in Chen, Yih-Farn, *Reverse Engineering*, Practical Reusable UNIX Software, pgs. 177–208, chapter 6, editor B. Krishnamurthy, publisher John Wiley & Sons, New York, 1995, which is incorporated by reference herein. Further information on CIA may be found in Chen, Yih-Farn, Nishimoto, Michael Y., and Ramamoorthy, C.V., *The C Information Abstraction System*, IEEE Transactions on Software Engineering, Vol. 16, No. 3, March 1990, pp. 325–334, which is incorporated by reference herein. Other suitable C information abstractors may be used to generate VDBs **308** and **310**. Such suitable C information abstractors must generate VDBs which contain the entity-relationship information described herein.

The CIA operator **306** produces VDB **308** when operating on C program version one **302**, and produces VDB **310** when operating on C program version two **304**. VDBs **308** and **310** contain entity-relationship information from the C programs **302** and **304** respectively.

The schema of VDB **308** and VDB **310** is described in conjunction with FIG. 6, which shows a representation of a VDB **602**, and shows the VDB **602** as containing a header and three sections. The header **603** identifies the VDB as a virtual database, and may contain other implementation specific information, such as programming language, system identification, etc. The first section of VDB **602** is the entity section **604**. The entity section **604** is delimited by a section heading ENTITY **610**. The section heading is followed by lines **612**, with each line representing a virtual database record and containing information defining one entity. Each line (i.e. record) contains the following fields:

id: a unique identification of the entity. In the embodiment described herein, the entity identification is computed by using a checksum computed from the file, kind, and name fields.

name: the name of the entity.

kind: the type of the entity. There are 5 entity types: file (f), function (p), variable (v), macro (m) and type(t). These types are defined in accordance with conventional C program usage.

file: the file which contains the entity.

dtype: the data type of the entity

sclass: the storage class of the entity. There are 8 storage classes: typedef(t), macdef(d), extern(e), enum(m), global(g), macudef(u), static(s), libsym(l). This field may also contain "n" if the entity does not have a storage class.

bline: the beginning line of the entity in the file

hline: used only for function(p) and file(f) entities. For function entities this field indicates the ending line of the function header. For file entities, this field represents the total number of lines in the file after C language pre-processing.

eline: the ending line of the entity in the file.

def: indicates whether the entity is defined(df), declared (dc), or undefined(ud).

chksum: the checksum of the entity. In one embodiment, the checksum is computed from text tokens of the entity.

selected: this field is used only for VDBs which are output from query operators. A "y" in this field indicates that

5,806,062

7

the record was selected by the query. A "n" in this field indicates that the record is only included in the VDB to satisfy the above described constraint that a VDB is self contained. Thus, a non-selected record may be included in a VDB not because it was selected by a query, but because one of the fields of a record which was selected by the query refers to the nonselected record. The use of the selected field will be described in further detail below in conjunction with the exemplary embodiment. Taken together, the above fields describe an entity of the C program being analyzed. The second section of VDB **602** is the relationship section **606**. The relationship section **606** is delimited by a section heading RELATIONSHIP **614**. The section heading is followed by lines **616**, with each line representing a virtual database record and containing information defining one relationship. Each line (i.e. record) contains the following fields:

    kind1: the entity kind of the parent entity of the relationship.

    id 1: the ID of the parent entity of the relationship.

    kind2: the entity kind of the child entity of the relationship.

    id2: the ID of the child entity of the relationship.

    usage: the line number of the C program where the relationship occurs.

Taken together, the above fields define an entity relationship in the C program being analyzed.

The third section of VDB **602** is the directory section **608**. The directory section is delimited by a section heading DIRECTORY **618**. The section heading is followed by three lines **620, 622, 624** which act as a directory to the entity section **610** and the relationship section **606** of VDB **602**. Line **620** contains the identifier ENTITY, followed by an offset and a size. The offset identifies the beginning character of the entity section **604** relative to the beginning of the file, and the size identifies the length of the entity section **604**. Line **622** contains the identifier RELATIONSHIP, followed by an offset and a size. The offset identifies the beginning character of the relationship section **606** relative to the beginning of the file, and the size identifies the length of the relationship section **606**. Line **624** contains the identifier DIRECTORY followed by an offset and a size. The offset identifies the beginning character of the directory section **608** relative to the beginning of the file, and the size identifies the length of the directory section **608**.

Virtual databases which may be used in conjunction with the present invention may be of the type which are described in Fowler, Glenn, cql—*A Flat File Database Query Language*, USENIX Winter 1994 Conference, San Francisco, pages 11–21, January 1994, which is incorporated by reference herein. Other types of virtual databases may also be implemented by one skilled in the art.

The VDB **308** which results from applying the CIA operator **306** to the C program version one **302** is shown in FIG. **7**. VDB **308** contains a header **701**, an entity section **702**, a relationship section **704** and a directory section **706**. The header **701** contains ";vdb" which identifies VDB **308** as a virtual database. The characters following the second ";" in the header **701** are comments, and may be used to describe certain implementation specific details. In the embodiment described herein, "CIAO/cc describes the name of the particular implementation. The entity section contains 5 lines, and thus contains information on five entities of C program version one **302** which is shown in FIG. **5**.

Line **708** of VDB **308** describes the file entity f1.c. It is assumed that this is the file which contains the C program

8

version one. The first field (ID) contains "2c35de1b" which is the unique identification assigned to this entity. The second field (name) contains "f1.c" which is the name of the entity. The third field (kind) contains "f", which indicates that this entity is a file. The fourth field (file) contains "2c35de1b" which indicates the file which contains the entity. Since this entity is itself a file, it refers to its own ID. The fifth field (dtype) is null, because a file does not have a datatype. The sixth field (sclass) contains "n" because files do not have a storage class. The seventh field (bline) contains "1", which indicates that the file begins at line **1**. The eighth field (hline) contains "9", which indicates the size of the file after C pre-processing. The ninth field (eline) contains "9", which indicates the ending line of the file. The tenth field (def) contains "df" which indicates that the file is defined. The eleventh field (chksum) contains "ca931c21", which is the checksum of the entity. The twelfth field (selected) is only used for VDBs which are output from a query operator. Since operator **306** is not a query operator, the selected field is not used in VDB **308** and is therefore blank.

Line **710** of VDB **308** describes the function entity main. The first field (ID) contains "a4e18b42" which is the unique identification assigned to this entity. The second field (name) contains "main" which is the name of the entity. The third field (kind) contains "p", which indicates that this entity is a function. The fourth field (file) contains "2c35de1b" which is the identification of the file f1.c, which was defined in line **708**. This field indicates that the entity "main" is contained in file f1.c. The fifth field (dtype) is void, because the function is defined in the program as having the datatype void. The sixth field (sclass) contains "g" which indicates that main is a global function. The seventh field (bline) contains "4", which indicates that the function "main" begins on line **4** of the file. The eighth field (hline) contains "4", which indicates that the end of the function header is at line **4**. The ninth field (eline) contains "9", which indicates that the function "main" ends on line **9** of the file. The tenth field (def) contains "df" which indicates that the function is defined. The eleventh field (chksum) contains "7b49619f", which is the checksum of the entity. The twelfth field (selected) is not used and is therefore blank.

Line **712** of VDB **308** describes the variable "v". The first field (ID) contains "cac06b0a" which is the unique identification assigned to this entity. The second field (name) contains "v" which is the name of the entity. The third field (kind) contains "v", which indicates that this entity is a variable. The fourth field (file) contains "2c35de1b" which is the identification of the file f1.c, which was defined in line **708**. This field indicates that the entity "v" is contained in file f1.c. The fifth field (dtype) is "int", because the variable is defined in the program as having the datatype int. The sixth field (sclass) contains "g" which indicates that "v" is a global variable. The seventh field (bline) contains "2", which indicates that the variable "v" begins on line **2** of the file. The eighth field (hline) contains "0" because this field is not used for variables. The ninth field (eline) contains "2", which indicates that the variable "v" ends on line **2** of the file. The tenth field (def) contains "df" which indicates that the variable is defined. The eleventh field (chksum) contains "7bbe087d", which is the checksum of the entity. The twelfth field (selected) is not used and is therefore blank.

The remaining lines in the entity section **702** of VDB **308** will not be described in detail. One skilled in the art could readily understand the remaining lines in the entity section **702** given the above description of lines **708, 710,** and **712**.

The contents of the relationship section **704** of VDB **308** will now be described. Line **720** describes the relationship

5,806,062

9

between the function entity main and the macro entity MAX. The first field (kind1) of line **720** contains "p", which indicates that the parent entity of the relationship defined by line **720** is a function. The second field (id1) contains "a4e18b42" which indicates the unique identification of the parent entity. Referring back to line **710** of the entity section **712** of VDB **308**, it is seen that the entity with the identification "a4eI8b42" is the function "main", and thus the function "main" is the parent entity. The third field (kind2) of line **720** contains "m", which indicates that the child entity of the relationship is a macro. The fourth field (id2) contains "b0476c43" which indicates the unique identification of the child entity. Referring back to the entity section **712** of VDB **308**, it is seen that the entity with the identification "b0476c43" is the macro "MAX", and thus the macro "MAX" is the child entity. The fifth field (usage) contains "7" which indicates that the relationship defined by line **720** occurs on line 7 (FIG. 4) of the C program version **1 302**.

The remaining lines in the relationship section **704** of VDB **308** will not be described in detail. One skilled in the art could readily understand the remaining lines in the relationship section **704** given the above description of line **720**.

The contents of the directory section **706** of VDB **308** will now be described. Line **730** contains the identifier ENTITY, followed by an offset of **20** and a size of **246**. The offset **20** indicates that the beginning character of the entity section **702** is the 20th character of the file. The size indicates that the length of the entity section **702** is 246 characters. Line **732** contains the identifier RELATIONSHIP, followed by an offset of **279** and a size of **74**. The offset **279** indicates that the beginning character of the relationship section **704** is the 279th character of the file. The size of **74** indicates that the length of the relationship section **704** is 74 characters. Line **734** contains the identifier DIRECTORY followed by an offset of **363** and a size of **66**. The offset of **363** indicates that the beginning character of the directory section **706** is the 363rd character of the file. The size of **66** indicates that the length of the directory section **706** is 66 characters.

The VDB **310** which results from applying the CIA operator **306** to the C program version two **304** is shown in FIG. **8**. A detailed description of VDB **310** and FIG. **8** will not be given here. One skilled in the art would readily understand the contents of VDB **310** as shown in FIG. **8** given the above description of VDB **308**.

VDB **308** and VDB **310** are input to the DBDIFF operator **312**, which is an initial operator for comparing two C program databases and analyzing the differences between the two databases. DBDIFF is an initial operator because it takes two virtual databases as input, and outputs a single virtual database. Thus, with respect to the schema of the outputted single virtual database **314**, the input consisting of two virtual databases can be considered as an "external format." The output of operator **312** is VDB **314** which is a virtual database which contains the difference information which results from a comparison of VDB **308** and VDB **310**. Each entity and relationship in VDB **308** and VDB **310** is included in VDB **314** with a tag which indicates whether the entity or relationship is changed, deleted, added, or same. The procedure for creating VDB **314** is illustrated in FIG. **9**, and the schema for VDB **314** is shown in FIG. **10**.

The functioning of the DBDIFF operator **312** is described in conjunction with FIG. **9**. Two lists are created from VDB **308**. The entities in VDB **308** are sorted by the entity name and the sorted list is stored in entity **1** sort list **902**. Each relationship in VDB **308** is sorted based on the entity id's

10

involved in the relationship and the sorted list is stored in relationship **1** sort list **904**. The entities in VDB **310** are sorted by the entity name and the sorted list is stored in entity **2** sort list **906**. Each relationship in VDB **310** is sorted based on the entity id's involved in the relationship and the sorted list is stored in relationship **2** sort list **908**. The sorting of the entities and relationships facilitates the pairwise comparison of entities and relationships in the lists.

With respect to the processing of entities, the comparison proceeds as follows:

> For each entity which exists in entity **1** sort list **902** but does not exist in entity **2** sort list **906**, the entity is stored in entity DB **910** with a tag of "deleted".
> For each entity which exists in entity **2** sort list **906** but does not exist in entity **1** sort list **902**, the entity is stored in entity DB **910** with a tag of "added".
> For each entity which exists in both entity I sort list **902** and entity **2** sort list **906**:
> > if the entity checksums are the same, then the entity is stored in entity DB **910** with a tag of "same";
> > if the entity checksums are different, then the entity is stored in entity DB **910** with a tag of "changed";

With respect to the processing of relationships, the comparison proceeds as follows:

> For each relationship which exists in relationship **1** sort list **904** but does not exist in relationship **2** sort list **908**, the relationship is stored in relationship DB **912** with a tag of "deleted".
> For each relationship which exists in relationship **2** sort list **908** but does not exist in relationship **1** sort list **904**, the relationship is stored in relationship DB **912** with a tag of "added".
> For each relationship which exists in both relationship **1** sort list **904** and relationship **2** sort list **908**, the relationship is stored in relationship DB **912** with a tag of "same".

After the comparison processing, entity DB **910** and relationship DB **912** are combined to create VDB **314**, which is a virtual database containing the difference information.

The schema of VDB **314** is now described in conjunction with FIG. **10**. The schema shown in FIG. **10** is substantially the same as the schema shown in FIG. **6**, and therefor only the differences between the two schemas will be described herein. The entries in the entity section **1006** contain one extra tag field **1002**. This tag field **1002** indicates whether the entity is added ("a"), changed ("c"), deleted ("d"), or same ("s"). Similarly, the entries in the relationship section **1008** contain one extra tag field **1004**. This tag field **1004** indicates whether the relationship is added ("a"), deleted ("d"), or same ("s").

The contents of VDB **314** are shown in FIG. **11**. Each line in the entity section **1102** of VDB **314** contains information on the entities in the two C programs **302** and **304**, and contains a tag field which indicates the status of the entity. For example, line **1106** is the entry for the MIN entity. This entity is not present in C program version one **302**, but is present in the C program version two **304** at line **2** (FIG. **5**). Thus, entity MIN was added in the second version, and the entry in VDB **314** contains "a" in the tag field **1108** to indicate that the entity is added. As another example, line **1110** is the entry for the entity v, which is a variable. In C program version one **302**, v is defined as an integer in line **2** (FIG. **4**), but is not initialized. In C program version two **304**, v is defined as an integer in line **3** (FIG. **5**) and is initialized to MAX. Thus the entity v changed from C

11

program version one **302** to C program version two **304**, and the entry in VDB **314** contains "c" in tag field **1112** to indicate that the entity has changed.

The entries in the relationship section **1104** of VDB **312** contain information indicating the status of relationships. For example, line **1114** contains information on the relationship between the entity "main" and the entity "MAX". In C program version one **302**, the entity MAX was present in the main function at line **7** (FIG. **4**). Thus, in C program version one **302** there was a relationship between main and MAX, as indicated in VDB **308** at line **720** (FIG. **7**), as discussed above. However, in C program version two **304**, MAX is not present in the function main. Therefore, there is no entry in the relationship section of VDB **310** (FIG. **8**) corresponding to line **720** in VDB **308**. As a result, line **1114** of VDB **314** indicates that this relationship has been deleted with a "d" in the tag field **1118** of line **1114**. Line **1116** contains information on the relationship between the entity v and the entity MAX. In C program version one **302** the variable v was defined in line **2** (FIG. **4**) without reference to the entity MAX. Thus, there is no relationship between the two entities in C program version one **302**. In C program version two **304** v is initialized to MAX in line **3** (FIG. **5**), which results in a relationship between v and MAX. This added relationship is indicated by an "a" in the tag field **1120** of line **1116** in VDB **314**. The information contained in the remaining lines of VDB **314** would be clear to one skilled in the art based on the above description.

At this point in the processing VDB **314** contains the difference information for the two versions of the C programs. However, a user may not be interested in all the difference information. Assume for purposes of this example that a user is only interested in the relationships between the function main and any other entity. In this case, a query operator could be used to filter out unwanted information and create a virtual database with only the desired information. Thus, filter operator **316** takes as input VDB **314** and creates as output VDB **318**, which only contains the wanted information. Such a filter operator could be readily designed by one skilled in the art, and the details of such a filter operation are not described further herein. It is noted that operator **316** is a query operator in that it takes as input a VDB of a particular schema, and outputs a VDB of the same schema (the schema of VDB **314** and VDB **318** is that shown in FIG. **10**.)

The virtual database, VDB **318**, which results from the application of filter operator **316** on VDB **314** is shown in FIG. **12**. As can be seen from the contents of VDB **314** (FIG. **11**), the only entry in the relationship section **1104** of VDB **314** which describes a relationship which does not include the entity main is line **1116**. Thus, line **1116** is removed by the filter operator **316**, and line **1116** does not exist in VDB **318** shown in FIG. **12**. The remaining entries in the entity sections and relationship sections of VDB **314** and VDB **318** remain the same, except for the addition of a value for the selected field.

Since VDB **318** is the output of a query operator, the selected field in the entity section records is used to indicate whether the record has been selected by the query, or if the record is included in the VDB in order to satisfy the constraint that a VDB is self contained. As described above, filter operator **316** selected only those entities that have a relationship with the entity main. These entities are: pointer, MAX, MIN, v, and end. Thus, the entity records in VDB **318** for each of these entities, and the entity main, have a "y" in the selected field. This indicates that these records were selected by the query. Record **1220**, which is the record for the file entity f1.c, contains a "n" in the selected field **122**.

12

The file entity f1.c is not related to main, and therefore is not selected by the filter operator **316**. However, the entity records for the entities main, pointer, MAX, MIN, v, and end, all contain a reference to the f1.c entity in their "file" field. As discussed above, in order to satisfy the self contained constraint, if a field in a VDB record makes reference to another record, the referred to record must be present in the VDB. Thus, in this example, record **1220** is included in VDB, and its selected field **1221** contains a "n" to indicate that the record was not selected by the query.

At this point in processing, it may be desirable to produce a visual representation of the information contained in VDB **318**. Thus, a graph operator **320** is used to convert VDB **318** into a file which represents a directed graph. The file **322** resulting from such an operation is shown in FIG. **13**. The graph operator **320** is a terminal-operator, since it takes a VDB and converts the VDB to an external format. A layout operator **324** may then convert the file **322** representing the directed graph into a directed graph layout **326**. Graph layout **326** may then be printed on a printer, such as printer **222**. Such a layout operator **324** is an external operator, in that it processes information in an external format and outputs information in another external format. Layout operator **324** may be constructed in accordance with the techniques described in Gansner, E. R., Koutsofios, E., North, S.C., and Vo, K.P.,*A Technique for Drawing Directed Graphs*, IEEE-TSE, March 1993, which is incorporated by reference herein. Additionally, the graph layout **326** may be displayed on a computer graphics display monitor, such as monitor **202**.

The directed graph layout **326** is shown in FIG. **14**, and represents the information contained in VDB **318**. Entities are represented by nodes of the graph and relationships between entities are represented by edges (i.e. connecting lines) of the graph. Relationship information between entities is encoded by the characteristic of connecting lines as follows:

    same→solid line

    added→dashed line

    deleted→dotted line

The relationship between main and pointer is represented in VDB **318** by line **1202** (FIG. **12**) and is represented in the layout by solid line **1402** to indicate a "same" relationship. The relationship between main and MAX is represented in VDB **318** by line **1204** and is represented in the layout by dotted line **1404** to indicate a "deleted" relationship. The relationship between main and MIN is represented in VDB **318** by line **1206** and is represented in the layout by dashed line **1406** to indicate an "added" relationship. The relationship between main and v is represented in VDB **318** by line **1208** and is represented in the layout by solid line **1408** to indicate a "same" relationship. The relationship between main and end is represented in VDB **318** by line **1210** and is represented in the layout by dashed line **1410** to indicate an "added" relationship.

The status (i.e. same, deleted, changed, added) of the entities are encoded in the shape of the nodes representing the entities as follows:

    same→box

    changed→parallelogram

    added→ellipse

    deleted→plaintext (i.e. no surrounding outline)

The entities main and v were changed, and are represented with a parallelogram. The entities pointer and MAX are the same, and are represented with a box. The entities MIN and end are added, and are represented with an ellipse.

5,806,062

13

It is noted that characteristics other than solidity of lines and shapes of nodes could be used to encode information. For example, the type of the entities could be identified using different colors. The details of the encoded information could vary depending upon the particular implementation. In one such implementation, the graph operator **320** makes use of a decoration database, which is a database which specifies the shape, style, and color of a graph node. The allowed values for shape, style, and color are determined by the particular implementation of the layout operator **324**. An exemplary decoration database **1500**, in accordance with the particular implementation discussed herein, is shown in FIG. **15**. The first field **1502** of the decoration database **1500** indicates the tag and kind combination of the entity. The second field **1504** indicates the shape of the node to be drawn; the third field **1506** indicates the style of the node; the fourth field **1508** indicates the color of the node. For example, the first line **1510** of the database **1500** specifies that functions (p) which are the same (s) in both versions will be displayed as filled-in lightseagreen boxes. The meaning of other lines of the database **1500** would be clear to one skilled in the art, in view of the above description.

In addition to producing a visual representation of the difference information using layout operator **324** (FIG. **3**), an interactive display operator may be provided such that a user may view a directed graph on a display screen and interact with the display to generate additional information. The graph file **322** is loaded into interactive display operator **328**. Interactive display operator **328** may advantageously be configured as described in, North, S.C, Koutsofios, E., *Applications of Graph Visualization*, Graphics Interface '94, Banff, Alberta, 1994, pages 235–245, which is incorporated herein by reference. The interactive display operator **328** generates a graphical display **330** such that a user may view and interact with a displayed directed graph. The graphical display **330** may be displayed on a computer graphics display monitor such as monitor **202** (FIG. **2**). The user interaction, such as selecting objects on the screen, may be controlled by a graphical user interface, such as mouse **206**, in a manner well known in the art of graphical user interfaces.

The user can select an object on the directed graph and a menu of queries which are appropriate for the selected object will be displayed. Assume that the directed graph of FIG. **14** is being displayed as the graphical display **330**. A user may select the node **1420** representing the entity v, and the directed graph of FIG. **16** would be displayed. Menu **1604** is displayed which lists the available queries for the selected node. In the example shown, there are three queries available for user selection: relationship, diff old & new, and focus. These queries perform the following operations:
relationship:
    Computes and graphically displays all the relationships that either start or terminate with the selected entity. Whether the operator will compute the relationships that start or terminate with the selected entity is determined by a user selection.
diff old & new:
    Computes and displays the line-by-line difference between the text of the old and new versions of the selected entity.
focus:
    Computes and displays all the entities related to the selected entity through one or more layers of relationships. For example, if entity A is related to entity B, and entity B is related to entity C, a focus query on entity

14

A will display entities A, B and C, and will show the relationship between entities A and B and entities B and C.

It is noted that this list of possible interactive queries is for example purposes only, and other queries could also be provided by interactive display operator **328**. When a user interactively selects a query from menu **1604**, the interactive display operator **328** automatically constructs a virtual database pipeline of query operators to perform the desired query. Such a virtual database pipeline of query operators may be constructed in a manner similar to that described above in conjunction with FIG. **3**. The interactive display operator **328** then initiates execution of the operators and graphically displays the results.

For example, with reference to FIG. **16**, assume the user selects the focus query from menu **1604**. This indicates that the user wants to view all relationships between the entity v and any other entity. The interactive display operator **328** would construct and execute the appropriate set of query operators. The resulting display from such a query is shown in FIG. **17**. FIG. **17** shows that entity v has a relationship with the entity main and the entity MAX. This relationship is shown in lines **1116** and **1122** of VDB **314** (FIG. **11**). As discussed above, VDB **314** contains the difference information which results from a comparison of VDB **308** and VDB **310**. Line **1116** identifies the relationship between v and MAX, and line **1122** identifies the relationship between v and main.

The example display of FIG. **17** shows a new directed graph representing the results of the interactive query. As an alternative, the results of the interactive query could be displayed integrated with the existing display of FIG. **16**. This alternative display is shown in FIG. **18**. Thus, in FIG. **18**, the relationship between v and MAX, represented by line **1802**, has been added to the directed graph. This relationship was not shown in the display of FIG. **16**, because line **1116** of VDB **314**, which identifies the relationship between v and MAX, was removed by the filter operator **316**.

The foregoing Detailed Description is to be understood as being in every respect illustrative and exemplary, but not restrictive, and the scope of the invention disclosed herein is not to be determined from the Detailed Description, but rather from the claims as interpreted according to the full breadth permitted by the patent laws. It is to be understood that the embodiments shown and described herein are only illustrative of the principles of the present invention and that various modifications may be implemented by those skilled in the art without departing from the scope and spirit of the invention. For example, it is noted that the advantages of graphically analyzing document difference information may be realized in a manner other than the design shown in FIG. **3** which utilizes virtual databases. The function of comparing two documents and generating document difference information may be performed by a document comparator, which may be, for example, a software program which compares two documents and generates difference information. Such a document comparator would perform functions similar to those of operators **306** and **312** to generate such data, but may do so in a manner different than that of operators **306** and **312**. Such difference information generated by a document comparator may be further processed by, for example, a graph operator and a layout operator, to graphically display the document difference data.

We claim:
1. A data processing apparatus comprising:
    a plurality of query operators, each of said query operators configured to receive a first virtual data base having a

5,806,062

15

schema, for processing data in said virtual database, and for outputting a second virtual database reflecting said processing and having said schema; and

means for combining at least two of said query operators to create an application.

**2**. The apparatus of claim **1** wherein said means for combining further comprises a virtual database pipeline.

**3**. The apparatus of claim **1** wherein said query operators are combinable in any order to create an application.

**4**. The system of claim **1** further comprising:

an initial operator for converting source information in an external format into a virtual data base having said schema.

**5**. The system of claim **1** further comprising:

a terminal operator for converting a virtual database into an external format.

**6**. The system of claim **5** wherein said external format is a file describing a directed graph.

**7**. A data processing apparatus comprising:

a first software operator for receiving a first virtual database having a first schema, for processing data in said first virtual database, and for outputting a second virtual database having said first schema; and

a second software operator for receiving said second virtual database, for processing data in said second virtual database, and for outputting a third virtual database having said first schema.

**8**. The apparatus of claim **7** further comprising:

an initial operator for converting source information in an external format into a virtual database having said first schema.

**9**. The apparatus of claim **7** further comprising:

a terminal operator for converting a virtual database to an external format.

**10**. The apparatus of claim **7** wherein said first and second operators are chosen from a library of operators, and wherein each of said operators in said library are configured to receive a virtual database having said first schema, process information in said received virtual database, and output a virtual database having said first schema.

**11**. The apparatus of claim **7** further comprising:

a virtual database pipeline for passing said virtual databases between operators.

**12**. An apparatus for processing source information comprising:

an initial operator for receiving said source information in an external format, for processing said source information, and for outputting a first virtual database having a first schema;

at least one query operator for receiving from said initial operator the first virtual database having the first schema, for processing information in said virtual database received from said initial operator, and for outputting a second virtual database having the same schema as said first virtual database received from said initial operator; and

a terminal operator for receiving the second virtual database from said query operator, for processing information in said second virtual database received from said query operator, and for outputting information reflecting said processing in an external format.

**13**. The apparatus of claim **12** further comprising:

an external operator for processing said information in said external format.

**14**. A method for processing information comprising the steps of:

16

providing a plurality of software operators each configured to receive a virtual database having a first schema, for processing information contained in said virtual database, and for outputting a virtual database having said first schema; and

combining at least two of said software operators to create an application.

**15**. The method of claim **14** wherein said step of combining further comprises the step of:

providing a virtual database pipeline.

**16**. The method of claim **14** further comprising the step of:

providing an initial operator for converting source information into a virtual database having said first schema.

**17**. The method of claim **14** further comprising the step of:

providing a terminal operator for converting a virtual database having said first schema into an external format.

**18**. An apparatus for analyzing the differences between a first document and a second document, each of said documents comprising entities, the apparatus comprising:

an abstractor operator for converting said first and second documents into a first virtual database and a second virtual database respectively, each of said virtual databases containing information describing entities and relationships between entities;

a difference operator for comparing said first and second virtual databases and for creating a third virtual database containing difference information.

**19**. The apparatus of claim **18** further comprising:

a terminal operator for converting said third virtual database into an external format.

**20**. The apparatus of claim **18** wherein said external format describes a directed graph.

**21**. The apparatus of claim **18** wherein said first, second, and third virtual databases each further comprises: an entity section containing a plurality of records, each of said records describing an entity; and

a relationship section containing a plurality of records, each of said records describing a relationships between entities.

**22**. The system of claim **21** wherein:

each of said records in said entity section of said third virtual database further comprises a tag field indicating the status of an entity; and

each of said records in said relationship section of said third virtual database further comprises a tag field indicating the status of a relationship.

**23**. A method for analyzing the difference between a first document and a second document comprising the steps of:

a) applying an initial operator to said first document to produce a first virtual database containing information describing entities in said first document and relationships between entities;

b) applying an initial operator to said second document to produce a second virtual database containing information describing entities in said second document and relationships between entities;

c) applying a differencing operator to said first and second virtual databases and creating a third virtual database, said third database containing difference information.

**24**. The method of claim **23** further comprising the step of:

d) applying a terminal operator to said third database to create an external format file.

**25**. The method of claim **24** further comprising the step of:

applying a filter operator to said third virtual database between steps c) and d).

5,806,062

| 17 | 18 |

**26**. The method of claim **24** wherein said external format file describes a directed graph, the method further comprising the step of:

printing said directed graph.

**27**. The method of claim **24** wherein said external format file describes a directed graph, the method further comprising the step of:

displaying said directed graph on a display monitor.

**28**. An apparatus for graphically analyzing the difference between a first document and a second document, each of said documents comprising entities, wherein the structure of said documents defines relationships between said entities, the apparatus comprising:

a document comparator for comparing said first document and said second document and for generating difference data which represents the difference between the entities and relationships of said first document and said second document; and

a layout operator responsive to said difference data for generating a directed graph layout, said directed graph layout including nodes and edges connecting said nodes, wherein said nodes represent entities and said edges represent relationships between entities.

**29**. The apparatus of claim **28** wherein the status of said entities is encoded by a characteristic of said nodes and the status of said relationships is encoded by a characteristic of said edges.

**30**. The apparatus of claim **29** wherein said characteristics are defined by a decoration database.

**31**. The apparatus of claim **28** wherein said difference data is contained in a virtual database, said document comparator further comprising:

an abstractor operator for converting said first and second documents into a first virtual database and a second virtual database respectively, each of said virtual databases containing information describing entities and relationships between entities; and

a difference operator for comparing said first and second virtual databases and for creating a third virtual database containing said difference data.

**32**. The apparatus of claim **28** further comprising:

a printer for generating a printout of said directed graph layout.

**33**. The apparatus of claim **28** further comprising:

a graphical display monitor for displaying said directed graph layout.

**34**. An apparatus for graphically analyzing the difference between a first document and a second document, each of said documents comprising entities, wherein the structure of said documents defines relationships between said entities, the apparatus comprising:

a document comparator for comparing said first document and said second document and for generating difference data which represents the difference between the entities and relationships of said first document and said second document;

an interactive display operator responsive to said difference data for displaying a directed graph on a display screen and for initiating a query in response to user interaction with said directed graph, said directed graph including nodes and edges connecting said nodes, wherein said nodes represent entities and said edges represent relationships between entities.

**35**. The apparatus of claim **34** wherein said difference data is contained in a virtual database, said document comparator further comprising:

an abstractor operator for converting said first and second documents into a first virtual database and a second virtual database respectively, each of said virtual databases containing information describing entities and relationships between entities; and

a difference operator for comparing said first and second virtual databases and for creating a third virtual database containing said difference data.

**36**. A method for graphically analyzing the difference between a first document and a second document, each of said documents comprising entities, wherein the structure of said documents defines relationships between said entities, the method comprising the steps of:

comparing said first document and said second document and generating difference data which represents the difference between the entities and relationships of said first document and said second document;

converting said difference data into a directed graph layout, said directed graph layout including nodes and edges connecting said nodes, wherein said nodes represent entities and said edges represent relationships between entities.

**37**. The method of claim **36** further comprising the step of:

encoding entity status using a characteristic of said displayed node and encoding relationship status using a characteristic of said displayed edges.

**38**. The method of claim **37** wherein said characteristic of said displayed node is defined by a decoration database.

**39**. The method of claim **37** wherein said characteristic of said displayed node is the shape of said node.

**40**. The method of claim **37** wherein said characteristic of said displayed node is the color of said node.

**41**. The method of claim **37** wherein said characteristic of said displayed edge is the solidity of said edge.

**42**. The method of claim **36** further comprising the step of:

printing said directed graph layout on a printer.

**43**. The method of claim **36** wherein said difference data is contained in a virtual database, said method further comprising the steps of:

converting said first and second documents into a first virtual database and a second virtual database respectively, each of said virtual databases containing information describing entities and relationships between entities; and

comparing said first and second virtual databases and creating a third virtual database containing said difference data.

**44**. The method of claim **36** further comprising the step of:

displaying said directed graph layout on a graphical display monitor.

**45**. The method of claim **44** further comprising the step of:

initiating a query in response to user interaction with said directed graph.

**46**. The method of claim **45** further comprising the step of:

displaying the results of said query on said graphical display monitor.

*  *  *  *  *

# Exhibit E

# United States Patent [19]

## Bohannon et al.

[11] **Patent Number:** 6,125,371

[45] **Date of Patent:** Sep. 26, 2000

[54] **SYSTEM AND METHOD FOR AGING VERSIONS OF DATA IN A MAIN MEMORY DATABASE**

[75] Inventors: **Philip L. Bohannon**, Mt. Tabor, N.J.; **Dennis W. Leinbaugh**, Columbus, Ohio; **Rajeev Rastogi**, New Providence, N.J.; **Srinivasan Seshadri**, Mumbai, India; **Abraham Silberschatz**, Summit, N.J.; **Sundararajarao Sudarshan**, Mumbai, India

[73] Assignee: **Lucent Technologies, Inc.**, Murray Hill, N.J.

[21] Appl. No.: **08/914,744**

[22] Filed: **Aug. 19, 1997**

[51] Int. Cl.[7] .................................................... G06F 17/30

[52] U.S. Cl. .......................................................... **707/203**

[58] Field of Search .................................. 707/200, 201, 707/203, 206, 2

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,317,731 | 5/1994 | Dias et al. | 707/203 |
| 5,745,905 | 4/1998 | Larsson et al. | 707/203 |
| 5,956,713 | 9/1999 | Bamford et al. | 707/8 |

### OTHER PUBLICATIONS

Merchant, A et al. "Performance analysis of dynamic finite versioning schemes: storage cost vs. obselecence" Knowledge and Data Engineering, IEEE Transactions on, vol. 8, No. 6, Dec. 1996, pp. 985–1001.

Dias, D. M. et al. "An intelligent page store for concurrent transaction and query processing" Resurch Issues on Data Engineering, 1992: Transactions ona query Processing, Second International Workshop, Feb. 1992 pp. 12–19.

Wu, K. et al. "Dynamic finite versioning: and effective versioning approach to concurrent transactions and query processing" Procedings Ninth International conference on Data Engineering, pp. 577–586, Apr. 1993.

Article entitled "Concurrency Control in a Dynamic Search Structure" by Udi Manber, Richard E. Ladner University of Washington, 1982, pp. 268–282.

Article entitled "Concurrent Manipulation of Binary Search Trees" by H.T. Kung and Philip L. Lehman of Carnegie–Mellon University, 1980, pp. 354–382.

*Primary Examiner*—Jack M. Choules

[57] **ABSTRACT**

For use with a database of data records stored in a memory, a system and method for increasing a memory capacity and a memory database employing the system or the method. The system includes: (1) a time stamping controller that assigns a time stamp to transactions to be performed on the database, the time stamp operates to preserve an order of the transactions, (2) a versioning controller that creates multiple versions of ones of the data records affected by the transactions that are update transactions and (3) an aging controller, which is associated with each of the time stamping and versioning controllers, that monitors a measurable characteristic of the memory and deletes ones of the multiple versions of the ones of the data records in response to the time stamp and the measurable characteristic thereby to increase memory capacity.

**20 Claims, 4 Drawing Sheets**



FIG. 1

START
TIME STAMPING CONTROLLER
130
RECEIVE UPDATE AND READ-ONLY TRANSACTIONS FOR MAIN MEMORY DATABASE 125
TIME STAMP COUNTER
145
110
140
ASSIGN A TIME STAMP TO EACH RECEIVED TRANSACTION
115
150
DETERMINE WHETHER A GIVEN TRANSACTION IS AN UPDATE TRANSACTION ?
NO
READ ONE OR MORE DATA RECORDS IN RESPONSE TO READ TRANSACTION
175
YES
155
OBTAIN A LATCH ON ONE OR MORE DATA RECORDS TO BE MODIFIED OR OTHERWISE CHANGED
160
INCREMENT TIME STAMP COUNTER AND ASSIGN A TIME STAMP THEREFROM TO THE DATA RECORD
165
MODIFY A COPY OF MOST RECENT "FAST" VERSION OF THE DATA RECORD IN RESPONSE TO THE UPDATE TRANSACTION
170
COMMIT TRANSACTION AND RELEASE THE LATCH HELD BY THE UPDATE TRANSACTION
100
VERSIONING CONTROLLER
START
180
CONTINUOUSLY ORDER DATA RECORD VERSIONS ACCORDING TO ASSOCIATED TIME STAMPS
120
DATABASE
185
MONITOR ONE OR MORE MEASURABLE CHARACTERISTICS RELATING TO VOLATILE MEMORY 135
125
190
DELETE PRIOR ONES OF DATA RECORD VERSIONS IN RESPONSE TO TIME STAMPS ASSOCIATED WITH THE SAME AND AT LEAST ONE MEASURABLE CHARACTERISTIC
135
MAIN MEMORY
AGING CONTROLLER
PROCESSING SYSTEM 105

*FIG. 2*

START

120

200 — DETERMINE A CURRENT VALUE OF TIME STAMP PARAMETER IN RESPONSE TO AT LEAST ONE MAIN MEMORY CHARACTERISTIC

205 — INITIALIZE FIRST AND SECOND POINTERS RESPECTIVELY TO A TRANSACTION ENTRY IN A "READERS" LIST AND A DATA RECORD VERSION ENTRY OF A "OLDVER" LIST

210 — CREATE A TEMPORARY SET OF DATA RECORD VERSIONS, "OPEN"

215 — SELECT LARGEST OF THE THREE TIME STAMPS OF "OLDVER", "READERS" AND "OPEN"

220 — IS CURRENT DATA RECORD VERSION IN "OLDVER" LARGEST ? — YES → THEN CURRENT DATA RECORD VERSION IS ADDED TO "OPEN", SUITABLY ADJUST "OLDVER" — 225

NO

230 — IS CURRENT TRANSACTION IN "READERS" LARGEST ? — YES → ALL DATA RECORD VERSIONS ARE NEEDED, "OPEN" DISCARDED AND NO DATA RECORD VERSIONS ARE AGED — 235

NO

240 — IS LARGEST DATA RECORD VERSION TIME STAMP FROM "OPEN" LARGEST ? — YES → DATA RECORD VERSION IS NOT NEEDED BY ANY TRANSACTION AND IS DELETED — 245

NO

250 — EARLIEST TRANSACTION FROM "READERS" ? — YES → "AGE" ALL REMAINING DATA RECORDS — 255

NO

END



*FIG. 3*

300

TIME STAMP   305

VERSION POINTER   310

315a          315b

315c          315d

NEWER VERSIONS
OF THIS ITEM

OTHER ITEMS CHANGED
BY THIS TRANSACTION

OLDER VERSIONS
OF THIS ITEM

FIG. 4

START
120
405
OBTAIN "X" LOCK ON DATA RECORD
400
410
DETERMINE A VERSION POINTER
415
IS VERSION POINTER NULL ?
YES
TRAVERSE THE VLE CHAIN AND USE A PRIMARY KEY IN ONE OF THE VERSIONS OF THE DATA RECORD
420
NO
425
IF A PREVIOUS VERSION OF A DATA RECORD CONTAINS THE SAME KEY AS THE CURRENT VERSION, THEN THE VLE POINTERS ARE TOGGLED, OTHERWISE THE POINTER TO VLE IS DELETED
430
IF NO OTHER VLE PRECEDES THE CURRENT VLE, AND A SINGLE VLE FOLLOWS THE CURRENT VLE, THEN STABILIZE THE DATA RECORD, DELETE THE CURRENT VLE AND PLACE ON PHYSICAL AGER'S LIST
435
RELEASE "X" LOCK
END



6,125,371

1

## SYSTEM AND METHOD FOR AGING VERSIONS OF DATA IN A MAIN MEMORY DATABASE

### TECHNICAL FIELD OF THE INVENTION

The present invention is directed, in general, to database management systems and, more specifically, to a system and method for aging versions of data records in a main memory database.

### BACKGROUND OF THE INVENTION

Many contemporary application tasks use database systems to store, retrieve and, even, process data. Database systems typically include a database manager ("DBM") and a database (i.e., a data repository). A DBM is a control application that supervises or manages interactions between application tasks and the database. Such supervision and management vary among DBMs based on a given DBM's sophistication and the database's intended use. Arguably, two of the most important DBM functions are those that ensure data recovery (in response to a database crash) and data integrity.

Data recovery involves rebuilding at least part of a database after all or part of its data is corrupted/lost, such as caused by a power outage, a program crash, or the like. If certain data is corrupted/lost, the DBM will "recover" at least the portion affected; recovery is usually to a last known valid or "uncorrupt" state. When database recovery efforts are undertaken, extended time delays are expected.

With respect to data integrity, however, time delays or latencies (time differential between a request for data and actual receipt of the same) are largely intolerable. Early database systems were divided among main (volatile) and disk (non-volatile) memory; DBMs and application tasks resided, at least in part, in volatile memory, while the database was stored in non-volatile memory. Such systems, and their "disk"-based successors, have failed to meet performance requirements of contemporary high-speed information management systems ("IMSs," such as communications switching systems). This has frequently been due to latencies inherent to non-volatile memory transactions (e.g., accesses, retrievals, modifications, indices, copies, etc.), exacerbated by data integrity techniques.

Contemporary IMSs demand fast and predictable transaction response times, particularly for transactions that do not modify or otherwise change a given database ("read-only transactions"). One popular methodology maps the entire database into volatile memory (a "main memory database") to improve IMS performance, particularly transaction response times. Unfortunately, to ensure data integrity, conventional main memory DBMs delay the processing of transactions that modify portions of the database (termed "update transactions") until other transactions with respect to such portions are processed. For instance, if two transactions attempt to access the same file, entry, field, or the like (collectively, a "data record") simultaneously, contemporary DBMs ensure data integrity by preventing an update transaction from modifying the data record while the other relies on the contents of the same.

Database modifications however generally affect a small number of data records only. Typically, a DBM monitors a status of a data record that is the subject of an update transaction and grants a right to modify the same to the update transaction only when the data record is free (not otherwise being used or relied upon by another transaction). This right is commonly either a lock (i.e., control mecha-

2

nism that prevents other transactions from getting to the same data records) or a latch (i.e., a semaphore—control mechanism that sends a message to other transactions indicating that another transaction is modifying or changing these data records), causing other transactions to "wait" to see the affected data record while the update transaction modifies the same.

Update transactions tend to be multi-step processes. As such, it is quite common for a DBM to require a given update transaction to wait between process steps while other update transactions complete. While waiting, the update transaction retains its data record locks or latches; these other update transactions also maintain their data record locks and latches. This can lead to interdependency conflicts that require DBM intervention to resolve.

Therefore, while main memory databases have increased speed, the above-described "waits" and conflicts provide a source of unpredictability to transaction throughput and database response time. This is particularly true for read-only transactions, requiring a simple "look and see" database access that may be severely delayed because of the same.

Contemporary control methodologies reduce conflicts between update and read-only transactions, giving the latter consistent, but "old" or out-of-date, views of certain data records or data record types. This is commonly referred to as multi-versioning, in which DBMs retain or archive multiple versions of recently updated data records for use by read-only transactions. Multi-version DBMs use time stamps to serialize read-only and update transactions, and, more recently, to serialize read-only transactions with respect to update transactions. These DBMs require update transactions to perform locking to serialize themselves with respect to other update transactions, but not read-only transactions.

Multi-versioning techniques, while reducing "waits" and conflicts among transactions, often conflict with DBM efforts to utilize main memory capacity efficiently. As main memory remains significantly more expensive than disk memory, main memory DBMs continuously expend processing resources collecting or "ageing" old and no longer needed data record versions, regardless of main memory utilization. Contemporary versioning schemes fail to appreciate the various costs associated with collecting such data record versions, particularly failing to understand a tradeoff between ensuring continual and optimal main memory capacity and an efficient use of processing resources. Therefore, a need exists in the art for an efficient means of reclaiming main memory space no longer used by such multi-version techniques—to age, logically and economically, data record versions in a main memory database.

### SUMMARY OF THE INVENTION

To address the above-discussed deficiencies of the prior art, the present invention provides, for use with a database having a plurality of data records, systems and methods that efficiently monitor and adaptively increase data capacity in a database. The present invention introduces the broad concept of efficiently and effectively freeing allocated volatile memory through aging to timely increase the data capacity of the database.

An advantageous embodiment of the system includes each of a time stamping controller, a versioning controller and an aging controller. The time stamping controller assigns a time stamp to transactions to be performed on the database as a function of a time stamp counter. The time

6,125,371

**3**

stamp operates to preserve an order of the transactions. The versioning controller creates multiple versions of data records of the database that are affected by update transactions. The time stamping and versioning controllers cooperate to allow read-only transactions to be performed on the database without requiring data record locks or latches. The aging controller, which may be associated, directly or indirectly, with each of the time stamping and versioning controllers, monitors at least one measurable characteristic (such as current utilization or capacity of main memory) and deletes prior ones of the multiple data record versions in response to the time stamp and the at least one measured characteristic to thereby increase the data capacity of the database, increasing memory capacity.

The foregoing has outlined rather broadly the features and technical advantages of the present invention so that those skilled in the art may better understand the detailed description of the invention that follows. Additional features and advantages of the invention will be described hereinafter that form the subject of the claims of the invention. Those skilled in the art should appreciate that they may readily use the conception and the specific embodiment disclosed as a basis for modifying or designing other structures for carrying out the same purposes of the present invention. Those skilled in the art should also realize that such equivalent constructions do not depart from the spirit and scope of the invention in its broadest form.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the present invention, and the advantages thereof, reference is now made to the following descriptions taken in conjunction with the accompanying drawings wherein like numbers designate like objects, and in which:

FIG. 1 illustrates a flow diagram of an exemplary method for controlling multi-versioned data records according to the present invention;

FIG. 2 illustrates a flow diagram of an exemplary method for logically aging multi-versioned data records according to FIG. 1 and the principles of the present invention;

FIG. 3 illustrates a block diagram of an exemplary data structure used to maintain links to predecessor and successor data record versions according to the embodiments of FIGS. 1 and 2; and

FIG. 4 illustrates a flow diagram of an exemplary method for "stabilizing" linked list data structures associated with the embodiments of FIGS. 1 to 3.

## DETAILED DESCRIPTION

Before undertaking a detailed description of an advantageous embodiment of the present invention, it may be beneficial to discuss the general concept of creating and maintaining multiple versions of data records, known in the art as multi-versioning or, simply, "versioning."

Note that the phrase "data record," as used herein, is defined broadly to mean any file, entry, record, field, item and other data associated with at least one database (or any suitable data repository for that matter); the phrase "associated with," and derivatives thereof, as used herein, may mean to include within, interconnect with, contain, be contained within, connect to or with, couple to or with, be communicable with, juxtapose, cooperate with, interleave, be a property of, be bound to or with, have, have a property of, or otherwise cooperate in accordance with the principles of the present invention or an embodiment incorporating the

**4**

same; the term "include," and derivatives thereof, mean inclusion without limitation; and the term "or" is inclusive, meaning and/or.

Furthermore, while the following discussion relates to databases residing in the main memory of a computer, those skilled in the art should understand that the broad principles and scope of the present invention extend to databases contained in other-than-main memory, such as secondary or mass storage units.

In main memory database systems supporting versioning, transactions are commonly classified as one of read-only (e.g., a transaction that "reads" data records) or update (e.g., a transaction that "updates" data records or, more broadly, wants access to a current version of a particular data record). When an update transaction, T, is executed, it most often updates a given data record—a "current" version of the data record is archived, becoming a most recent "past" version thereof, and the newly updated version becomes the new "current" (or successor) version of the same. Update transactions commonly use a two step locking protocol—a lock is obtained before any modification, or other change, is made to the data record; the data record is modified, making it the most recent past version and creating the new current version. Finally, when the update transaction commits, the data record affected is assigned a time stamp tsn(T) and the lock held by the update transaction is released.

At execution, a read-only transaction is commonly assigned a time stamp, tsn (T). A given read-only transaction reads the version of a particular data record whose time stamp is less than or equal to its time stamp.

When a given data record version is no longer needed by current (or future) transactions, it may be deleted and the memory space associated therewith reclaimed ("aging the version"). An older version can be aged if no read-only transaction exists: (1) having a time stamp greater than or equal to the time stamp associated with the older version and (2) smaller than the time stamp associated with the next data record version of the older version.

Turning now to FIG. 1, illustrated is a flow diagram of an exemplary method (generally designated **100**) of a versioning manager for controlling multi-versioned data records according to the present invention. It should be noted that the embodiment of FIG. 1, like subsequent FIGS. 2 to 5, is introduced to illustrate the principles of the present invention only.

Version manager **100** may be software-based and executable by any suitably arranged processing system **105** (e.g., a computer, communications switch, etc.). Version manager **100** includes three controllers, namely, a time stamping controller **110**, a versioning controller **115** and an aging controller **120**. Those skilled in the art should be familiar with the use of controllers in processing environments generally and, more specifically, with main memory databases. Controllers may be implemented in software, firmware, hardware, or some suitable combination of at least two of the three.

To begin, exemplary time stamping controller **110** receives update and read-only transactions for a main memory database **125**, step **130**; exemplary main memory database **125** is stored in a volatile memory **135**, which is suitably associated with processing system **105**. In response, time stamping controller **110** assigns a time stamp to each received transaction, step **140**. Time stamps are assigned to read-only transactions as a function of a time stamp counter **145**, that is also a controller. Versioning manager **100** may advantageously use the time stamps to preserve an order of

6,125,371

5

such received transactions. According to an advantageous embodiment, time stamp counter **145** is associated with a conventional system clock (not shown) of processing system **100**.

For each transaction, exemplary versioning controller **115** determines whether a given transaction is an update transaction, decisional step **150**. If the transaction is an update transaction, YES branch of decisional step **150**, then versioning controller **115** (1) obtains a "X" lock on one or more data records to be modified (or otherwise changed), step **155**, (2) modifies a copy of the most recent "past" version of the data record in response to the update transaction, creating a new "current" or "successor" version, step **165** and (3) commits the transaction, at which time it increments time stamp counter **145**, assigns a time stamp therefrom to the new "successor" versions of the updated data records and releases the "X" lock held by the update transaction, step **170**.

The foregoing exemplary commit processing steps **155** to **170** allow time stamping and versioning controllers **110** and **115** to cooperate to allow read-only transactions to be performed on main memory database **125** without record locks. Version controller **115** physically versions the data record (exemplary steps **160** to **170**) in response to performing the update. This causes the versioned data record to be unreachable by future read-only transactions. Thus, if the transaction is a read-only transaction, NO branch of decisional step **150**, then versioning controller **115** accesses database **125** and reads one or more data records stored therein in response to the read-only transaction and, in particular, the time stamp associated therewith by time stamp controller **110**, step **175**. The read-only transaction may only read records having a time stamp that is less than the time stamp associated with the transaction.

Exemplary aging controller **120**, which is associated with each of time stamping and versioning controllers **110** and **115**, monitors main memory database **125** to (1) continuously order (e.g., sort, arrange, etc.) multiple versions of ones of the data records according to their associated time stamps, step **180** and (2) monitor one or more measurable characteristics describing, relating to, or otherwise associated with a utilization or capacity of main memory **135**, step **185**. Exemplary aging controller **120** deletes prior ones of the multiple versions of the data records in response to the time stamp associated with the ones of multiple versions and at least one measurable main memory characteristic, step **190**.

It should be noted that a primary difference between logical aging according to the present invention (responsive to a measurable main memory characteristic) and physical aging (generally known in the art), occurs when a read-only transaction ceases to see a particular data record version; more particularly, data that is visible to a given read-only transaction may not be logically aged for the duration of that transaction, while data visible to a read-only transaction during a reading operation cannot be physically aged for the duration of that operation.

Turning now to FIG. **2**, illustrated is a flow diagram of an exemplary method of an embodiment of the aging controller (generally designated **120**) of FIG. **1** for logically aging multiversioned data records according to the principles of the present invention. For purposes of illustration, the description of FIG. **2** concurrently references the embodiment of FIGS. **1** and **3** (introduced momentarily). Exemplary aging controller **120** assumes a sorted time stamped linked list of transactions ("readers"), and a linked list of non-

6

current data record versions ("oldver"), preferably sorted by the time stamp of the transaction that created the new current or successor version of the same (i.e., referred to as a "finish time" of the data record version).

As described with reference to exemplary steps **155** to **170** hereinabove, execution of a given update transaction by aging controller **120** causes the "past" version of the data record to be added into a list, here physical list "oldver." By appending to the "oldver" list an entry containing a pointer to the data record version aged and its associated time stamp counter **145** indicating when it was aged (i.e., the finish time—after the past data record version was unlinked and time stamp counter **145** was incremented, exemplary step **160**), aging controller **120** can selectively delete the same upon a determination that no read-only transaction has a time stamp less than this data record version's time stamp (exemplary step **190**).

Turning momentarily to FIG. **3**, illustrated is a block diagram of an exemplary data structure, or a version list entry ("VLE"), (generally designated **300**) that may be used to maintain links to predecessor and successor data record versions and other information according to the illustrated embodiment. Exemplary VLE **300** includes a time stamp record **305**, a version pointer **310** and a plurality of "other" pointers **315**. Exemplary time stamp record **305** stores a time stamp as described hereinabove. Exemplary version pointer **310** maintains a pointer to a particular data record version. Exemplary "other" pointers **315** point to predecessor and successor data record versions, and possibly other data records modified or otherwise changed by a given transaction.

Returning now to FIG. **2**, because main memory database **125** likely includes millions of data records, a substantial majority of which will include only one data record version, it is advantageous to dynamically allocate and free VLEs **300** as needed for data record versions. As a prelude, exemplary aging controller **120** marks for collection (or "ages") and deletes data record versions (freeing or deallocating their associated VLEs **300**) having a "finish" time stamp less than a time stamp parameter, L, that is responsive to one or more measurable main memory characteristics. L may change over time (adapt) and provides suitable indicia of how aggressively predecessor data record versions should age.

To begin, aging controller **120** determines a current value of L in response to one or more measurable main memory characteristics, step **200**, such as a current utilization or capacity of main memory, a trend analysis of a utilization or capacity of main memory over a time period (t), or any other applied mathematics- or statistics-based analysis, including a comparison of any of the same with a threshold, ceiling/floor, limit, set point or the like. Exemplary step **200** may be performed executed in response to completing a transaction, alternatively, it may be performed periodically, a periodically, regularly, irregularly, randomly or otherwise as is appropriate to a given aging controller **120** embodiment. Although illustratively performed by aging controller **120**, step **200** may alternatively be performed elsewhere and communicated to aging controller **120**.

Aging controller **120** initializes a first pointer to a transaction entry of the "readers" list having the largest time stamp that is less than L, and a second pointer to a data record version entry of the "oldver" list having the largest finish time stamp that is less than L, step **205**. Aging controller **120** creates a temporary set (a linked list) of data record versions, "open," step **210**.

6,125,371

7

Aging controller **120** backwards traverses the "readers" and "oldver" lists to the respective beginnings thereof, inserting data record versions into "open" that are not needed by transactions of the "reader." More particularly, as aging controller **120** performs this traversal, it continuously selects the largest of three time stamps, (1) the finish time of the current data record version in the "oldver" list, (2) the time stamp of the current transaction in the "readers" list and (3) the largest data record version time stamp in "open," step **215**.

Depending on which of the three time stamps is largest, one of the following actions is performed: (1) if the finish time of the current data record version from "oldver" is the largest, YES branch of decisional step **220**, then the current data record version is added to "open," and the second pointer is moved down the list by one toward data record versions having earlier finish times, step **225**; (2) if the time stamp of the current transaction from "readers" is the largest, YES branch of decisional step **230**, then all data record versions currently in "open" are needed by the current transaction, so "open" is discarded and none of the data record versions in it are aged, step **235**; (3) if the largest data record version time stamp from "open" is the largest, YES branch of decisional step **240**, then the data record version is not needed by any transaction, and the data record version with the largest time stamp is aged and deleted from "open," step **245**; and (4) if the earliest transaction from "readers" is encountered, YES branch of decisional step **250**, then all remaining data record versions are "aged," step **255**.

Thus, according to the illustrated embodiment, aging controller **120** preferably "ages" non-viable or useless data record versions having a finish time less than L. If L adaptively increases, then aging controller **120** more aggressively attempts to free storage, most advantageously making a single pass through each of the "readers" transaction and "oldver" data record version lists—preferably simultaneously traversing the "readers" and "oldver" lists using pointers to current entries in the respective lists.

As mentioned hereinabove, in a main memory database versioning scheme, the efficiency of collecting old versions that are no longer needed is a tradeoff between space and time: if less time is spent to find "unneeded" data record versions, the more "unneeded" data record versions that remain and occupy valuable main memory space. To balance these contradictory goals, the principles of the present invention employ one or more measurable characteristics to vary a level of "eagerness"—by tying the same to utilization/capacity characteristics about main memory usage. Finding "unneeded" data record versions typically has a lower priority when memory is plentiful, but becomes increasingly aggressive as memory resources become scarce. In other words, aging controller **120** adaptively detects "unneeded" data record versions—adapting in response to a current utilization/capacity or utilization/capacity trend/pattern of main memory **135**.

According to an advantageous embodiment, if a data record has but a single version, then it may advantageously be stored "as is," without VLE **300**. VLEs **300** may be dynamically allocated as successor versions of data records are created (each VLE represents one data record version). A plurality of VLEs **300** associated with a given data record are linked together as a doubly-linked list ordered by time stamp (i.e., exemplary pointers **315a**, **315b**). Read-only transactions can traverse VLE "chains" to find a particular version of a given data record. Each VLE **300** may be found on a list of other versions created by a common transaction while the common transaction was active (i.e., exemplary

8

pointers **315c**, **315d**), facilitating updates to time stamps **305** of versions created by the common transaction when it commits; deletions, if given transaction aborts, of data record versions created by the transaction; or otherwise.

Turning now to FIG. **4**, illustrated is a flow diagram of an exemplary method (generally designated **400**) of operating a controller for "stabilizing" the linked list data structure associated with methods **100** and **120**. For purposes of illustration, the description of FIG. **4** concurrently references the embodiments of FIGS. **1** to **3**; more particularly, method **400** is suitably associated with, and either directly or indirectly controlled by, aging controller **120**.

As described hereinabove, a data record version is added to "open" (a linked list of VLEs **300** associated with data record versions to be aged) when aging controller **120**, as a function of L, fails to find a transaction having a time stamp between a given VLE's time stamp and a time stamp associated with the data record version following the same in the VLE chain. According to the illustrated embodiment, in addition to ensuring that data record versions that are no longer required are deleted and their associated memory freed, aging controller **120** also stabilizes the VLE **300** linked list data structure, and substructures, by removing a VLE **300** link associated with the data record version that is no longer needed and toggling pointer/indices to point to the version instead of VLE **300**.

To begin, aging controller **120** obtains an "X" latch on a data record marked for deletion, as described hereinabove, to ensure that no transaction is accessing the same, step **405**. Aging controller **120** identifies a version pointer, or primary key, for the data record version from the version pointed to by VLE **300**, step **410**. If the version pointer in VLE **300** is null, YES branch of decisional step **415**, then aging controller **120** traverses the associated VLE chain and a primary key contained in one of the data record versions is used, step **420**. If aging controller **120** determines that the version pointer in VLE **300** is not null, NO branch of decisional step **415**, then for every index that contains a pointer to VLE **300**, if a previous data record version contains the same key value as the "current" data record version, then the pointer to VLE **300** in the index is toggled to the previous data record version's VLE **300**, else the pointer to VLE **300** is deleted from the index, step **425**.

If no other VLE **300** precedes the current VLE and a single VLE **300**, v', follows VLE **300** in the VLE chain for this data record version, then aging controller **120** stabilizes the data record as follows: (1) if the version pointer in v' is not null, and a previous data record version contains the same key value as the current data record version, then the pointer to v' in every index is toggled to the version pointed to v', the pointer to the VLE is deleted from the index; (2) v' is placed on the physical ager's list, and deletes VLE **300** from the VLE chain for the data record and both VLE **300** and the version pointer it points to (assuming not null) are placed in "open," step **430**. Aging controller **120** releases the "X" lock, step **435**.

In addition to the foregoing, conventional communications principles and theories are discussed in *The Irwin Handbook of Telecommunications*, by Green, Irwin. Professional Publishing (3rd ed. 1992); conventional processing systems and their architecture are more fully discussed in *The Indispensable PC Hardware Book*, by Messmer, Addison Wesley (2nd ed. 1995) and *Computer Organization and Architecture*, by Stallings, MacMillan Publishing Co. (3rd ed. 1993); and conventional electronic circuit design is more fully discussed in *The Art of Electronics*, by Horowitz and

6,125,371

9

Hill, Cambridge (2nd ed. 1989). Each of the foregoing publications is incorporated herein by reference for all purposes as if fully set forth herein.

Although the present invention and its advantages have been described in detail, those skilled in the art should understand that they can make various changes, substitutions and alterations herein without departing from the spirit and scope of the invention in its broadest form.

What is claimed is:

1. A processing system for use with a database of data records, said database stored in a memory, comprising:

a time stamping controller that assigns a time stamp to transactions to be performed on said database;

a versioning controller that creates multiple versions of ones of said data records affected by said transactions that are update transactions; and

an aging controller that monitors a measurable characteristic of said memory and deletes ones of said multiple versions of said ones of said data records in response to said time stamp and said measurable characteristic thereby to increase a capacity of said memory.

2. The processing system as recited in claim 1 wherein said time stamp is generated as a function of a time stamp counter.

3. The processing system as recited in claim 2 wherein said system increments said time stamp counter.

4. The processing system as recited in claim 1 wherein said time stamping controller reads said time stamp via a pointer.

5. The processing system as recited in claim 1 wherein a time stamp parameter is determined as a function of said measurable characteristic and said aging controller deletes ones of said multiple versions of said ones of said data records as function of said time stamp parameter.

6. The processing system as recited in claim 5 wherein said time stamp parameter adapts over a time period thereby to change a rate at which said ones of said multiple versions age.

7. The processing system as recited in claim 1 wherein said time stamp is contained within a version list entry, said version list entry containing pointers to related data record versions affected by said transactions.

8. A method of operating a processing system for use with a database of data records, said database stored in a memory, comprising the steps of:

assigning a time stamp to transactions to be performed on said database;

creating multiple versions of ones of said data records affected by said transactions that are update transactions;

monitoring a measurable characteristic of said memory; and

deleting ones of said multiple versions of said ones of said data records in response to said time stamp and said measurable characteristic thereby to increase a capacity of said memory.

9. The method as recited in claim 8 wherein said time stamp is generated as a function of a time stamp counter.

10. The method as recited in claim 9 further comprising the step of incrementing said time stamp counter.

11. The method as recited in claim 8 further comprising the step of reading said time stamp via a pointer.

10

12. The method as recited in claim 8 further comprising the steps of:

determining a time stamp parameter as a function of said measurable characteristic; and

deleting ones of said multiple versions of said ones of said data records as function of said time stamp parameter.

13. The method as recited in claim 12 further comprising the step of adapting said time stamp parameter over a time period thereby to change a rate at which said ones of said multiple versions age.

14. The method as recited in claim 8 wherein said time stamp is contained within a version list entry, further comprising the step containing pointers to related data record versions affected by said transactions in said version list entry.

15. A main memory database system, comprising:

a database of data records stored in a main memory; and

a main memory database management system, including:

a transaction processing controller that receives and processes transactions on ones of said data records, said transactions classified either update or read-only,

a data record latching controller, associated with said transaction processing controller, that allows ones of said data records to be latched as a function of said update transactions,

a time stamping controller, associated with said transaction processing controller, that assigns a time stamp to transactions to be performed on said database as a function of a time stamp counter,

a versioning controller, associated with said time stamping controller, that creates multiple versions of ones of said data records affected by said update transactions, and

an aging controller, associated with each of said time stamping and versioning controllers, that monitors a measurable characteristic of said main memory and deletes ones of said multiple versions of said ones of said data records in response to said time stamp and said measurable characteristic thereby to increase a capacity of said main memory.

16. The main memory database system as recited in claim 15 wherein said main memory database management system increment said time stamp counter.

17. The main memory database system as recited in claim 15 wherein said time stamping controller reads said time stamp via a pointer.

18. The main memory database system as recited in claim 15 wherein a time stamp parameter is determined as a function of said measurable characteristic and said aging controller deletes ones of said multiple versions of said ones of said data records as function of said time stamp parameter.

19. The main memory database system as recited in claim 18 wherein said time stamp parameter adapts over a time period thereby to change a rate at which said ones of said multiple versions age.

20. The main memory database system as recited in claim 15 wherein said time stamp is contained within a version list entry, said version list entry containing pointers to related versions of said ones of said data records affected by said transactions.

* * * * *